CLOSED, JURY, PATENT

# U.S. District Court [LIVE]
## Eastern District of TEXAS LIVE (Marshall)
## CIVIL DOCKET FOR CASE #: 2:05-cv-00321-LED
### Internal Use Only

| | |
|---|---|
| AmberWave Systems Corporation v. Intel Corporation | Date Filed: 07/15/2005 |
| Assigned to: Judge Leonard Davis | Jury Demand: Plaintiff |
| Cause: 35:145 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**AmberWave Systems Corporation**     represented by     **Sidney Calvin Capshaw, III**
Brown McCarroll - Longview
1127 Judson Rd - Ste 220
PO Box 3999
Longview, TX 75606-3999
903/236-9800
Fax: 19032368787
Email: ccapshaw@mailbmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amir A Naini**
Irell & Manella LLP - Los Angeles
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310/277-1010
Fax: 13102037199
Email: anaini@irell.com
*ATTORNEY TO BE NOTICED*

**Christopher A Vanderlaan**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310/277-1010
Fax: 13102037199
Email: cvanderlaan@irell.com
*ATTORNEY TO BE NOTICED*

**David I Gindler**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900

Los Angeles, CA 90067
310/203-7106
Fax: 13105565206
Email: dgindler@irell.com
*ATTORNEY TO BE NOTICED*

**Franklin Jones, Jr**
Jones & Jones - Marshall
201 W Houston St
PO Drawer 1249
Marshall, TX 75670
903/938-4395
Fax: 9039383360
Email: maizieh@millerfirm.com
*ATTORNEY TO BE NOTICED*

**Jason G Sheasby**
Irell & Manella LLP - Los Angeles
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310/277-1010
Fax: 13102037199
Email: jsheasby@irell.com
*ATTORNEY TO BE NOTICED*

**Morgan Chu**
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310/203-7000
Fax: 13102037199
Email: mchu@irell.com
*ATTORNEY TO BE NOTICED*

**Otis W Carroll, Jr**
Ireland Carroll & Kelley, PC
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561-1600
Fax: 9035811071
Email: fedserv@icklaw.com
*ATTORNEY TO BE NOTICED*

**Thomas John Ward, Jr**
Law Office of T John Ward Jr PC
P O Box 1231
Longview, TX 75606-1231

      903/757-6400
      Fax: 19037572323
      Email: jw@jwfirm.com
      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

| **Intel Corporation** | represented by | **George M Newcombe** |

      Simpson Thacher & Bartlett LLP
      3330 Hillview Ave
      Palo Alto, CA 94304
      650/251-5000
      Fax: 16502515002
      Email: gnewcombe@stblaw.com
      *ATTORNEY TO BE NOTICED*

      **Harrison J Frahn, IV**
      Simpson Thacher & Bartlett LLP
      3330 Hillview Ave
      Palo Alto, CA 94304
      650/251-5000
      Fax: 16502515002
      Email: hfrahn@stblaw.com
      *ATTORNEY TO BE NOTICED*

      **Harry Lee Gillam, Jr**
      Gillam & Smith, L.L.P.
      110 South Bolivar
      Suite 204
      Marshall, TX 75670
      903-934-8450
      Fax: 903-934-9257
      Email: gil@gillamsmithlaw.com
      *ATTORNEY TO BE NOTICED*

      **Henry B Gutman**
      Simpson Thacher & Bartlett - New York
      425 Lexington Ave
      New York, NY 10017-3954
      212/455-2000
      Fax: 212/455-2502
      Email: hgutman@stblaw.com
      *ATTORNEY TO BE NOTICED*

      **Jeffrey E Ostrow**
      Simpson Thacher & Bartlett LLP
      3330 Hillview Ave
      Palo Alto, CA 94304

650/251-5000
Fax: 16502515002
Email: jostrow@stblaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy S Pitcock**
Simpson Thacher & Bartlett - New York
425 Lexington Ave
New York, NY 10017-3954
212/455-2000
Fax: 12124552502
Email: jpitcock@stblaw.com
*ATTORNEY TO BE NOTICED*

**John Frederick Bufe**
Potter Minton
P. O. Box 359
Tyler, TX 75710
903/597/8311
Fax: 9035930846
Email: johnbufe@potterminton.com
*ATTORNEY TO BE NOTICED*

**Michael Edwin Jones**
Potter Minton
P. O. Box 359
Tyler, TX 75710
903/597/8311
Fax: 9035930846
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

**Patrick E King**
Simpson Thacher & Bartlett LLP
3330 Hillview Ave
Palo Alto, CA 94304
650/251-5000
Fax: 16502515002
Email: pking@stblaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2005 | 1 | COMPLAINT and JURY DEMAND against Intel Corporation (Filing fee $ 250.) , filed by AmberWave Systems Corporation. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Civil Cover Sheet)(poa, ) (Entered: 07/18/2005) |
| 07/15/2005 | | Summons Issued as to Intel Corporation. (poa, ) (Entered: 07/18/2005) |

| Date | # | Description |
|---|---|---|
| 07/15/2005 |  | Filing fee: $ 250, receipt number 2-1-467 (poa, ) (Entered: 07/18/2005) |
| 07/15/2005 | 2 | CORPORATE DISCLOSURE STATEMENT filed by AmberWave Systems Corporation (poa, ) (Entered: 07/18/2005) |
| 07/15/2005 | 3 | Form mailed to Commissioner of Patents and Trademarks. (poa, ) (Entered: 07/18/2005) |
| 07/19/2005 | 4 | SUMMONS Returned Executed by AmberWave Systems Corporation as to deft Intel Corporation served on 7/15/2005 by process server, answer due 8/4/2005. (ehs) (Entered: 07/19/2005) |
| 07/25/2005 | 5 | NOTICE of Attorney Appearance by Harry Lee Gillam, Jr on behalf of Intel Corporation (Gillam, Harry) (Entered: 07/25/2005) |
| 07/27/2005 | 6 | NOTICE of Attorney Appearance by Otis W Carroll, Jr on behalf of AmberWave Systems Corporation (Carroll, Otis) (Entered: 07/27/2005) |
| 08/04/2005 | 7 | MOTION for Extension of Time to File Answer *or Otherwise Respond to Amberwave's Complaint for Patent Infringement (Unopposed)* by Intel Corporation. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 08/04/2005) |
| 08/05/2005 | 8 | ORDER granting 7 Motion for Extension of Time to Answer. Answer deadline for deft Intel Corp is set for 9/3/05 . Signed by Judge Leonard Davis on 8/5/05. (ehs, ) (Entered: 08/05/2005) |
| 08/05/2005 |  | Answer Due Deadline Updated for Intel Corporation to 9/3/2005. (ehs, ) (Entered: 08/05/2005) |
| 08/10/2005 | 10 | APPLICATION to Appear Pro Hac Vice by Attorney Morgan Chu for AmberWave Systems Corporation. (ch, ) (Entered: 08/16/2005) |
| 08/10/2005 | 11 | APPLICATION to Appear Pro Hac Vice by Attorney David I Gindler for AmberWave Systems Corporation. (ch, ) (Entered: 08/16/2005) |
| 08/10/2005 | 12 | APPLICATION to Appear Pro Hac Vice by Attorney Amir A Naini for AmberWave Systems Corporation. (ch, ) (Entered: 08/16/2005) |
| 08/10/2005 | 13 | APPLICATION to Appear Pro Hac Vice by Attorney Christopher A Vanderlaan for AmberWave Systems Corporation. (ch, ) (Entered: 08/16/2005) |
| 08/10/2005 | 14 | APPLICATION to Appear Pro Hac Vice by Attorney Jason G Sheasby for AmberWave Systems Corporation. (ch, ) (Entered: 08/16/2005) |
| 08/10/2005 |  | Pro Hac Vice Filing fee paid by Chu, Gindler, Naini, Vanderlaan, Sheasby; Fee: $125.00, receipt number: 2-1-563 (ch, ) (Entered: 08/16/2005) |
| 08/11/2005 | 9 | NOTICE of Attorney Appearance by Thomas John Ward, Jr on behalf of AmberWave Systems Corporation (Ward, Thomas) (Entered: 08/11/2005) |
| 08/18/2005 | 15 | NOTICE of Attorney Appearance by Franklin Jones, Jr on behalf of |

| | | |
|---|---|---|
| | | AmberWave Systems Corporation (Jones, Franklin) (Entered: 08/18/2005) |
| 09/02/2005 | 16 | ANSWER to Complaint by Intel Corporation.(Jones, Michael) (Entered: 09/02/2005) |
| 09/02/2005 | 17 | MOTION to Change Venue */Motion to Transfer* by Intel Corporation. (Attachments: # 1 Request for Judicial Notice# 2 Exhibit A to Request for Judicial Notice# 3 Exhibit B to Request for Judicial Notice# 4 Declaration of Michael E. Jones in Support of Motion to Transfer# 5 Exhibit A to Declaration of Michael E. Jones# 6 Exhibit B to Declaration of Michael E. Jones# 7 Exhibit C to Declaration of Michael E. Jones# 8 Exhibit D to Declaration of Michael E. Jones# 9 Exhibit E to Declaration of Michael E. Jones)(Jones, Michael) Additional attachment(s) added on 9/7/2005 (ch, ). (Entered: 09/02/2005) |
| 09/02/2005 | 18 | APPLICATION to Appear Pro Hac Vice by Attorney Patrick E King for Intel Corporation. (ch, ) (Entered: 09/14/2005) |
| 09/02/2005 | | Pro Hac Vice Filing fee paid by King; Fee: $25, receipt number: 6-1-2195 (ch, ) (Entered: 09/14/2005) |
| 09/02/2005 | 19 | APPLICATION to Appear Pro Hac Vice by Attorney George M Newcombe for Intel Corporation. (ch, ) (Entered: 09/14/2005) |
| 09/02/2005 | | Pro Hac Vice Filing fee paid by Newcombe; Fee: $25, receipt number: 6-1-2199 (ch, ) (Entered: 09/14/2005) |
| 09/02/2005 | 20 | APPLICATION to Appear Pro Hac Vice by Attorney Jeffrey E Ostrow for Intel Corporation. (ch, ) (Entered: 09/14/2005) |
| 09/02/2005 | | Pro Hac Vice Filing fee paid by Ostrow; Fee: $25, receipt number: 6-1-2198 (ch, ) (Entered: 09/14/2005) |
| 09/02/2005 | 21 | APPLICATION to Appear Pro Hac Vice by Attorney Harrison J Frahn, IV for Intel Corporation. (ch, ) (Entered: 09/15/2005) |
| 09/02/2005 | | Pro Hac Vice Filing fee paid by Frahn IV; Fee: $25, receipt number: 6-1-2196 (ch, ) (Entered: 09/15/2005) |
| 09/02/2005 | 22 | APPLICATION to Appear Pro Hac Vice by Attorney Henry B Gutman for Intel Corporation. (ch, ) (Entered: 09/16/2005) |
| 09/02/2005 | | Pro Hac Vice Filing fee paid by Gutman; Fee: $25, receipt number: 6-1-2197 (ch, ) (Entered: 09/16/2005) |
| 09/12/2005 | 23 | APPLICATION to Appear Pro Hac Vice by Attorney Jeremy S Pitcock for Intel Corporation. (ch, ) (Entered: 09/16/2005) |
| 09/12/2005 | | Pro Hac Vice Filing fee paid by Pitcock; Fee: $25, receipt number: 6-1-2286 (ch, ) (Entered: 09/16/2005) |
| 09/19/2005 | 24 | RESPONSE in Opposition re 17 MOTION to Change Venue */Motion to Transfer (Plaintiff Amberwave Systems Corporation's Opposition to Defendant Intel Corporation's Motion to Transfer)* filed by AmberWave |

| | | |
|---|---|---|
| | | Systems Corporation. (Attachments: # [1](#) Declaration of Jason G. Sheasby# [2](#) Exhibit A# [3](#) Exhibit B# [4](#) Exhibit C# [5](#) Exhibit D# [6](#) Exhibit E# [7](#) Exhibit F# [8](#) Exhibit G# [9](#) Exhibit H# [10](#) Exhibit I# [11](#) Exhibit J# [12](#) Exhibit K# [13](#) Exhibit L# [14](#) Exhibit M# [15](#) Text of Proposed Order)(Capshaw, Sidney) (Entered: 09/19/2005) |
| 09/22/2005 | 25 | NOTICE by AmberWave Systems Corporation *Pursuant To LR CIV-42* (Attachments: # [1](#) Exhibit A# [2](#) Exhibit B# [3](#) Exhibit C)(Gindler, David) (Entered: 09/22/2005) |
| 09/26/2005 | 26 | MOTION for Leave to File Excess Pages *(Unopposed)* by Intel Corporation. (Attachments: # [1](#) Exhibit Reply in Support# [2](#) Exhibit Supplemental Declaration# [3](#) Text of Proposed Order Order Granting Unopposed Motion for Leave)(Jones, Michael) (Entered: 09/26/2005) |
| 09/26/2005 | 27 | NOTICE of Attorney Appearance by John Frederick Bufe on behalf of Intel Corporation (Bufe, John) (Entered: 09/26/2005) |
| 09/27/2005 | 28 | ORDER granting [26](#) Motion for Leave to File Excess Pages. It is therefore, ORDERED that the page limit for Dft Intel's Reply Brief to AmberWave's Opposition to Intel's Motion To Transfer to the U S Dist Court for the District of Delaware should be expcnded by 10 pages to allow 15 pages; and it is FURTHER ORDERED that Dft Intel Corporation is granted leave to file its Reply Brief . Signed by Judge Leonard Davis on 9/27/05. (mpv, ) (Entered: 09/27/2005) |
| 09/27/2005 | 29 | REPLY to Response to Motion re [17](#) MOTION to Change Venue */Motion to Transfer* filed by Intel Corporation. (Attachments: # [1](#) Supplemental Declaration of Michael E. Jones)(mpv, ) (Entered: 09/27/2005) |
| 10/03/2005 | 30 | MOTION for Leave to File Excess Pages *For Sur-Reply to Defendants Motion To Transfer (Unopposed)* by AmberWave Systems Corporation. (Attachments: # [1](#) Exhibit A (Part 1: Sur-Reply)# [2](#) Exhibit A (Part 2: Supplemental Declaration)# [3](#) Exhibit A (Part 3: Exhibit to Supplemental Declaration)# [4](#) Text of Proposed Order)(Gindler, David) (Entered: 10/03/2005) |
| 10/04/2005 | 31 | ORDER granting Pltf's [30](#) Motion for Leave to File Excess Pages limit on its sur-reply to deft's Intel Corporation's motion to transfer . Signed by Judge Leonard Davis on 10/4/05. (ehs, ) (Entered: 10/04/2005) |
| 10/04/2005 | 32 | RESPONSE in Opposition re [17](#) MOTION to Change Venue */Motion to Transfer (Sur Reply)* filed by AmberWave Systems Corporation. (Attachments: # [1](#) Affidavit Supplemental Declaration of Jason G. Sheasby# [2](#) Exhibit 1 to Supplemental Declaration of Jason G. Sheasby) (Gindler, David) (Entered: 10/04/2005) |
| 11/01/2005 | 33 | MEMORANDUM OPINION and ORDER granting Intel's motion to transfer case to Judge Jordan in the District of Delaware. Signed by Judge Leonard Davis on 11/1/05. (ehs, ) (Entered: 11/01/2005) |
| 11/22/2005 | | Interdistrict transfer to the District of Delaware, Judge Jordan. Certified |

| | | |
|---|---|---|
| | | copy of complaint, docket sheet and transfer order forwarded to the District of Delaware (ehs, ) (Entered: 11/22/2005) |

Case 1:05-cv-00837-***-MPT   Document 33   Filed 12/05/2005   Page 8 of 8

copy of complaint, docket sheet and transfer order forwarded to the District of Delaware (ehs, ) (Entered: 11/22/2005)