AO 440 (Rev. 8/01) Summons in a Civil Action

FILED-CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

05 JUL 19 PM 1:49

Eastern District of Texas  TX EASTERN-MARSHALL

AmberWave Systems Corporation

BY_____

**SUMMONS IN A CIVIL ACTION**

V.

Intel Corporation

CASE NUMBER: **2-05CV-321**

TO: (Name and address of Defendant)

Intel Corporation
C/O CT Corporation System
350 N. St. Paul Street
Dallas, TX 75201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

S. Calvin Capshaw III
Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

DAVID MALAND, CLERK

JUL 1 5 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 09-15-05   12:40 PM |
| NAME OF SERVER (PRINT)  JACK ROSSER | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 350 N. ST. PAUL DALLAS, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00  60 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09-15-05            *[signed] Jack Rosser*
              Date                Signature of Server

                                  4063 WINTER PARK
                                  ADDISON, TX 75001
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.