UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION | § § § | |
| *Plaintiff* | § § § § | |
| v. | § | **Civil Action No. 2:05-CV-321** |
| INTEL CORPORATION | § § § | |
| *Defendants* | § § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Harry L. Gillam, Jr., enters his appearance in the above-referenced proceedings for Defendant Intel Corporation. Defendant Intel Corporation respectfully requests that the Court take note of this Notice of Appearance and make Harry L. Gillam, Jr. one of the attorneys of record for Intel Corporation in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings should be emailed or faxed to Harry L. Gillam, Jr. at the address set forth below.

Respectfully submitted,

**GILLAM ❖ SMITH, L.L.P.**
110 South Bolivar
Suite 204
Marshall, TX 75670
Phone: 903.934.8450
Fax: 903.934.9257


By: _____/s/_____
HARRY L. GILLAM, JR.
State Bar No. 07921800
gil@gillamsmithlaw.com

**ATTORNEY FOR DEFENDANT INTEL CORPORATION**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 22nd day of July, 2005.


_____/s/_____
HARRY L. GILLAM, JR.