IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS | § | |
| CORPORATION | § | CIVIL CASE NO. 2:950CV-321 |
| | § | |
| VS. | § | LEONARD E. DAVIS |
| | § | |
| INTEL CORPORATION | § | JURY |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Otis Carroll, enters his appearance in this matter for Plaintiff, Amberwave Systems Corporation, for purposes of receiving notices and orders from the Court.

DATED this 27th day of July, 2005.

                                                Respectfully submitted,

                                                BY: /s/ Otis Carroll
                                                    Otis Carroll
                                                    State Bar No. 03895700
                                              Ireland, Carroll & Kelley, PC
                                              6101 S. Broadway, Suite 500
                                              Tyler, Texas 75703
                                              Tel: (903) 561-1600
                                              Fax: (903) 581-1071
                                              Email: Fedserv@icklaw.com

                                              Franklin Jones, Jr.
                                              State Bar No. 00000055
                                              JONES AND JONES, INC., PC
                                              201 West Houston Street
                                              P. O. Drawer 1249
                                              Marshall, TX 75671-1249
                                              Tel: (903) 938-4395
                                              Fax: (903) 938-3360
                                              Email: maizieh@millerfirm.com

>Morgan Chu
>CA # 70446
>David I. Gindler
>CA # 117824
>IRELL & MANELLA, LLP
>1800 Ave of the Stars, Suite 900
>Los Angeles, CA 90067
>Tel: (310) 203-7096
>Fax: (310) 203-7199
>
>S. Calvin Capshaw III, Attorney in Charge
>TX Bar No. 037839000
>BROWN MCCARROLL LLP
>1127 Judson Road, Suite 220
>P. O. Box 3999
>Longview, TX 75601-5157
>Tel: (903) 236-9800
>Fax: (903) 236-8787
>Email: ccapsahw@bmcmail.com
>
>ATTORNEYS FOR PLAINTIFF
>AMBERWAVE SYSTEMS CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system this the 27th day of July, 2005.

>/s/ Otis Carroll
>Otis Carroll