IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:05cv321LED |
| | § | JURY |
| INTEL CORPORATION | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHWERWISE RESPOND TO
AMBERWAVE'S COMPLAINT FOR PATENT INFRINGEMENT**

Defendant, INTEL CORPORATION ("INTEL"), moves the Court for an extension of time to answer or otherwise respond to Plaintiff AMBERWAVE SYSTEMS CORPORATION'S ("AMBERWAVE") Complaint for Patent Infringement, and would show the Court as follows:

1. Plaintiff, AMBERWAVE, filed its complaint against INTEL on July 15, 2005 [Dkt. 1]. Said answer is due on August 4, 2005.

2. The issues involved in this case are such that INTEL requires additional time to prepare a response.

2. INTEL respectfully requests an extension of time to answer or otherwise respond to Plaintiff's complaint until and including September 3, 2005.

3. Plaintiff, AMBERWAVE, is not opposed to said extension of time to answer or otherwise respond.

{A07\7395\0002\W0289766.1 }

| | |
|---|---|
| Dated: August 4, 2005 | Respectfully submitted,<br><br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500 (75702)<br>P. O. Box 359<br>Tyler, Texas 75710<br>(903) 597 8311<br>(903) 593 0846 (Facsimile)<br>mikejones@potterminton.com<br><br>By: /s/ Michael E. Jones<br>    MICHAEL E. JONES<br>    State Bar No. 10929400<br><br>ATTORNEYS FOR DEFENDANT INTEL |

**CERTIFICATE OF CONFERENCE**

Mike Jones, counsel for INTEL, has conferred with Elizabeth DeRieux, counsel for AMBERWAVE and they agree to the relief sought in this motion.

/s/ Michael E. Jones
Michael E. Jones

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 4, 2005. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/ Michael E. Jones
Michael E. Jones