IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:05cv321LED |
| | § | JURY |
| INTEL CORPORATION | § | |

## **ORDER**

ON THIS DAY, came on to be considered the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the complaint of Plaintiff, AMBERWAVE SYSTEMS CORPORATION in the above-styled and numbered cause until and through September 3, 2005 After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED that INTEL CORPORATION shall have until and through September 3, 2005 to answer or otherwise respond to Plaintiff, AMBERWAVE SYSTEMS CORPORATION Complaint for Patent Infringement [Dkt. 1].

{A07\7395\0002\W0289766.1 }