IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORP. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:05-CV-321-LED |
| | § | |
| INTEL CORPORATION | § | |

**NOTICE OF APPEARANCE OF T. JOHN WARD, JR.**

COMES NOW Plaintiff, Amberwave Systems Corporation, and hereby notifies the court and all parties of record that, in addition to the attorneys already representing it, T. John Ward, Jr., State Bar Number 00794818, of Law Office of T. John Ward, Jr., P.C., P.O. Box 1231, Longview, Texas, 75606-1231, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Respectfully submitted,

T. John Ward, Jr.
State Bar No. 00794818

Law Office of T. John Ward, Jr., P.C.
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: jw@jwfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via electronic delivery, on this the 11th day of August, 2005 to all counsel of record.

T. John Ward, Jr.