Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised: 12/3/03

FILED-CLERK
U.S. DISTRICT COURT
05 AUG 10 AM 10: 08
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2-05CV-321 LED__
Style: __AMBERWAVE SYSTEMS CORPORATION V. INTEL CORPORATION__

2. Applicant is representing the following party/ies:
__AmberWave Systems Corporation__

3. Applicant was admitted to practice in __CA__ (state) on __June 11, 1985__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you Omit minor traffic offenses

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
__(See attachment)__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __David I. Gindler__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __8/2/05__         Signature _____

Name (please print) David I. Gindler
State Bar Number California - 117824
Firm Name: Irell & Manella LLP
Address/P.O. Box: 1800 Avenue of the Stars, Suite 900
City/State/Zip: Los Angeles, CA 90067
Telephone #: (310) 277-1010
Fax #: (310) 203-7199
E-mail Address: DGindler@irell.com


Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 10th day of August, 2005

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By  C. Hinton
Deputy Clerk

David I. Gindler

11. Bar Admissions:

| | |
|---|---|
| California State Bar (No. 117824) | 6/11/85 |
| U.S. Supreme Court | 1/24/94 |
| U.S. Court of Appeals for the Federal Circuit | 6/23/04 |
| Ninth Circuit Court of Appeals | 6/26/85 |
| USDC-Central District | 6/12/85 |
| USDC-Northern District | 1/25/88 |
| USDC-Eastern District | 2/09/90 |
| USDC-Southern District | 8/30/96 |

1335351