**Appendix K**  Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## Marshall DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
05 AUG 10 AM 10: 08
TX EASTERN-MARSHALL
BY_____

1. This application is being made for the following: Case # __2-05CV-321 LED__

Style: __Amberwave Systems Corporation v. Intel Corporation__

2. Applicant is representing the following party/ies:
__Plaintiff Amberwave Systems Corporation__

3. Applicant was admitted to practice in __CA__ (state) on __12/13/99__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
__See attachment.__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Jason G. Sheasby__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __August 5, 2005__   Signature _____

Name (please print) Jason G. Sheasby
State Bar Number 205455 (California)
Firm Name: Irell & Manella LLP
Address/P.O. Box: 1800 Avenue of the Stars
City/State/Zip: Los Angeles, California 90067
Telephone #: (310) 277-1010
Fax #: (310) 203-7199
E-mail Address: jsheasby@irell.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 10th day of August, 2005

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By  C. Hinton
    Deputy Clerk

# JASON G. SHEASBY

# COURT ADMISSIONS

| Title of Court |
| --- |
| Supreme Court of the State of California |
| United States District Court, Central District of California |
| United States District Court, Northern District of California |
| United States Court of Appeals, Federal Circuit |

1336722.1 03