IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION. | § | |
| | § | |
| PLAINTIFF | § | |
| | § | Case No. 2:05CV-321 |
| V. | § | |
| | § | Honorable Leonard E. Davis |
| INTEL CORPORATION, a Delaware corporation . | § § | Jury Trial Demanded |
| | § | |
| DEFENDANTS | § | |

NOTICE OF APPEARANCE

Notice is hereby given that Franklin Jones, Jr. is entering his appearance as counsel for

Plaintiff, Alexsam, for the purpose of receiving notices from the Court.

Dated this 18th day of August, 2005.

                                    BY: /s/ Franklin Jones, Jr.
                                    Franklin Jones, Jr.

                                    State Bar No. 00000055
                                    JONES & JONES, INC.
                                    P. O. Box 1249
                                    Marshall, Texas 75671-1249
                                    Telephone: (903) 938-4395
                                    Facsimile: (903) 938-3360
                                    Email: maizieh@millerfirm.com

                                    Morgan Chu, Attorney in Charge
                                    CA  Bar No. 70446
                                    David I. Gindler
                                    CA Bar No. 117824
                                    IRELL & MANELLA LLP
                                    1800 Avenue of the Stars, Suite 900
                                    Los Angeles, California 90067-4276
                                    Phone: (310)277-1010
                                    Facsimile (310)203-7199

E-mail: dgindler@irell.com

Otis W. Carroll
Attorney in Charge
State Bar No. 03895700
IRELAND, CARROLL AND KELLEY,PC
6101 Broadway, Suite 500
P. O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 561-1071
Email: Nancy@icklaw.com

S. Calvin Capshaw
State Bar No. 03783900
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@mailbmc.com

Samuel F. Baxter
State Bar No. 01938000
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile (214) 978-4044

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2005, a true and correct copy of the foregoing document was sent to all counsel of record via the Court electronic filing system.

/s/ Franklin Jones, Jr.
Franklin Jones, Jr.