# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION NO. 2-05CV-321** |
| ) | |
| v. ) | **JUDGE DAVIS** |
| ) | **JURY** |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## REQUEST FOR JUDICIAL NOTICE

Defendant Intel Corporation ("Intel"), by and through its undersigned attorneys, hereby requests that the Court take judicial notice pursuant to Federal Rule of Civil Procedure 201 of the following facts:

1. On May 17, 2005, Intel filed a complaint against AmberWave Systems Corporation ("AmberWave") in the matter of Intel Corporation v. AmberWave Systems Corporation, Civ. Action No. 05-301-KAJ (D. Del.) (Honorable Kent A. Jordan) (the "Delaware Complaint"). A true and correct copy of the Delaware Complaint (with attachments) is appended hereto as Exhibit A. Patent No. 6,831,292 is Exhibit A to the Delaware Complaint. A letter dated May 9, 2005 from AmberWave's counsel to the current Chief Executive Officer of Intel is Exhibit B to the Delaware Complaint.

2. On July 15, 2005, AmberWave filed an answer to the Delaware Complaint, and it asserted a counterclaim alleging that Intel had infringed U.S. Patent No. 6,831,292. A true and correct copy AmberWave's Answer and Counterclaim (with attachment) is appended hereto as Exhibit B.

Respectfully submitted,

POTTER MINTON,
A Professional Corporation


By    /s/ Michael E. Jones
   Michael E. Jones
   Attorney-In-Charge
   Texas Bar No. 10929400
   mikejones@potterminton.com

   110 North College
   500 Plaza Tower
   Tyler, Texas 75702
   Telephone: (903) 597-8311
   Facsimile: (903) 593-0846

   OF COUNSEL:

   George M. Newcombe (CA Bar No. 202898)
   gnewcombe@stblaw.com
   SIMPSON THACHER & BARTLETT LLP
   3330 Hillview Avenue
   Palo Alto, California 94304
   Telephone: (650) 251-5000
   Facsimile: (650) 251-5002

   Attorneys for Defendant Intel Corporation