IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEL CORPORATION, | ) | |
| | ) | |
| Plaintiff/Counter-defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-301-KAJ |
| | ) | |
| AMBERWAVE SYSTEMS CORPORATION, | ) | |
| | ) | |
| Defendant/Counter-plaintiff | ) | |

## AMBERWAVE'S FIRST SET OF REQUESTS FOR PRODUCTION

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and other applicable rules of the Federal Rules of Civil Procedure, Defendant and Counter-plaintiff AmberWave Systems Corporation requests that Plaintiff and Counter-defendant Intel Corporation respond to this request and produce the following documents at the offices of Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067, within thirty (30) days after the date of service hereof.

## DEFINITIONS

1.     "AMBERWAVE" shall mean AmberWave Systems Corporation and any present or former parent, subsidiary, division, subdivision, affiliated company, licensee, predecessor, or successor of Amberwave Systems Corporation, and any of its or their present or former officers, directors, agents, advertising agents, servants, employees, attorneys, representatives, and those persons or corporations in active concert or participation with, or acting or purporting to act on its (or their) behalf.

2.     "INTEL" shall mean Intel Corporation, and any present or former parent, subsidiary, division, subdivision, affiliated company, licensee, predecessor, or successor of Intel Corporation, and any of its or their present or former officers, directors, agents, advertising

**Exhibit A**

agents, servants, employees, attorneys, representatives, and those persons or corporations in active concert or participation with, or acting or purporting to act on its (or their) behalf.

3.  "YOU" and "YOUR" shall mean INTEL.

4.  "THIRD PARTY" shall mean natural persons, corporations or any other form of business entity including, but not limited to, partnerships, firms, ventures and associations, and shall further include, without limitation, divisions, branches, departments, subsidiaries, directors, officers, owners, members, employees, agents, representatives, attorneys or anyone else purporting to act on the behalf of the person or entity.

5.  "DOCUMENT" as used herein shall mean every kind of recording of any form of communication or representation upon any tangible thing, including letters, words, pictures, sounds or symbols, or combinations thereof, whether recorded by handwriting, printing, photostatic or photographic means, magnetic impulse, tape, computer disk or any other form of data storage, data compilation or mechanical or electronic recording, and all other tangible things which come within the meaning of "writing" or "recording" as used in Federal Rules of Evidence Rule 1001 or "document" as used in Federal Rules of Civil Procedure Rule 34. Every draft or non-identical copy of a DOCUMENT is a separate DOCUMENT as that term is used herein.

6.  "RELATING TO" and "RELATE TO" shall mean having any connection, relation, or reference to and include, by way of example and without limitation, discussing, identifying, containing, showing, evidencing, describing, reflecting, dealing with, regarding, pertaining to, analyzing, evaluating, estimating, constituting, comprising, studying, surveying, projecting, recording, summarizing, assessing, criticizing, reporting, commenting on, referring to in any way, either directly or indirectly, or otherwise involving, in whole or in part. DOCUMENTS and COMMUNICATIONS "relating to" or that "relate(s) to" the subject matter specified in a Document Request include, without limitation, DOCUMENTS and COMMUNICATIONS underlying or supporting, or utilized in the preparation of, any DOCUMENTS or COMMUNICATIONS responsive to each Document Request.

7.     "COMMUNICATION" shall mean any transmission or exchange of information between two or more persons, whether orally or in writing, including without limitation any conversation or discussion by means of letter, note, memorandum, inter-office correspondence, telephone, telegraph, telex, telecopies, cable communicating data processors, e-mail, or some other electronic or other medium.

8.     "COMPLAINT" shall mean Intel Corporation's Complaint filed in case number 05-CV-301 (D. Del.)

9.     COUNTERCLAIM" shall mean Amberwave Systems Corporation's Answer and Counterclaim filed in case number 05-CV-301 (D. Del.).

10.    "REPLY" shall mean Intel's Reply to Counterclaim filed in case number 05-CV-301 (D. Del.).

11.    The "'292 PATENT FAMILY" shall mean United States Patent No. 6,831,292 (the "'292 PATENT"), entitled "Semiconductor Structures Employing Strained Material Layers With Defined Impurity Gradients And Methods For Fabricating Same," issued on December 14, 2004, any patents or applications from which the '292 PATENT claims priority, and any patents or applications that claim priority to an application from which the '292 PATENT claims priority.

12.    "INTEL STRAINED DEVICES" shall mean any INTEL device that has strained or stressed semiconductor material.

13.    "INTEL DOTHAN AND PRESCOTT PROCESSORS" shall mean those processors identified in paragraphs 8 and 10 of the COMPLAINT.

14.    "INTEL 90NM NODE DEVICES" shall mean those devices produced using INTEL's 90nm manufacturing process.

15.    "INTEL 65NM NODE DEVICES" shall mean those devices produced using INTEL's 65nm manufacturing process.

16. "INTEL 45NM NODE DEVICES" shall mean those devices produced using INTEL's 45nm manufacturing process, irrespective of whether INTEL has finalized the design of those devices to be produced using the 45nm manufacturing process.

17. "INTEL HIGH-K DEVICES" means those INTEL devices produced using a high-k gate dielectric material, including but not limited to devices using a $HfO_2$ gate dielectric and a TiN gate electrode.

18. "INTEL STRAINED MATERIAL OR DEVICE RESEARCH PROJECTS" means any research RELATING TO the creation, design, assessment, or use of strain or stress in a semiconductor material or semiconductor device.

19. "INTEL UNIAXIAL STRAINED MATERIAL OR DEVICE RESEARCH PROJECTS" shall mean any research RELATING TO the creation, design, assessment, or use of uniaxial strain or stress in a semiconductor material or semiconductor device.

20. "INTEL BIAXIAL STRAINED MATERIAL OR DEVICE RESEARCH PROJECTS" shall mean any research RELATING TO the creation, design, assessment, or use of biaxial strain or stress in a semiconductor material or semiconductor device.

21. "INTEL HIGH-K RESEARCH PROJECTS" shall mean any research RELATING TO the creation, design, assessment or use of devices with a high-k gate dielectric material, including but not limited to devices using a $HfO_2$ gate dielectric and a TiN gate electrode.

22. "INTEL HIGH-K ARTICLES" shall mean Datta, et al., Advanced Si and SiGe Strained Channel NMOS and PMOS Transistors with High-K/Metal-Gate Stack, IEEE BCTM 10.2 (Attached as Exhibit 1), Datta, et al., High Mobility Si/SiGe Strained Channel MOS Transistors with $HfO_2$/TiN Gate Stack, IEDM 03-653 (Attached as Exhibit 2), and Jin et al., Mobility Enhancement in Compressively Strained SiGe Surface Channel PMOS Transistors with $HfO_2$/TiN Gate Stack, Electrochemical Society Proceedings Volume 2004-07 (Attached as Exhibit 3).

- 4 -

23.     "INTEL STRAINED MATERIAL OR DEVICE RESEARCHERS" shall mean any INTEL employees or consultants involved with INTEL STRAINED MATERIAL OR DEVICE RESEARCH PROJECTS, and Mohsen Alavi, N. Anand, Mark Armstrong, B. Arcot, Chris Auth, S. Balakrishnan, U. Bhattacharya, P. Bai, J. Bielefeld, R. Bigwood, Mark Bohr, M. Bost, R. Brain, J. Brandenburg, Justin Brask, Mark Buehler, Steve Cea, P. Charvat, Robert Chau, Sunlin Chou, Z. Chen, V. Chikarmane, C. Choi, T. Coan, Suman Datta, Gilbert Dewey, Mark Doczy, Brian Doyle, Youssef El-Mansy, R. Frankovic, Pat Gelsinger, Tahir Ghani, M. D. Giles, Glenn Glass, F. Hamzaoglu, W. Han, Jim Harrison, J. He, Thomas Hoffman, R. Heussner, M. Hussein, J. Hwang, D. Ingerly, P. Jacob, A. Jain, R. James, Chia-Hong Jan, J. Jeong, Ben Jin, K. Johnson, S. Joshi, Jack Kavalieros, Chris Kenyon, Jason Klaus, S. Klopcic, R. Kotlyar, Kelly Kuhn, E. Lee, S. H. Lee, N. Lindert, M. Liu, J. Luce, L. Ma, Zhiyong Ma, Amlan Majumdar, T. Marieb, P. Matagne, Brian Mcintyre, Matthew Metz, Kaizad Mistry, D. Murray, Anand Murthy, Ramune Nagisetty, S. Natarajan, J. Neirynck, Y. Ng, Phi Nguyen, Borna Obradovic, A. Ott, C. Parker, H. Pearson, Marko Radosavljevic, J. Sandford, T. Sandford, R. Schweinfurth, J. Sebastian, U. Shah, Reaz Shaheed, Lucian Shifren, M. Silberstein, Sam Sivakumar, P. Smith, J. Steigerwald, M. Stettler, M. Taylor, Scott Thompson, Bruce Tufts, Sunit Tyagi, N. Vallepalli, C. Wallace, P. Wang, X. Wang Y. Wang, C. Weber, B. Woolery, A. Yeoh, K. Zawadzki, N. Zelick, K. Zhang, and B. Zheng.

## INSTRUCTIONS

1.     Whenever appropriate, the singular form of a word shall be interpreted in the plural or vice versa; verb tenses shall be interpreted to include past, present, and future tenses; the terms "and" as well as "or" shall be construed either conjunctively or disjunctively, as necessary to bring within the scope of these demands any DOCUMENTS that might otherwise be considered outside their purview; and words imparting the masculine include the feminine and vice versa.

2.     You are to supplement your responses to this request as the need arises pursuant to Rule 26 of the Federal Rules of Civil Procedure.

3.      If any privilege or immunity from discovery is claimed with respect to any responsive DOCUMENT, the production of which would otherwise be required by this request for DOCUMENTS, state for each:

      (a)      the type of DOCUMENT or COMMUNICATION;

      (b)      the exact name and title of the DOCUMENT;

      (c)      the date(s) of the DOCUMENT or COMMUNICATION;

      (d)      the person(s) who prepared the DOCUMENT or initiated the COMMUNICATION;

      (e)      all persons who received the DOCUMENT or the COMMUNICATION;

      (f)      the reason for non-production of the DOCUMENT or COMMUNICATION or the claim of privilege; and

      (g)      the subject matter of the DOCUMENT or COMMUNICATION.

4.      The DOCUMENTS produced pursuant to these demands must be produced in the same form and in the same order in which they were maintained in the ordinary course of business.   DOCUMENTS are to be produced in the boxes, file folders, bindings or other containers in which the DOCUMENTS are found.   The title, labels or other descriptions of the boxes, file folders, binders or other containers are to be left intact.

5.      If a copy of a requested DOCUMENT contains comments, markings, or notations not found on a prior or subsequent version, please consider the copy and any prior or subsequent versions as separate DOCUMENTS and produce all of them.

6.      If requested DOCUMENTS are known to have been destroyed, those DOCUMENTS or class of DOCUMENTS are to be identified as follows: addresser, addressee, indicated or blind copies, date, subject matter, number of pages, attachments or appendices, all persons to whom the requested DOCUMENT was distributed, shown, or explained, date of destruction, person authorizing destruction, and persons destroying the DOCUMENTS.

7.      If a DOCUMENT is responsive to a request for production and is in your control, but is not in your possession or custody, identify the person or persons with possession or custody.

8.      If any DOCUMENT was, but no longer is in your possession or subject to your control, state what disposition was made of it, by whom, and the date or dates or approximate date or dates on which such disposition was made and why.

9.      For purposes of these requests, a DOCUMENT is deemed to be in your control if any of your directors, shareholders, officers, agents, attorneys, representatives or employees have actual physical possession of the DOCUMENT or a copy thereof or if you have the right to secure the DOCUMENT or a copy thereof from another person or public or private entity having actual physical possession thereof.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1**:

All documents relating to the '292 PATENT FAMILY.

**REQUEST NO. 2**:

All DOCUMENTS that support, contradict, or RELATE TO INTEL's contention that it has not infringed, and is not infringing, either directly or under the doctrine of equivalents, nor inducing or contributing to the infringement by others, of any claim of the '292 PATENT, regardless of whether INTEL contends that the claim is invalid or unenforceable.

**REQUEST NO. 3**:

All DOCUMENTS RELATING TO INTEL's future plans for the use of semiconductor materials with strained or stressed regions in INTEL commercial products

**REQUEST NO. 4**:

All DOCUMENTS RELATING TO strained regions or strained materials INTEL has considered implementing in INTEL STRAINED DEVICES, INTEL DOTHAN AND

PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE

DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 5**:

All DOCUMENTS RELATING TO all methods of inducing strain INTEL has

considered implementing in INTEL STRAINED DEVICES, INTEL DOTHAN AND

PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE

DEVICES, INTEL 45 NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 6**:

DOCUMENTS sufficient to fully describe each step in the fabrication of transistors in

INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL

90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES,

and INTEL HIGH-K DEVICES.

**REQUEST NO. 7**:

DOCUMENTS sufficient to fully describe the design of transistors in INTEL

STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM

NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and

INTEL HIGH-K DEVICES.

**REQUEST NO. 8**:

All DOCUMENTS RELATING To any strained or stressed regions present in INTEL

STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM

NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or

INTEL HIGH-K DEVICES.

**REQUEST NO. 9**:

All DOCUMENTS RELATING To any methods of creating strained or stressed regions present in INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 10**:

All DOCUMENTS RELATING TO concentrations of all elements, compounds, or alloys, in transistors in INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 39**:

All DOCUMENTS RELATING TO the concentration(s) of silicon, germanium, dopants, and/or any other element, compound or alloy present in the silicon germanium source or drain regions in INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 11**:

All DOCUMENTS, including all functional specifications, design specifications, operational specifications, technical descriptions, laboratory notebooks, or similar DOCUMENTS, RELATING TO the conception, design, development, testing, implementation, or operation of strained or stressed regions in the INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 12**:

DOCUMENTS sufficient to fully describe the temperature of each step in the fabrication of transistors in INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and INTEL HIGH-K DEVICES, including but not limited to any deposition and annealing temperatures.

**REQUEST NO. 13**:

DOCUMENTS sufficient to fully describe all steps in the manufacture of the semiconductor wafers used in INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and INTEL HIGH-K DEVICES, including the temperature of each growth and annealing step.

**REQUEST NO. 14**:

DOCUMENTS sufficient to fully describe the specifications and design of the semiconductor wafers used in INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and INTEL HIGH-K DEVICES, including but not limited to any strained regions.

**REQUEST NO. 15**:

All DOCUMENTS RELATING TO any relaxed, strained, or stressed regions in the wafers used to construct INTEL 45NM NODE DEVICES or INTEL HIGH-K DEVICES.

**REQUEST NO. 16**:

All DOCUMENTS RELATING TO the silicon germanium layers in the p-type transistors described in INTEL HIGH-K ARTICLES.

**REQUEST NO. 17**:

All DOCUMENTS RELATING TO the temperature at which the silicon germanium layers in the p-type transistors described in INTEL HIGH-K ARTICLES were grown, including but not limited to deposition temperature and annealing temperature.

**REQUEST NO. 18**:

All DOCUMENTS RELATING TO the concentration of germanium in the silicon germanium layers in the p-type transistors described in INTEL HIGH-K ARTICLES.

**REQUEST NO. 19**:

All DOCUMENTS RELATING TO the concentration of dopants in the silicon germanium layers in the p-type transistors described in INTEL HIGH-K ARTICLES.

**REQUEST NO. 20**:

All DOCUMENTS RELATING TO the silicon germanium layers, or the strained silicon layers, in the n-type transistors described in INTEL HIGH-K ARTICLES.

**REQUEST NO. 21**:

All DOCUMENTS RELATING TO the temperature at which the silicon germanium layers, or strained silicon layers, in the n-type transistors described in INTEL HIGH-K ARTICLES were grown, including but not limited to deposition temperature and annealing temperature.

**REQUEST NO. 22**:

All DOCUMENTS RELATING TO each concentration level of germanium in the silicon germanium layers or strained silicon layers, in the n-type transistors described in INTEL HIGH-K ARTICLES.

**REQUEST NO. 23**:

All DOCUMENTS RELATING TO the concentration of dopants in the silicon germanium, or strained silicon layers, in the n-type transistors described in INTEL HIGH-K ARTICLES.

**REQUEST NO. 24**:

All DOCUMENTS RELATING TO all steps in the production of the wafers used to construct the devices described in INTEL HIGH-K ARTICLES.

**REQUEST NO. 25**:

All DOCUMENTS RELATING TO the specifications or characteristics of the wafers used to construct the devices described in INTEL HIGH-K ARTICLES.

**REQUEST NO. 26**:

All DOCUMENTS RELATING TO the process of fabricating the strained transistors in the INTEL HIGH-K ARTICLES.

**REQUEST NO. 27**:

All DOCUMENTS RELATING TO strained transistors produced by INTEL with a design similar to the strained transistors in the INTEL HIGH-K Articles.

**REQUEST NO. 28**:

All DOCUMENTS RELATING TO INTEL HIGH-K ARTICLES.

**REQUEST NO. 29**:

All DOCUMENTS RELATING TO COMMUNICATIONS within INTEL RELATING TO the method or methods of strain that may or will be implemented in INTEL 45NM NODE DEVICES or INTEL HIGH-K DEVICES.

**REQUEST NO. 30**:

All DOCUMENTS RELATING TO the design of the p-type and n-type transistors in INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES, including but not limited to the design of the gate.

**REQUEST NO. 31**:

All DOCUMENTS RELATING TO the steps in the creation of any silicon germanium regions, or any strained silicon regions, in transistors in INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 32**:

All DOCUMENTS RELATING TO the temperature at which any silicon germanium regions, or strained silicon regions, in transistors in INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES, are grown, including but not limited to deposition temperature and annealing temperature.

**REQUEST NO. 33**:

All DOCUMENTS RELATING TO each concentration level of germanium in any silicon germanium regions, or strained silicon regions, in transistors in INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 34**:

All articles, presentations, papers, abstracts, and drafts thereof, RELATING TO INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 35:**

All DOCUMENTS RELATING TO the concentration or type of dopants present in the silicon germanium deposited in the source and drain regions in INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 36:**

All laboratory notebooks, laboratory records, or research files authored or maintained by any INTEL STRAINED MATERIAL OR DEVICE RESEARCHERS RELATING TO strain or stress in semiconductor materials or devices.

**REQUEST NO. 37:**

All laboratory notebooks, laboratory records, or research files RELATING TO INTEL STRAINED MATERIAL OR DEVICE RESEARCH PROJECTS.

**REQUEST NO. 38:**

All laboratory notebooks, laboratory records, or research files RELATING TO INTEL UNIAXIAL STRAINED MATERIAL OR DEVICE RESEARCH PROJECTS.

**REQUEST NO. 39:**

All laboratory notebooks, laboratory records, or research files RELATING TO INTEL BIAXIAL STRAINED MATERIAL OR DEVICE RESEARCH PROJECTS.

**REQUEST NO. 40:**

DOCUMENTS sufficient to fully describe the dimensions of the source, drain, channel, gate, and silicon germanium deposits in p-type transistors in INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and INTEL HIGH-K DEVICES.

**REQUEST NO. 41**:

All DOCUMENTS RELATING TO the relaxation or strain in silicon germanium source and drain regions in p-type transistors in INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 42**:

All DOCUMENTS RELATING TO dislocations or defects in silicon germanium source and drain regions in p-type transistors in INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES, including but not limited to all images identifying the location of dislocations or defects in the silicon germanium source and drain regions.

**REQUEST NO. 43**:

All DOCUMENTS RELATING TO any analysis or study of how strain is created in the channel region of transistors in INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 44**:

DOCUMENTS sufficient to fully describe the use of all masks during the fabrication of the p-type and n-type transistors in INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and INTEL HIGH-K DEVICES, including but not limited during any etching or in situ epitaxy processes.

**REQUEST NO. 45**:

All DOCUMENTS RELATING TO the date(s) on which or the circumstances under which INTEL first became aware of or received copies of any patent or application in the '292 PATENT FAMILY.

**REQUEST NO. 46**:

All DOCUMENTS RELATING TO any investigation, search, or analysis regarding the scope, validity or invalidity, enforceability or unenforceability, or infringement or noninfringement, of any patent or application in the '292 PATENT FAMILY.

**REQUEST NO. 47**:

All DOCUMENTS RELATING TO any advice or opinions of in-house or outside counsel, RELATING TO any patent or application in the '292 PATENT FAMILY.

**REQUEST NO. 48**:

All DOCUMENTS that were considered by INTEL, or its in-house or outside counsel, in forming an opinion as to the infringement or noninfringement, validity or invalidity, or enforceability or unenforceability of any patent or application in the '292 PATENT FAMILY.

**REQUEST NO. 49**:

All DOCUMENTS that support, contradict or RELATE TO the contention that INTEL has not and is not willfully infringing any patent or application in the '292 PATENT.

**REQUEST NO. 50**:

All DOCUMENTS RELATING TO any comparison of the features, qualities, or method of manufacture of the INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES, with the disclosures or claims in any patent or application in the '292 PATENT FAMILY.

**REQUEST NO. 51**:

All DOCUMENTS that discuss or mention AMBERWAVE or Eugene Fitzgerald, Jr.

**REQUEST NO. 52**:

All DOCUMENTS RELATING TO products or services sold, offered for sale, used, or manufactured by or on behalf of AMBERWAVE, including without limitation, silicon wafers, strained silicon wafers, strained silicon on insulator wafers, wafers that include gallium or germanium, or wafers that include any type of strained semiconductor material.

**REQUEST NO. 53**:

All DOCUMENTS RELATING TO any COMMUNICATION or agreement with a THIRD PARTY RELATING TO AMBERWAVE, or the '292 PATENT FAMILY.

**REQUEST NO. 54**:

All DOCUMENTS authored in whole or in part, edited by, or in the files of, Sid Das, M Venkatesan, Sean Maloney, Brian Doyle, Jeff Andrews, Mike Lebby, Mike Morse, Loren Chow, Mohamad Shaheen, Ken David, or Kuppam Kumar, RELATING TO AMBERWAVE, Eugene Fitzgerald, or strained or stressed regions in semiconductor wafers or semiconductor devices.

**REQUEST NO. 55**:

All DOCUMENTS authored in whole or in part, edited by, or in the files of any INTEL employee or agent who reviewed any information provided by or on behalf of AMBERWAVE, RELATING TO AMBERWAVE, Eugene Fitzgerald, or strained or stressed regions in semiconductor wafers or semiconductor devices.

**REQUEST NO. 56**:

All DOCUMENTS RELATING TO INTEL's consideration of a capital investment in AMBERWAVE.

**REQUEST NO. 57**:

All DOCUMENTS RELATING TO information provided by or on behalf of AMBERWAVE or Eugene Fitzgerald, Jr. to INTEL during any time INTEL was considering making a capital investment in AMBERWAVE.

**REQUEST NO. 58**:

All DOCUMENTS RELATING TO COMMUNICATIONS with AMBERWAVE, Richard Crisp, Mayank Bulsara, Russ Bell, Mark Wolf, or Eugene Fitzgerald, Jr.

**REQUEST NO. 59**:

All DOCUMENTS RELATING TO any information provided by or on behalf of AMBERWAVE, Richard Crisp, Eugene Fitzgerald, Jr., Russ Bell, Mayank Bulsara, or Mark Wolf, to INTEL, including but not limited to any technical information about semiconductor wafers or semiconductor devices with strained or stressed regions.

**REQUEST NO. 60**:

All DOCUMENTS RELATING TO any materials provided by or on behalf of AMBERWAVE, Richard Crisp, Eugene Fitzgerald, Jr., Russ Bell, Mayank Bulsara, or Mark Wolf, to INTEL, including but not limited to silicon wafers, strained silicon wafers, strained silicon on insulator wafers, wafers that include gallium or germanium, or wafers that include any other type of strained semiconductor material.

**REQUEST NO. 61**:

All DOCUMENTS RELATING TO AMBERWAVE, Eugene Fitzgerald, Jr., Richard Hammond, Matthew Currie, or Anthony Lochtefeld.

**REQUEST NO. 62**:

All DOCUMENTS RELATING TO COMMUNICATIONS with THIRD PARTIES RELATING TO Eugene Fitzgerald, Jr., Richard Hammond, Matthew Currie, or Anthony Lochtefeld.

**REQUEST NO. 63**:

All DOCUMENTS RELATING TO the enforceability or unenforceability of the '292 PATENT.

**REQUEST NO. 64**:

All DOCUMENTS that support, contradict, or RELATE TO INTEL's contention that the '292 PATENT does not satisfy the conditions for patentability set forth in Title 35 of U.S.C. §§ 101, et seq.

**REQUEST NO. 65**:

All DOCUMENTS that support, contradict, or RELATE TO INTEL's contention that the '292 PATENT is invalid for double patenting.

**REQUEST NO. 66**:

All DOCUMENTS that support, contradict, or RELATE TO INTEL's contention that the '292 PATENT is invalid based on improper inventorship.

**REQUEST NO. 67**:

All DOCUMENTS that support, contradict, or RELATE TO INTEL's contention that AMBERWAVE has unclean hands and therefore should be barred from recovering the relief sought in its COUNTERCLAIM or any relief whatsoever against INTEL.

**REQUEST NO. 68**:

All DOCUMENTS that support, contradict, or RELATE TO INTEL's contention that AMBERWAVE's COUNTERCLAIM fails to state facts sufficient to constitute a cause of action or fails to state a claim for which relief can be granted against INTEL.

**REQUEST NO. 69**:

All DOCUMENTS that support, contradict, or RELATE TO INTEL's contention that the COUNTERCLAIM is barred in whole or part under principles of equity, including laches, prosecution laches, waiver, or estoppel.

**REQUEST NO. 70**:

All DOCUMENTS RELATING TO the presence or absence of commercial success, a long-felt unsolved need, copying, industry acceptance, skepticism, teaching away in the prior art, or industry awards, for the inventions claimed in the '292 PATENT.

**REQUEST NO. 71**:

DOCUMENTS sufficient to fully describe the level of knowledge, schooling, experience, expertise, or relevant technical information, of a person having ordinary skill in the art to which the inventions claimed in the '292 PATENT pertain.

**REQUEST NO. 72**:

All DOCUMENTS INTEL intends to rely on to argue that a person other than those persons named as inventors on the '292 PATENT invented the inventions claimed in the '292 PATENT.

**REQUEST NO. 73**:

All DOCUMENTS INTEL intends to rely on to establish the meaning of any terms used in the '292 PATENT.

**REQUEST NO. 74**:

All patents or patent applications owned or controlled by INTEL that reference Eugene Fitzgerald, Jr., any current or former AMBERWAVE employee, any publication by any of the foregoing, or the '292 PATENT FAMILY, and their prosecution histories.

**REQUEST NO. 75**:

All drafts, including but not limited to final drafts, of DOCUMENTS submitted to or received from a government agency that reference Eugene Fitzgerald, Jr., any current or former AMBERWAVE employee, any publication by any of the foregoing, AMBERWAVE, or the '292 PATENT FAMILY.

**REQUEST NO. 76**:

All drafts, including but not limited to final drafts, of DOCUMENTS submitted to or received from a tribunal, including but not limited to a United States District Court or an arbitrator, that reference Eugene Fitzgerald, Jr., any current or former AMBERWAVE employee, any publication by any of the foregoing, AMBERWAVE, or the '292 PATENT FAMILY.

**REQUEST NO. 77**:

All patents and patent applications owned or controlled by INTEL that claim inventions involving strained or stressed regions in semiconductor wafers or semiconductor devices, and their prosecution histories.

**REQUEST NO. 78**:

All DOCUMENTS created before September 20, 2002 RELATING TO impurity in the channel region of semiconductor devices.

**REQUEST NO. 79**:

All DOCUMENTS created before September 20, 2002 that either explicitly or inherently disclose methods for avoiding impurities in the channel regions of semiconductor devices.

**REQUEST NO. 80**:

All DOCUMENTS RELATING TO research commenced before September 20, 2002 that either explicitly or inherently disclose methods for avoiding impurities in the channel regions of semiconductor devices.

**REQUEST NO. 81**:

All DOCUMENTS, including but not limited to, publications, patent applications, patents, grants, presentations, lab notebooks, research summaries, and abstracts that INTEL intends to rely on to establish that the '292 PATENT is invalid under 35 U.S.C. §§ 102 or 103.

**REQUEST NO. 82**:

DOCUMENTS sufficient to fully describe any performance enhancement caused by strained regions and stressed regions in the INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and INTEL HIGH-K DEVICES.

**REQUEST NO. 83**:

All DOCUMENTS comparing the performance enhancement of strain or stress in the INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES, to other performance enhancing technologies that INTEL used or considered using in those devices.

**REQUEST NO. 84**:

All DOCUMENTS RELATING TO the commercial or economic benefit of implementing strained regions or stressed regions in the INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 85**:

DOCUMENTS sufficient to fully describe the research, development, and production costs of implementing strained regions in INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and INTEL HIGH-K DEVICES

**REQUEST NO. 86**:

All DOCUMENTS comparing the research, development, or production costs of implementing strain or stress in INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES, to other performance enhancing technologies that INTEL introduced or considered introducing in those devices.

**REQUEST NO. 87**:

All marketing and promotional materials for the INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES, that mention strain or stress.

**REQUEST NO. 88**:

All DOCUMENTS RELATING TO INTEL's decisions to implement strain or stress in the INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 89**:

All projections of sales, revenue, profit, or profit margins for INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 90**:

DOCUMENTS sufficient to fully describe INTEL's sales, revenue, profit, and profit margins for the INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and INTEL HIGH-K DEVICES.

**REQUEST NO. 91**:

DOCUMENTS sufficient to fully describe the cost of manufacturing INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and INTEL HIGH-K DEVICES, including without limitation, indirect and direct labor, material, factory overhead, research and development costs, sales costs, general and administrative expenses, and the allocation method for each of these costs.

**REQUEST NO. 92**:

DOCUMENTS sufficient to show the margins and other indications of profitability of making and selling the INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and INTEL HIGH-K DEVICES, including, without limitation, indirect and direct labor, material, factory overhead, research and development costs, sales costs, general and administrative expenses, and the allocation method for each of these costs.

**REQUEST NO. 93**:

All DOCUMENTS that support, contradict or RELATE TO any contention INTEL may make concerning the calculation of damages in this lawsuit.

**REQUEST NO. 94**:

All licenses, agreements, or contracts between INTEL and a THIRD PARTY RELATING TO intellectual property, or know how, involving stress or strain in semiconductor wafers or semiconductor devices.

**REQUEST NO. 95**:

All licenses, agreements, or contracts between INTEL and a THIRD PARTY RELATING TO intellectual property, or know how, used to enhance the performance of INTEL devices.

**REQUEST NO. 96**:

All licenses, agreements, or contracts between INTEL and any THIRD PARTY regarding any intellectual property, or know how, used in the INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 97**:

All proposed or potential licenses, agreements, or contracts between INTEL and any THIRD PARTY regarding any intellectual property, or know how, used in the INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, or INTEL HIGH-K DEVICES.

**REQUEST NO. 98**:

All DOCUMENTS RELATING TO licenses, agreements, or contracts, under which YOU contend YOU are licensed to use any intellectual property owned or controlled by AmberWave, or that names as an inventor Eugene Fitzgerald, Jr.

**REQUEST NO. 99**:

DOCUMENTS sufficient to identify the locations of manufacture of INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and INTEL HIGH-K DEVICES.

**REQUEST NO. 100**:

DOCUMENTS sufficient to fully describe YOUR corporate organizational structure.

**REQUEST NO. 101**:

DOCUMENTS sufficient to fully describe YOUR DOCUMENT retention and destruction policies.

**REQUEST NO. 102**:

All DOCUMENTS referred to in order to prepare a response to any interrogatory or request for admission propounded by AMBERWAVE in this action.

**REQUEST NO. 103**:

All DOCUMENTS identified in INTEL's responses to any interrogatory or request for admission propounded by AMBERWAVE in this action.

**REQUEST NO. 104**:

All DOCUMENTS received in response to any THIRD PARTY subpoena issued by YOU in this Action.

**REQUEST NO. 105**:

All DOCUMENTS RELATING TO the "Claim for Relief (Declaratory Judgment of Non-infringement)" in YOUR COMPLAINT.

**REQUEST NO. 106**:

All DOCUMENTS that demonstrate, evidence, establish, or refute YOUR COMPLAINT.

**REQUEST NO. 107**:

DOCUMENTS sufficient to identify the name, position, and responsibilities of all individuals involved in conception, design, development, manufacture, marketing, and sales of the INTEL STRAINED DEVICES, INTEL DOTHAN AND PRESCOTT PROCESSORS, INTEL 90NM NODE DEVICES, INTEL 65NM NODE DEVICES, INTEL 45NM NODE DEVICES, and INTEL HIGH-K DEVICES.

**REQUEST NO. 108**:

All DOCUMENTS that support, contradict or RELATE TO INTEL's First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, or Tenth Defense in its REPLY.

**REQUEST NO. 109**:

All DOCUMENTS that support, contradict or RELATE TO INTEL's request for a declaration that AMBERWAVE's COUNTERCLAIM is exceptional under 35 U.S.C. § 285.

Respectfully submitted,



Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277-1010

Jack B. Blumenfeld (No. 1014)
Leslie A. Polizoti (No. 4299)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel: (302) 658-9200

Attorneys for Defendant and Counter-plaintiff
AmberWave Systems Corporation

Dated: August 29, 2005

1347007.4 02

**EXHIBIT 1**

IEEE BCTM 10.2

# Advanced Si and SiGe Strained Channel NMOS and PMOS Transistors with High-K/Metal-Gate Stack

Suman Datta, Justin Brask, Gilbert Dewey, Mark Doczy, Brian Doyle, Ben Jin, Jack Kavalieros, Matthew Metz, Amlan Majumdar, Marko Radosavljevic and Robert Chau

Components Research, Intel Corporation, Hillsboro, OR 97124, USA
tel.: (503) 613-1899, e-mail: suman.datta@intel.com

**Abstract. Sustaining Moore's Law of scaling Si CMOS transistors will require not only shrinking the transistor dimensions, but also introduction of new materials and structures. In the future, advanced high performance CMOS transistors are likely to incorporate highly strained Si and SiGe channel for enhanced carrier transport and high-K/metal-gate stack for low gate leakage. This work describes the recent advances made in integrating strained Si and SiGe channel transistors with high-k/metal-gate stack for future high performance, low power logic applications.**

## I. INTRODUCTION

The silicon industry has been aggressively scaling the physical thickness of the gate oxide, which is silicon dioxide (SiO2), along with the transistor physical gate length for more than 15 years for high performance CMOS applications. Recently, SiO2 with physical thickness of only 1.2 nm has been successfully implemented in Intel's 90nm logic technology node, which is currently in production [1]. This technology node also witnessed a major material change in the use of epitaxial SiGe (silicon germanium) as source-drain regions in PMOS transistors to incorporate significant levels of strain into the Si channel for hole mobility enhancement [2]. In the future, continual gate stack scaling will require alternate dielectric with higher dielectric constant (K) and larger physical thickness, since a) the gate leakage due to quantum mechanical tunneling of electrons/holes is increasing exponentially with reducing SiO2 thickness and b) SiO2 is literally running out of atoms to scale. Hafnium dioxide (HfO2) is considered as one of the most promising high-K candidates to replace SiO2 in future generations of CMOS transistors due to its sufficiently large band offsets, thermodynamic stability in contact with Si [3] and excellent high frequency response [4]. However, the most serious drawback in integrating HfO2 in high performance CMOS technology is the 40-50% degradation in electron mobility with HfO2/poly-Silicon gate stack [5]. In our research lab, we have successfully fabricated NMOS transistors incorporating significantly high levels of strain by integrating a biaxial tensile strained Si channel on relaxed SiGe

virtual substrate, HfO2 gate dielectric and TiN (titanium nitride) metal-gate electrode, to enhance electron mobility even beyond the SiO2 universal mobility curve [6]. To enhance hole mobility, we have successfully fabricated PMOS transistors using a biaxial compressively strained SiGe channel and HfO2 gate dielectric and TiN metal-gate stack, to demonstrate hole mobility higher than the SiO2 universal mobility curve [7]. These experimental results are encouraging and show that, high-K/metal-gate stack, in conjunction with strained Si and SiGe channels, can be implemented in future generations of advanced CMOS devices for low power, high performance logic and RF applications.

## II. TENSILE STRAINED SILICON NMOS

Figure 1 shows a schematic illustration of the NMOS device structure fabricated. A thin layer of tensile strained Si is deposited on a 1.5 um thick layer of compositionally graded and fully relaxed SiGe (Ge=10-19%) by UHVCVD process, followed by HfO2/TiN metal-gate deposition and device fabrication. The higher the Ge concentration, the higher is the strain in the Si channel. Control devices were also fabricated on conventional unstrained Si substrate with HfO2/TiN gate stack. Figure 2 shows the cross-sectional TEM image of the tensile strained Si channel layer on the relaxed SiGe virtual substrate. Figure 3 shows that, for the same electrical equivalent oxide thickness (EOT), more than 1000 times reduction in gate leakage is achieved in HfO2/TiN gate on both strained and unstrained Si, compared to the SiO2/poly-Silicon control. Effective inversion electron mobility was measured on long channel



*Figure 1. A schematic of strained Si NMOS transistor with HfO2/TiN metal-gate stack.*

0-7803-8618-3/04/$20.00 ©2004 IEEE



Figure 2. Biaxial tensile strained silicon layer on relaxed SiGe virtual substrate for NMOS application.



Figure 3. Gate leakage as a function of electrical oxide thickness measured in inversion for HfO2/TiN metal-gate stack. Also shown is SiO2/poly-Silicon line for reference. Difference in slopes is due to the conduction band offset between HfO2 (~1.5eV) vs SiO2 (~3.0eV).

devices at low drain bias as a function of the vertical electric field in the channel (Eeff), as shown in Figure 4. Devices with HfO2/poly-Silicon gate stack show significant degradation in electron mobility compared to SiO2/poly-Silicon devices. HfO2/TiN metal gate stack recovers a majority of the degradation to close to the SiO2/poly-Silicon level and biaxial tensile strain in Si (10% and 15% Ge virtual substrate) provides additional mobility enhancement. To analyze and understand the physics of the electron mobility improvement mechanism with TiN metal gate



Figure 4. Channel electron mobility of HfO2/TiN gate stacks on tensile strained Si with 10% and 15% Ge in the SiGe layer. Also shown is HfO2/poly-Si on unstrained Si.



Figure 5. The use of metal gate and strained Si is effective in screening the interaction between high-K remote phonons and channel electrons and improves the surface phonon limited mobility.

electrode and strained Si channel, we measured the mobility as a function of temperature and Eeff, and extracted the surface phonon limited mobility using an inverse modeling technique [8] .Figure 5 shows that, the devices with HfO2/poly-Silicon gate stack suffer from a severe surface phonon induced degradation mechanism, and that both metal gate and strained Si channel help improve the surface phonon limited mobility. This additional surface phonon induced degradation in high-K/poly-Silicon gate stacks is believed to be caused by the coupling of low energy surface optical (SO) phonon modes arising from the polarization of the high-K to the inversion channel electrons [9]. For a given high-K thickness, we believe, that the TiN metal gate with higher free electron density is more effective in screening the interaction between the remote high-K optical phonons and the channel electrons under inversion conditions, whereas the depleted poly-Si gate electrode with lower free electron density is less effective [8,9]. Biaxial tensile strain in Si further enhances the surface phonon limited mobility. This improvement results from two effects: a) reduction in the transport mass from the energy lowering and the resulting repopulation of the two out-of-plane



Figure 6. Biaxial tensile strain causes energy splitting of the six-fold degenerate conduction band valleys causing preferential occupation of the out-of-plane valley '2' which has lower in-plane effective mass and also reduces inter-valley scattering.

IEEE BCTM 10.2



Figure 7. Electron mobility enhancement factor in percentage with biaxial tensile strained Si with HfO2/TiN metal-gate stack plotted vs Ge concentration in the SiGe virtual substrate.



Figure 8. Biaxial compressively strained SiGe layer formed on top of a Si substrate upon which surface channel PMOS transistors are fabricated.

conduction valleys with lower in-plane mass, and also b) reduction in inter-valley phonon scattering from the energy splitting of the conduction band valleys due to strain (Figure 6) [10]. Figure 7 plots the high field (1MV/cm) electron mobility enhancement in percentage from biaxial tensile strain in NMOS transistors with high-K/metal-gate stack as function of the Ge concentration. Biaxial tensile strained Si can provide as high as 75% enhancement in long channel electron mobility with high-k/metal-gate stack making it a promising NMOS device technology for future high performance logic applications.

## III. COMPRESSIVELY STRAINED SILICON-GERMANIUM PMOS

The use of biaxial tensile strain is not as effective in enhancing the hole mobility for PMOS applications because the mobility gain observed at low vertical field reduces at high vertical electric field [11,12]. This is attributed to the fact that, unlike uniaxial compressive strain [13] which redistributes holes to the in-plane wings with the lowest effective mass along current direction <110>, the biaxial tensile strain enhances hole mobility at low field primarily due to inter-band scattering suppression resulting from light and heavy hole band splitting which quickly drops off at high vertical field due to 2D surface confinement effects [14,15]. Figure 8 shows the schematic and TEM cross-section of a PMOS transistor structure where a biaxial compressively strained SiGe layer is formed on top of the silicon substrate. No dislocation defects within the channel region are seen across the channel region. High-K/TiN metal-gate was deposited directly on the compressive SiGe channel layer, followed by transistor fabrication steps. Figure 9 shows that the PMOS hole mobility enhancement induced by the biaxial compressive strain in the SiGe layer increases with increasing Ge %, and that this hole mobility gain does not reduce at high vertical electric field in the channel as in the case of the biaxial tensile strained Si case. The biaxial

compressive strain in the SiGe layer lifts the light and heavy hole degeneracy, making heavy hole band more light hole like, thereby enhancing hole mobility mobility through effective mass reduction and inter-band scattering suppression, as qualitatively illustrated in Figure 10.



Figure 9. PMOS hole mobility gain induced by biaxial compressive strain in the SiGe channel increases with increasing Ge % in the SiGe layer. This mobility gain does not reduce at high vertical $E_{eff}$ like in the case of biaxial tensile strain in Si.



Figure 10. Simplified in-plane valence band energy vs k diagram for unstrained and biaxial compressive strained SiGe. Energy splitting between light and heavy holes causes band-mixing resulting in repopulation to the light-hole like band improving transport mass and also reducing inter-band scattering.

Due to the valence band discontinuity ($\Delta$Ev) between SiGe channel and Si substrate, PMOS devices on compressively strained SiGe have lower Vt than the Si devices as shown in the inversion split C-V measurements, making an otherwise mid-gap (on silicon) TiN electrode a suitable metal gate electrode (Figure 11) for PMOS applications. Recently, more than 2X improvement in hole mobility with very high concentration of Ge (80% and 100%) have been reported [16,17], making compressively strained SiGe or Ge channel PMOS transistors another promising emerging device technology.



Figure 11. Split C-V characteristics of HfO2/TiN metal gate stack showing 14.5A electrical oxide thickness in inversion on both unstrained Si and strained SiGe transistors with 0.3V threshold voltage difference arising from valence band offset.

## IV. SUMMARY

This paper summarizes the recent advances in integrating biaxial tensile strained Si and compressively strained SiGe channel NMOS and PMOS transistors with high-K/metal-gate stack. It is shown that up to 75% improvement in electron mobility in long channel NMOS transistors can be achieved with biaxial tensile strained Si on relaxed SiGe substrate. On the PMOS side, it is shown that compressively strained SiGe channel may be used in enhancing hole mobility by 55% at high vertical Eeff, which cannot be achieved with biaxial tensile strain. Through new materials introduction in the transistor structure and by incorporating significantly higher levels of strain in the channel, it is expected that high performance CMOS transistor scaling and Moore's Law will continue in the near future.

## IV. REFERENCES

[1] S.E. Thompson et. al., "A 90nm Logic Technology featuring 50nm Strained Silicon Channel Transistors, 7 layers of Cu Interconnects, Low k ILD, and 1 mm2 SRAM Cell", *Technical Digest of the IEEE International Electron Devices Meeting*, pp. 61-64, December 2002.
[2] T. Ghani et. al., "A 90nm High Volume Manufacturing Logic Technology Featuring Novel 45nm Gate Length

Strained Si CMOS Transistors", *Technical Digest of the IEEE International Electron Devices Meeting*, pp. 978, December 2004.
[3] G.D. Wilk, R.M. Wallace and J.M. Anthony, "High-kappa gate dielectrics: Current status and Materials Properties Considerations", *Journal of Applied Physics*, vol. 89, No. 9, pp. 5423, 2001.
[4] D. Barlage et. al., "High-frequency response of 100nm integrated CMOS transistors with High-K gate dielectrics", *Technical Digest of the IEEE International Electron Devices Meeting*, pp. 10.6.1-10.6.4, December 2001.
[5] E. Gusev et. al., "Ultra-thin high-k gate stacks for advanced CMOS devices", *Technical Digest of the IEEE International Electron Devices Meeting*, pp. 451-454, December 2001.
[6] S. Datta et. al., "High mobility Si/SiGe strained channel MOS Transistors with HfO2/TiN gate stack", *Technical Digest of the IEEE International Electron Devices Meeting*, pp. 653-656, December 2003.
[7] B. Jin, J. Brask, S. Datta, G. Dewey, M. Doczy, B. Doyle, J. Kavalieros, N. Zelick, U. Shah, M. Metz and R. Chau, to be presented in *SiGe: Materials, Processing and Devices* at the ECS Meeting in Honolulu, Hawaii, in October 2004.
[8] R. Chau, S. Datta, M. Doczy, B. Doyle, J. Kavalieros and M. Metz, "High-K/Metal Gate Stack and Its MOSFET Characteristics", *IEEE Electron Device Letters*, vol 25, 6, pp. 408-410, June 2004.
[9] M. Fischetti, D. A. Neumayer and E. A. Cartier, "Effective electron mobility in Si inversion layers in metal-oxide-semiconductor systems with a high-K insulator: the role of remote phonon scattering," *Journal of Applied Physics*, vol 90, pp. 4587, 2001.
[10] S. Takagi, J. Hoyt, J. Welser and J. Gibbons, "Comparative Study of Phonon Limited Mobility of Two-Dimensional Electrons in Strained and Unstrained Si Metal-Oxide-Semiconductor Field-Effect Transistors,' *Journal of Applied Physics*, vol 80, pp. 1567-1577, 1996.
[11] K. Rim et. al., "Characteristics and device design of sub-100 nm strained Si N and P MOSFET's," *VLSI Symposium Technical Digest*, pp. 98-99, 2002.
[12] K. Rim et. al.,"Fabrication and Mobility Characteristics of Ultra-thin Strained Si Directly on Insulator (SSDOI) MOSFET's," *Technical Digest of the IEEE International Electron Devices Meeting*, pp. 49-52, 2003.
[13] M. D. Giles et. al., "Understanding Stress Enhanced Performance in Intel 90nm CMOS Technology," *VLSI Symposium Technical Digest*, pp. 118-119, June 2004.
[14] M. Fischetti, Z. Ren, P. Solomon, m. Yang and K. Rim, "Six-band k.p calculation of the hole mobility in silicon inversion layers: Dependence on orientation, strain and silicon thickness", Journal of Applied Physics, vol 94, pp. 1079 (2003).
[15] T. Okada and H. Yoshimura, "Rigorous Mathematical Calculation of p- and n- mobility as functions of mechanical stress, electric field, current direction and substrate indices and for scaled CMOS designing," *VLSI Symposium Technical Digest*, pp. 116, June 2004.
[16] M. L. Lee and E.A. Fitzgerald, "Strained Si/strained Ge dual-channel heterostructures on relaxed Si$_{0.5}$Ge$_{0.5}$ for symmetric mobility p-type and n-type metal-oxide-semiconductor field-effect transistors,"Applied Physics Letters, vol 83, pp. 4202, 2003.
[17] A. Ritenour et. al., "Epitaxial Strained Ge MOSFET's p-MOSFET's with HfO2 Gate Dielectric and TaN Gate Electrode,"*Technical Digest of the IEEE International Electron Devices Meeting*, pp. 433-436, 2003.

**EXHIBIT 2**

# High Mobility Si/SiGe Strained Channel MOS Transistors with HfO₂/TiN Gate Stack

S. Datta, G. Dewey, M. Doczy, B.S. Doyle, B. Jin, J. Kavalieros, R. Kotlyar,
M. Metz, N. Zelick and R. Chau

Components Research, Intel Corporation, Hillsboro, OR-97124, USA

## Abstract

We integrate strained Si channel with HfO₂ dielectric and TiN metal gate electrode to demonstrate NMOS transistors with electron mobility better than the universal mobility curve for SiO₂, inversion equivalent oxide thickness of 1.4nm (EOT=1nm), and with three orders of magnitude reduction in gate leakage. To understand the physical mechanism that improves the inversion electron mobility at the HfO₂/strained Si interface, we measure mobility at various temperatures and extract the various scattering components.

## Introduction

HfO₂ is one of the most promising high-k candidates to replace SiON as a gate dielectric in future generations of CMOS technology due to its large band offsets, thermodynamic stability in contact with Si (1), and excellent high-frequency response (2). However, the most serious drawback in integrating HfO₂ as an alternate gate dielectric in today's Si CMOS transistors is the 40-50% degradation in electron mobility with HfO₂/Poly-Si gate stacks (3). In this paper, we integrate for the first time strained Si channel on relaxed Ge$_x$Si$_{1-x}$ (Ge=10%) virtual substrate, HfO₂ gate dielectric directly on strained Si, and TiN metal gate in a conventional CMOS flow to demonstrate NMOS transistors with 35% higher mobility than the unstrained Si control with HfO₂/TiN gate. These high-k gate stacks with TiN gate electrode achieve inversion equivalent oxide thickness (T$_{inv}$) of 1.4nm and EOT = 1nm, with 3 orders of magnitude lower gate leakage than the SiON control. Furthermore, to understand the various physical scattering mechanisms that limit electron mobility at the HfO₂/Si interface, we experimentally measure the effective inversion electron mobility as a function of temperature and transverse electric field (E$_{eff}$) for various gate stacks, and conclude that surface phonon scattering is the primary cause of electron mobility degradation with HfO₂ dielectrics. We also show experimentally that the TiN metal gate screening effect and the biaxial tensile strain in the channel help improve the overall HfO₂ surface phonon limited mobility significantly, without the need for a thick buffer SiO₂ or SiON layer between the HfO₂ and the Si substrate, thereby achieving high electron mobility and low T$_{inv}$ at the same time.

## Experimental Results

NMOS transistors were fabricated integrating strained Si channel with HfO₂ dielectric and TiN gate electrode. Fig. 1

shows a schematic illustration of the device structure. A thin layer of tensile-strained Si is deposited on a 1.5um thick layer of compositionally graded and fully relaxed Ge$_x$Si$_{1-x}$ by UHVCVD process. Following shallow trench isolation and well implants, an ultra thin HfO₂ layer is deposited directly on strained Si, followed by TiN and poly-Si deposition processes. Control devices were fabricated at the same time on conventional Si substrate (control Si) with HfO₂ and TiN gate stack, and also with a 1.2 nm conventional SiON gate oxide (4). Fig. 2 shows the Raman characterization of the biaxial tensile strain in the ultra-thin strained Si cap layer, which shows an in-plane strain of 0.35%. Fig. 3 shows the cross-sectional TEM image of the strained Si channel on the relaxed Ge$_{10}$Si$_{90}$ virtual substrate. After gate definition and patterning, the transistor fabrication process was completed using source/drain extension implants, halo implants, spacer formation, source/drain implants, activation anneal, and Ni silicidation.

Fig. 4 shows the high frequency split CV measurements on the HfO₂ gate stacks, which yield inversion thickness (T$_{inv}$) of 1.4nm (including QM effects) on both strained Si and control Si, with negligible hysteresis. In comparison, the SiON control T$_{inv}$ is 1.9 nm due to additional poly-depletion effects. Fig. 5 shows that 1000× reduction in gate leakage is achieved with the HfO₂ gate stacks on both strained Si and control Si. Fig. 6 shows the long channel Id-Vg characteristics for HfO₂/TiN gate stacks on both strained Si and control Si, which shows excellent sub-threshold slope (S.S) values = 66mV/dec, indicating negligible interface states (Dit). Vt shift is from the TiN work-function (= 4.65eV), which is extracted from the intercept of the flat-band voltage (V$_{FB}$) versus accumulation electrical thickness (T$_{acc}$) plot (Fig. 7) and not from additional fixed charge (Q$_m$=7X10$^{11}$/cm² as estimated from the slope). Fig. 6 also shows the long channel Vt reduction by 50mV with strained Si compared to the control. Effective inversion electron mobility was measured on long channel devices on all the gate stacks as shown in Fig. 8 from the I-V and split C-V measurements. For the HfO₂ and TiN gate stack devices, biaxial tensile strain in Si provides 43% peak mobility improvement and 35% enhancement at 1MV/cm E$_{eff}$, over unstrained control Si devices. Fig.'s 9 and 10 show the Id-Vg and the Id-Vds characteristics of the two devices for Lg=140nm. Both devices exhibit excellent S.S values (indicating negligible D$_{it}$) and DIBL characteristics. Strained Si devices show Id$_{sat}$ gain of 24% (without self-heating correction) and Idlin gain of 40% over the control Si devices for the same gate over-drive. Strained Si devices with HfO₂ + TiN gate were fabricated down to 80nm gate lengths, as shown in Fig's 11 and 12,

28.1.1

0-7803-7872-5/03/$17.00 ©2003 IEEE

which show excellent sub-threshold characteristics (S.S.=72mV/dec, DIBL=49mV/V), and $I_{on}$= 930 µA/µm at $I_{off}$=1pA/µm at 1.5V Vds for Vgs-Vt=1V.

## HfO$_2$ vs SiON Mobility Analysis

To identify the physical mechanism that degrades inversion electron mobility at HfO$_2$/Si interface compared to SiON, with poly-Si and TiN metal gate, we measured the effective electron mobility as a function of temperature and E$_{eff}$, as shown in Fig. 13. Physical models such as acoustic surface phonon scattering, surface roughness scattering, remote and interface fixed oxide charge scattering, channel impurity scattering, bulk phonon scattering, and remote surface optical phonon scattering, as a function of temperature and E$_{eff}$, were included following Mathiessen's Rule to fit the empirical data (shown by dashed lines in Fig. 13). Various mobility components were extracted for the HfO$_2$ and the SiON gate stacks, and compared. Fig. 14 shows that the devices with HfO$_2$ and TiN as well as poly-Si gate show more degradation in surface phonon limited mobility compared to SiON at room temperature. This additional surface phonon induced degradation is from the coupling of the low energy surface optical (SO) phonon modes arising from the polarization of the HfO$_2$ to the inversion channel electrons (5). Fig. 14 also shows that for a given HfO$_2$ thickness, TiN metal gate (with higher free electron concentration in the gate, $n_g \sim 10^{21}$ cm$^{-3}$, and higher plasmon frequency) is more effective in dynamically screening the HfO$_2$ SO phonons from coupling to the channel electrons under inversion conditions, whereas depleted poly-Si gate (with lower free electron concentration, $n_g$, and lower plasmon frequency) is less effective. Additional improvement of about 35% in surface phonon limited electron mobility is observed from the biaxial tensile strain in the Si channel with the HfO$_2$/TiN gate. Fig. 15 shows the simulation results of the reduction of the various phonon scattering processes with increasing biaxial tensile strain with increased Ge concentration, at inversion sheet carrier

concentration, $n_s$, of $10^{13}$ cm$^{-2}$. SO phonon scattering limited mobility improves with strain because of the improvement in transport mass from the repopulation of the valleys with lower in-plane mass, and, hence, it saturates for higher Ge %. Inter-valley phonon scattering also improves from the energy splitting of the equivalent valleys in the conduction band due to strain (6).

## Summary

In summary, we have successfully demonstrated the integration of strained Si with HfO$_2$ and TiN metal gate to demonstrate NMOS transistors with electron mobility better than the universal mobility curve at 1MV/cm E$_{eff}$, ultra-thin high-k gate stack with T$_{inv}$ of 1.4nm and with 3 orders of magnitude reduction in gate leakage. To our knowledge, this is the highest long channel inversion electron mobility demonstrated with HfO$_2$/TiN gate stack, with a T$_{inv}$ of 1.4nm, without the use of any intentional SiON interfacial buffer layer, as shown in Fig.16. This study also shows experimentally a) the existence of additional phonon scattering mechanism in degrading electron mobility at the HfO$_2$/Si interface through a temperature sensitivity study; b) the beneficial effect of metal gate electrode screening on the remote phonon-electron interaction, and, finally, c) the role of biaxial tensile strain in the channel in both SO phonon and inter-valley phonon limited mobility improvement.

## References

(1) G.D. Wilk, et al., J. Appl. Phys. (Review), vol 89, p. 5243, 2001.
(2) D. Barlage, et al., IEDM Tech. Dig., 2001.
(3) E. Gusev, et al., IEDM Tech. Dig. p. 451, 2001.
(4) S.Thompson et al., IEDM Tech. Dig., 2002.
(5) M. Fischetti et al. J. Appl. Phys, vol 90, p. 4587, 2001.
(6) M. Fischetti et al. J. Appl. Phys, vol 92, p.7320, 2002.
(7) K. Rim et al., Symp. On VLSI Tech. Dig., 2002.
(8) R. Choi et al., IEDM Tech. Dig., 2002.
(9) S. Samavedam et al. IEDM Tech. Dig., 2002.
(10) B. Tavel et al. IEDM Tech. Dig., 2002.



Fig. 1 A schematic of strained Si NMOS transistor with HfO$_2$ dielectric + TiN metal gate.



Fig. 2 Raman absorption spectrum of strained Si layer. The composition of relaxed Ge$_x$Si$_{1-x}$ film from Si-Si Raman peak is 10.1+/-0.3%. In-plane tensile strain in Si cap layer is 0.35+/-0.02%. This agrees well with the lattice mismatch strain based on $a_{Si}$= 5.43Å , $a_{Ge}$= 5.65 and $a_{Ge,Si1-x}$ based on Vegard's law, indicating that the Ge$_x$Si$_{1-x}$ films are fully relaxed and Si cap layers are strained.



Fig. 3 Cross-section TEM image of the biaxial tensile strained Si layer on relaxed Ge$_{.10}$Si$_{.90}$ virtual substrate.

28.1.2



Fig. 4 High frequency split CV measurements of gate to source/drain capacitance for various stacks with negligible hysteresis.



Fig. 5 Gate leakage as a function of $T_{inv}$ for HfO$_2$ for both Poly-Si and TiN gate electrodes. Also shown is SiON line for reference. Difference in slopes is due to the conduction band offset difference between HfO$_2$ (~1.5eV) vs SiON (~ 3eV).



Fig. 6 Long channel (10μm ×10μm) Id-Vg characteristics of HfO$_2$ on Strained Si + Control Si NFET's.



Fig. 7 Flat-band voltage vs accumulation oxide thickness shows that fixed charge concentration in HfO$_2$/TiN stack is of same order of magnitude (10$^{11}$/cm$^2$) as that in SiON/Poly-Si. Work function of TiN on HfO$_2$ is extracted from the intercept to be ~ 4.65eV.



Fig. 8 Electron Mobility as a function of transverse effective electric field (E$_{eff}$). At 1MV/cm E$_{eff}$, HfO$_2$/TiN on control Si device shows mobility degradation by only 15% from the SiON control. HfO$_2$/TiN on strained Si shows 15% enhancement over SiON control. In contrast, HfO$_2$/Poly-Si on control Si shows 40% degradation with respect to SiON/Poly-Si gate stack.



Fig. 9 Id-Vg characteristics of the 140nm HfO$_2$/TiN NMOS devices on strained Si and on Control Si. Both devices have matched I$_{eff}$, and show excellent S.S. slopes and DIBL values.



Fig. 10 Id-Vg characteristics of the 140 nm HfO$_2$/TiN NMOS devices on strained Si and on Control Si. Strained Si devices show 40% Idlin gain and 24% Idsat gain at Vcc=1.5V.

28.1.3





**Fig. 11** Id-Vg characteristics of the 80 nm HfO₂/TiN NMOS devices on strained Si showing Ion of 930μA/μm at 1.5V Vds with Ioff of 1pA/um.

**Fig. 12** Id-Vds characteristics of the 80 nm HfO₂/TiN NMOS devices on strained Si (without self-heating correction).



**Fig. 13** Experimental (symbols) and fitted data based on physical models (dashed lines) as a function of temperature for a) HfO₂ + TiN metal gate on Control Si, b) HfO₂ + Poly-Si gate on Control Si and c) HfO₂ + TiN metal gate on Strained Si.







**Fig. 14** Surface phonon limited mobility component extracted for HfO₂+TiN metal gate, HfO₂+PolySi on Control Si and HfO₂ + TiN + Strained Si and compared to that for SiON+Poly-Si.

**Fig. 15** Simulation of SO phonon mobility enhancement with strain due to reduction in transport mass. Inter-valley phonon scattering also improves from splitting of equivalent valleys in the conduction band.

**Fig. 16** Inversion electron mobility at 1MV/cm Eeff vs Tinv. This work achieves high electron mobility for the thinnest Tinv reported, through the combination of strained Si channel and HfO₂/TiN gate stack.

28.1.4

**EXHIBIT 3**

# MOBILITY ENHANCEMENT IN COMPRESSIVELY STRAINED SIGE SURFACE CHANNEL PMOS TRANSISTORS WITH HFO2/TIN GATE STACK

B. Jin, J. Brask, S. Datta, G. Dewey, M. Doczy, B. Doyle,
J. Kavalieros, M. Metz, U. Shah, N. Zelick and R. Chau

Components Research, Intel Corporation, Hillsboro, OR-97124, USA

**Abstract**. We report on the materials development, device fabrication and characterization of biaxial compressively strained SiGe surface channel pMOS transistors with high-k dielectric and metal gate electrode. The compressively strained SiGe (Ge = 25-30%) surface channel pMOS transistors exhibit hole mobility significantly better than the universal mobility curve for SiO2 with inversion electrical oxide thickness of 1.45nm (EOT = 1 nm). No reduction in strain-induced hole mobility enhancement is observed at high vertical electric field in the channel for this approach.

## INTRODUCTION

As the Si CMOS technology continues to scale for ever-increasing need for density and performance, the physical gate oxide thickness has been scaled aggressively along with the transistor physical gate length [1]. However, as we continue to reduce the physical thickness of the gate oxide, the gate oxide leakage due to tunneling increases exponentially. Recently, there have been reports of significant technology breakthroughs made in developing high performance CMOS transistors with high-k gate dielectric and metal gate electrodes [2,3]. It is the intent of this work to study whether further enhancement in mobility can be realized by combining high-k dielectric and metal gate electrode with strained SiGe surface channel.

It is now known that integrating biaxial tensile strained Si channel nMOS transistors with high-k dielectric and metal gate [4] will enhance the electron mobility to exceed the universal mobility curve for SiO2. This paper demonstrates that hole mobility enhancement in pMOS transistors can be achieved by integrating biaxial compressively strained SiGe surface channel with HfO2/TiN gate stack. The hole mobility enhancement in Si channel pMOS transistors with SiO2/poly-Si has been demonstrated using uniaxial compressive stress exerted by epitaxial SiGe formed in the source drain regions [5, 6]. Hole mobility enhancement from uniaxial and biaxial compressive strain is due to reduced inter-band scattering from lifting of degeneracy of light and heavy hole bands, and also from improvement in the effective hole transport mass from warping of the

Case 2:05-cv-00837-LRH  Document 13628  Filed 09/02/2005  Page 41 of 46

heavy hole band [7,8]. On the other hand the use of biaxial compressively strained SiGe with high Ge concentration (30%) to form surface channel pMOS has seldom been reported [9]. However, thermal SiO2 gate dielectric cannot be grown directly on SiGe channel because of Ge segregation problems. This usually requires the growth of a Si cap layer on top of the SiGe channel leading to buried channel operation with its associated scaling challenges. In this paper, we replace thermally grown SiO2 with ALD HfO2 as a high-K dielectric deposited directly on the biaxial compressively strained SiGe channel region. The compressively strained SiGe channel is formed by heteroepitaxial growth of a pseudomorphic SiGe layer on top of a Si substrate. We describe the materials characterization and device fabrication of biaxial compressively strained SiGe channel with high Ge concentrations (up to 30%), with the HfO2/TiN gate stack and demonstrate hole mobility enhancement over the SiO2 universal mobility curve at both low and high vertical electric fields.

## EXPERIMENTAL RESULTS

### Epitaxial SiGe Growth and Characterization

Biaxial compressively strained SiGe films were grown directly on (100) Si substrates by low pressure chemical vapor deposition (LPCVD) process without intentional $Si_{1-x}Ge_x$ graded buffer layers. The SiGe films with Ge concentration ranging from 20% to 45% and thickness ranging from 150A to 5000A were first grown in order to characterize the strain relaxation in the SiGe epilayers. The SiGe composition and depth profile were analyzed by SIMS techniques and the results are shown in Figure 1. It is noted that there is a transition region between the Si and the epi SiGe layers of 45Å thick as observed in the SIMS depth profile. We also note that there is a 10A thick surface oxide layer and a 40A thick Ge segregation pile up region under the surface oxide, with the surface peak value of Ge concentration being 5-7% higher than the average Ge concentration in the bulk of the SiGe film. The Ge pile up effect is commonly seen in SiGe binary alloys due to atomic size mismatch between the elements in the alloy, and is favorable due to the lower free surface energy of Ge atoms in the case of SiGe [10,11].

We studied the degree of strain relaxation in the epi SiGe films with varying Ge concentrations and varying film thicknesses with X-ray diffraction. The degree of relaxation (α) in percentage is defined as

$$\alpha = \frac{a_{SiGe}(strained) - a_{Si}}{a_{SiGe}(fully\ relaxed) - a_{Si}} \times 100 \qquad (1)$$

where $a_{SiGe}(strained)$ is the average in-plane lattice constant of the strained epi SiGe film, $a_{Si}$ is the lattice constant of the Si substrate and $a_{SiGe}(fully\ relaxed)$ is the average lattice constant of a fully relaxed bulk SiGe film. The smaller the α, the higher is the in-plane compressive strain in the SiGe film for a given Ge concentration. The $a_{SiGe}(fully\ relaxed)$ value is determined using the modified Vegard's law [12]

$$a_{SiGe}(fully\ relaxed) = a_{Ge}\,x + a_{Si}(1-x) - 0.0272\,x(1-x) \qquad (2)$$

where $a_{Si}$ is the lattice constant of pure Ge and x is the Ge concentration in SiGe. Equation (2) requires the determination of Ge concentration, x, using SIMS or XPS measurement. We then extract from a single XRD scan the perpendicular lattice constant of the strained SiGe layer, $a_{SiGe}(strained)$, using

$$a_{SiGe}(strained) = \frac{\sin(\theta_B)}{\sin(\theta_B + \Delta\theta)}\,a_{Si} \qquad (3)$$

where $\theta_B$ is the angular peak position of the (004) Si substrate and $\Delta\theta$ is the angular separation between the (004) Si substrate peak and the (004) strained epi SiGe peak. The in-plane lattice constant for strained epi SiGe, $a_{SiGe}(strained)$, is then calculated using $a_{SiGe}(strained)$ from Equation (3) and the Poisson's ratio (ν). The Poisson's ratio for SiGe for a given Ge concentration is estimated using Vegard's Law. Fig. 2 summarizes the degree of strain relaxation α of the SiGe epi layer on Si substrate (in %) with varying thickness for a given Ge concentration. The results show that for a given [Ge], the SiGe is already 40% relaxed at 300A and fully relaxed beyond that. Figure 3 plots the percentage in-plane biaxial compressive strain and the corresponding in-plane stress in a 300A-thick epi SiGe film on Si with respect to Ge concentration. The in-plane strain in this case is defined as

$$\text{in-plane strain} = \frac{a_{SiGe}(strained,\ in\text{-}plane) - a_{SiGe}(fully\ relaxed)}{a_{SiGe}(fully\ relaxed)}$$

The corresponding in-plane biaxial compressive stress in the SiGe layer can be computed using the following equation

$$\text{in-plane stress (in MPascal)} = \frac{E * \text{in-plane strain}}{(1-\nu)} \qquad (4)$$

where E is the Young's Modulus and ν is the Poisson's ratio which are both dependent on Ge concentration and determined using Vegard's Law. Figure 3 shows that both the in-plane strain and in-plane stress of a 300A SiGe film increase with the Ge concentration.

**Device Results**

Biaxial compressively strained SiGe layers with average Ge concentrations of 20%, 25%, and 30% were used as the pMOS transistor channel and integrated with HfO2 high-k gate dielectric and TiN metal gate electrode. Figure 4 shows a cross-sectional TEM micrograph illustrating the atomically smooth HfO2/SiGe interface. No dislocation defect within the SiGe layer can be observed from the TEM picture.

Figure 5 shows the split C-V characteristics of the long channel pMOS devices measured in inversion. Both the unstrained Si control and the strained SiGe (Ge = 30%) channel devices show electrical inversion thickness of 145nm (i.e. EOT of 1nm). The strained SiGe device shows 0.3V lower Vt on the SiGe/Si valence band offset compared to the Si control. Figure 6 shows the long channel Id-Vg characteristics of the Si and strained SiGe (Ge = 30%) channel pMOS devices. Both devices show excellent sub-threshold slopes of 67mV/decade, indicating that the interface between the HfO2 and the strained SiGe (Ge = 30%) channel has negligible interface states (Dit). Figure 7 shows the gate leakage characteristics of the Si channel and strained SiGe (Ge = 30%) devices as a function of gate voltage. The strained SiGe (Ge = 30%) channel and strained MOSFET's a a leakage current density as the Si devices in both inversion and accumulation regions, indicating that the strained SiGe (Ge=30%) channel and the high-k dielectric interface is thermodynamically stable with low interface states.

Figure 8 shows that the strained SiGe pMOS transistors achieve higher hole mobility than the unstrained Si control for both low and high vertical electric fields in the channel. The higher the Ge concentration, the higher the in-plane biaxial compressive stress in the SiGe layer, and the more the mobility gain as illustrated in Figure 9. In the case of the 25% and 30% Ge, the resulting hole mobility of the strained SiGe devices are significantly higher than the SiO2 universal mobility curve. In addition, unlike the biaxial tensile strained Si channel case [12], the current biaxial compressive strain approach using SiGe channel does NOT show reduction in the strain-induced hole mobility enhancement for high vertical electric field in the channel. Moreover, the use of high-k dielectrics deposited directly on strained SiGe channel results in superior strained channel SiGe pMOS devices which are favorable to have superior short channel properties than buried channel strained SiGe pMOS devices.

**CONCLUSIONS**

In summary, we have characterized and successfully integrated biaxial compressively strained SiGe surface channel pMOS transistors with HfO2/TiN gate stack. The resulting surface channel devices show significant improvement in hole mobility over the unstrained Si control and also the SiO2 universal mobility curve for holes, at both low and high vertical fields in the channel. The resulting HfO2/TiN gate stack shows EOT of 1.0 nm with good gate leakage and subthreshold characteristics, indicating a stable HfO2/strained SiGe interface.

**REFERENCES**

1. R. Chau, B. Boyanov, B. Doyle, M. Doczy, S. Datta, S. Hareland, B. Jin, J. Kavalieros and M. Metz, "Si Nano-transistors for Logic Applications", Physica E Low-dimensional Systems and Nanostructures, 19 (1-2), 1-5 (2003)

2. R. Chau, S. Datta, M. Doczy, J. Kavalieros, M. Metz, "Gate Dielectric Scaling for High-Performance CMOS: from SiO2 to High-K", in Extended Abstract of International Workshop on Gate Insulator (IWGI), Tokyo, Japan, 124 (2003)

3. R. Chau, "Advanced Metal Gate/High-K Dielectric Stacks for High-Performance CMOS Transistors" in American Vacuum Society 3rd International Conference on Microelectronics and Interfaces (ICMI), Santa Clara, California, p. 1-3, March (2004).

4. S. Datta, G. Dewey, M. Doczy, B. S. Doyle, B. Jin, J. Kavalieros, R. Kotlyar, M. Metz, N. Zelick, and R. Chau, "High mobility Si/SiGe strained channel MOS transistors with HfO2/TiN gate stack", IEDM Tech Dig., 653 (2003).

5. S. Thompson, M. Armstrong, C. Auth, S. Cea, R. Chau G. Glass, T. Hoffmann, J. Klaus, Z. Ma, B. McIntyre, A. Murthy, B. Obradovic, L. Shifren, S. Sivakumar, S. Tyagi, K. Misry, T. Ghani, M. Bohr and Y. E. Elmansy, "A Logic Nanotechnology featuring Strained-Silicon", Electron Device Letters, 25, 191 (2004).

6. U.S. Patent 6621131, "Semiconductor transistor having a stressed channel", issued Sept. 16, 2003. Inventors: Anand Murthy, Robert S. Chau, Tahir Ghani, Kaizad Mistry.

7. M. V. Fischetti and S.E. Laux, "Band structure, deformation potentials and carrier mobility in strained Si, Ge and SiGe alloys", J. Appl. Phys, 80, 2234 (1996)

8. M. V. Fischetti, Z. Ren, P.M. Solomon, M. Yang and K. Rim, "Six-band k.p calculation of the hole mobility in silicon inversion layers: Dependence on surface orientation, strain, and silicon thickness", J. Appl.Phys, 94, 1079 (2003)

9. Z. Shi, D. Onsongo, K. Onishi, J. C. Lee and S. K. Banerjee, "Mobility enhancement in surface channel SiGe PMOSFETs with HfO2/sih2 gate dilectrics", Electron Device Letters, 24, 34 (2003)

J. C. Kelires, J. Tersoff, "Equilibrium Alloy Properties by Direct Simulation: Oscillatory Segregation at the Si-Ge(100) 2x1 Surface", Phys. Rev. Lett. 63, 1164(1989).

11. J. A. Schaefer, J. Z. Broughton, J. C. Bean, H. H. Farrell, "Formation and Decomposition of Ge$_x$Si$_{1-x}$(100)(2x1)H and Ge$_x$Si$_{1-x}$ (100)(1x1)2H", Phys. Rev. B, 33, 2599(1986)

12. S. Zollner, J. Hildreth, R. Liu, P. Zaumseil, M. Weidner and B. Tillack, "Optical constants and ellipsometric thickness determination of strained Si$_{1-x}$Ge$_x$:C layers on Si (100) and related heterostructures", J. of Appl. Physics 88, 4102(2000).

13. K. Rim, J. Chu, H. Chen, K. A. Jenkins, T. Kanersky, K. Lee, A. Mocuta, H. Zhu, R. Roy, J. Newbury, J. Ott, K. Petarca, P. Mooney, D. Lacey, S. Koester, K. Chan, D. Boyd, M. Ieong and H.S. Wong, "Characteristics and device design of sub-100nm strained Si N- and PMOSFET's," in Proc. Symp. VLSI Technology, Digest of Technical Papers, 98 (2002)

**FIGURES**



**Figure 1** SIMS profile of epi SiGe calibrated with Ge RBS standard. The depth scale accuracy is +/- 10%. The SiGe and Si transition layer is estimated to be ~45A. A 5%-7% higher Ge pile up is also seen in the ~ 40A top surface of the epi SiGe.



**Figure 2.** The degree of strain relaxation (from Equation 1) in the epi SiGe film as a function of thickness, for a given [Ge]. The data suggests that for a given [Ge], the SiGe layer become less strained with increasing thickness.



**Figure 3.** The amount of in-plane strain determined from measurements and the corresponding in-plane stress in a 300Å epi SiGe film as a function of Ge concentration.



**Figure 4.** Cross sectional TEM showing the strained SiGe channel and HfO2/TiN gate stack. The included energy band diagram illustrates the valence band offset of 300meV between the Si substrate and strained SiGe (Ge=30%).



**Figure 5.** Split C-V characteristics showing 14.5Å Toxe measured at inversion (1nm EOT) on the unstrained Si control and strained SiGe (Ge=30%) pMOS transistors with HfO2/TiN gate stack. The latter shows 0.3V lower Vt due to the SiGe/Si valence band offset.



**Figure 6.** Channel Id-Vg characteristics of long channeled pMOS devices with HfO2/TiN gate stack with unstrained Si and strained SiGe (Ge= 30%) channel showing excellent sub-threshold slope of 67mV/decade at Vcc. The difference in Vt is due to the SiGe/Si band offset.



**Figure 7.** I$_g$-V$_g$ plots show similar gate leakage characteristics in both accumulation and inversion for HfO2/TiN gate stack with both unstrained silicon control and strained SiGe (Ge = 30%) channel.



**Figure 8.** Inversion hole mobility as a function of vertical electric field in the channel for long channel pMOS devices with strained SiGe (Ge = 20%, 25% and 30%) channel with HfO2/TiN gate stack. Also included is the unstrained Si control with HfO2/TiN stack. Dotted line shows the SiO2 universal mobility curve for holes for unstrained Si.



**Figure 9.** Percentage enhancement in inversion channel hole mobility in strained SiGe over the unstrained Si control as a function of i) percent Ge concentration and ii) corresponding biaxial compressive stress in the SiGe channel. Both the SiGe devices and Si control have HfO2/TiN gate stack. The data shows that the mobility gain can be seen in both low and high vertical electric fields in the channel.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On August 29, 2005, I served the foregoing document described as **AMBERWAVE's FIRST SET OF REQUESTS FOR PRODUCTION** on each interested party, as follows:

> George M. Newcombe
> Simpson Thatcher & Bartlett
> 3330 Hillview Avenue
> Palo Alto, California 94304

I caused each such envelope to be delivered by hand to the offices of each interested party.

Executed on August 29, 2005, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Jason Sheasby | |
| (Type or print name) | (Signature) |