

## Intel Expands Intel® Centrino? Mobile Technology Line; New Price Points And Systems Enabled

SANTA CLARA, Calif., June 23, 2004 - Intel Corporation today introduced the Intel® Pentium® M processors 715 and 725**, expanding its mobile processor offerings and enabling a broader range of Intel® Centrino? mobile technology-based mobile PCs at lower price points.

The new chips round out the Intel Pentium M processor line, which also includes the recently introduced Pentium M processors 735, 745 and 755. The Pentium M processor is a key component of Intel Centrino mobile technology - Intel's best technology for mobile computing. From full-size to ultra-portable notebook PCs, Intel Centrino mobile technology delivers outstanding mobile performance and integrated wireless LAN capability, with energy saving technologies to help extend system battery life in a choice of sleek form factors.

The Intel Pentium M processors 715 and 725 (formerly codenamed Dothan) are built on Intel's industry-leading, high-volume 90 nm manufacturing technology. Based on Intel's mobile micro-architecture, the new processors feature 2 MB of integrated, power-managed Level 2 cache; frequencies of 1.50 and 1.60 GHz, respectively; and micro-architectural enhancements such as enhanced data pre-fetcher and enhanced register access manager.

The new Intel Pentium M processors also feature a 400 MHz system bus and are compatible with the Intel® 855 chipset family. The new processors are also socket-compatible with the previous processor generation, enabling OEMs to fit them into existing system designs for faster time to market. This also provides end users with a broader range of Intel Centrino mobile technology-based notebooks from which to choose so they can enjoy the freedom and flexibility of computing and communication in more places than ever. Both processors support Enhanced Intel® Speedstep® Technology, which helps optimize application performance and power consumption to enable extended battery life.

The Intel Pentium M processors 715 and 725 will be featured in Intel Centrino mobile technology-based systems that are being introduced worldwide starting today. Intel is also shipping boxed versions of the new Pentium M processors to Intel authorized distributors for system integrators worldwide. In 1,000-unit quantities, the Pentium M processors 715 and 725 are priced at $209 and $241, respectively.

Intel, the world's largest chip maker, is also a leading manufacturer of computer, networking and communications products. Additional information about Intel is available at www.intel.com/pressroom.

Intel, Intel Centrino, Pentium and Speedstep are registered marks or trademarks of Intel Corporation or its subsidiaries in the United States and other countries.

* Other names and brands may be claimed as the property of others.

**Intel processor numbers are not a measure of performance. Processor numbers differentiate features within each processor family, not across different processor families. See www.intel.com/products/processor_number for details.

+ Wireless connectivity and some features may require you to purchase additional software, services or external hardware. Availability of public wireless LAN access points limited and some hotspots may not support Linux-based Intel Centrino mobile technology systems. System performance measured by MobileMark* 2002. System performance, battery life, wireless performance and functionality will vary depending on your specific operating system, hardware and software configurations. See http://www.intel.com/products/centrino/more_info for more information.

**Exhibit D**