IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2-05CV-321 |
| | ) | |
| v. | ) | JUDGE DAVIS |
| | ) | JURY |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER GRANTING MOTION TO TRANSFER

Having considered the briefing of the parties and arguments of counsel for Intel Corporation ("Intel") and AmberWave Systems Corporation, and good cause appearing, the Court hereby GRANTS Intel's Motion to Transfer.