Appendix K                                                Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # <u>2-05CV-321 LED</u> Style: <u>AmberWave Systems Corporation v. Intel Corporation</u>
2. Applicant is representing the following party/ies: <u>Intel Corporation</u>
3. Applicant was admitted to practice in <u>California</u> (state) on <u>6/5/00</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: <u>Northern, Southern, Central and Eastern Districts of CA; Southern and Eastern Districts of NY; 9th Circuit Court of Appeals; State of New York.</u>
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>Harrison J. Frahn IV</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>August 22, 2005</u>      Signature _____
                                              Harrison J. Frahn IV

{P63:PTR:FIRM:W0290390.1}

Name (please print) <u>Harrison J. Frahn IV</u>
State Bar Number <u>206822</u>
Firm Name: <u>Simpson Thacher & Bartlett LLP</u>
Address/P.O. Box <u>3330 Hillview Avenue</u>
City/State/Zip: <u>Palo Alto, California 94304</u>
Telephone #: <u>650-251-5000</u>
Fax #: <u>650-251-5002</u>
E-mail Address: <u>hfrahn@stblaw.com</u>

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 2nd day of Sept, 2005.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _C. Hinton_
Deputy Clerk

{P63 PTR\FIRM W0290390 1}