UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 2-05CV-321-LED<br><br>Jury |

### DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF AMBERWAVE SYSTEM CORPORATION'S OPPOSITION TO DEFENDANT INTEL CORPORATION'S MOTION TO TRANSFER

I, Jason G. Sheasby, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an associate in the law firm of Irell & Manella LLP in Los Angeles, California. I submit this Declaration in support of AmberWave System Corporation's Opposition to Intel Corporation's Motion to Transfer. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 6,881,632.

3. Attached as Exhibit B is a true and correct copy of U.S. Patent No. 6,831,292.

4. Attached as Exhibit C is a true and correct copy of pages from http://www.intel.com.

5. Attached as Exhibit D is a true and correct copy of a May 9, 2005 letter from Steven Frank (outside counsel for AmberWave) to Paul Otellini (Intel).

6. Attached as Exhibit E is a true and correct copy of a May 4, 2005 email from Bradley Greenwald (Intel) to Wade Sheen (AmberWave) and Reza Afghan (Intel).

7. Attached as Exhibit F is a true and correct copy of a May 17, 2005 letter from Jeffrey Ostrow (outside counsel for Intel) to Steven Frank (outside counsel for AmberWave).

8. Attached as Exhibit G is a true and correct copy of pages from http://www.intel.com showing Intel's authorized distributors located in Plano, Texas.

9. Attached as Exhibit H is a true and correct copy of pages from http://gis.collincountytx.gov, the website for Collin County, Texas, indicating that Intel's Plano, Texas authorized dealers are located in Collin County.

10. Attached as Exhibit I is a true and correct copy of pages from http://www.txed.uscourts.gov, the website for the Eastern District of Texas, indicating that Collin County is within the Eastern District of Texas.

11. Attached as Exhibit J is a true and correct copy of pages from the transcript of the September 7, 2005 telephonic hearing before the Honorable Kent A. Jordan in *Intel Corp. v. AmberWave Systems Corp.*, Case No. 5-301-KAJ (D. Del.).

12. Attached as Exhibit K is a true and correct copy of excerpts from Intel's Report on Form 10K submitted to the United States Securities and Exchange Commission for the period ending December 25, 2004.

13. Attached as Exhibit L is a true and correct copy of an article entitled *Delaying Forever: Uniaxial Strained Silicon Transistors in 90nm CMOS Technology*, 2004 Symposium on VLSI Technology. Authors of this article are identified as located at an Intel facility in Oregon.

14. Attached as Exhibit M is a true and correct copy of a March 30, 2005 Order Denying Intel's Motion To Transfer in *Maurice Mitchell Innovations, L.P. v. Intel Corp.*, Case No. 2:04-CV-450-LED, Docket No. 15.

Executed on September 19, 2005, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Jason G. Sheasby