# EXHIBIT C

Intel® Pentium® D Processor Product Information

- Products
  Processors
  Desktop
  A-Z Product Listing
  Provide Feedback

Products › Processors › Intel® Pentium® D Processor

# Intel® Pentium® D Processor
## Extend Your Multitasking Experience

**Intel® Newsletters**
Stay current on products, solutions, developing technologies and the latest company news. Learn more.

**Receive updates about Intel products via RSS.**
RSS
Learn More.

overview

An Intel® Pentium® D processor-based PC delivers an extra powerful gear when you need it. Accomplish more while running multiple applications, such as editing video while downloading music.

- View Product Brief [PDF 72KB]
- View Product Image
- Compare specifications for Intel® Pentium® Processor.
  Build a comparison chart that identifies which Intel Pentium processors have the specific technical features you need. Compare all or a selection. Includes compatible motherboard and chipset information.

Processor



Intel® Pentium® D Processor

| | |
|---|---|
| Processor Number^Δ | 840, 830, 820 |
| → Architecture | 90 nm technology |
| L2 Cache | 2x1MB |
| Clock Speed | 2.80 GHz to 3.20 GHz |
| Front Side Bus | 800 MHz |
| Chipset | ■ Intel® 955X Express chipset<br>■ Intel® 945P Express chipset |

**Products in Action**

- Get an Edge on Gaming
- Check out the Cyberathlete Professional League
- Build Your Own Creativity PC
- Plan Your Digital Home

**Dual-Core Demo**



See how an Intel dual-core processor compares with an Intel® processor with Hyper-Threading Technology.
View demo.

Intel® Pentium® D processor Demo

- Intel® 945G Express chipset
- Intel® E7230 Chipset

**Socket**    LGA775

**Motherboard**    Intel® Desktop Boards D955XCS, D955XBK, D945PSN, D945PLM, D945PVS, D945PAW, D945GNT, D945GTP, and D945GCZ



Learn about the capabilities of the new Intel® Pentium® D processor. Find out more.

**Intel® Pentium® D Processor Features**

| Features | Benefits |
|---|---|
| Dual-Core | Provides two execution cores in one physical processor allowing the platform to do more in less time while enjoying smooth interaction with your PC. |
| Enhanced Intel® SpeedStep® Technology | Enables cooler and quieter PC designs—depending on system implementation and usage. (Not available on 820.) |
| Execute Disable Bit° | Can help to prevent some classes of viruses and worms that exploit buffer overrun vulnerabilities thus helping to improve the overall security of the system. |
| Intel® Extended Memory 64 Technology⊕ | Processors with Intel EM64T allow platforms to access larger amounts of memory and will support 64-bit extended operating systems. |

Δ Intel processor numbers are not a measure of performance. Processor numbers differentiate features within each processor family, not across different processor families. See www.intel.com/products/processor_number/ for details.

° Enabling Execute Disable Bit functionality requires a PC with a processor with Execute Disable Bit capability and a supporting operating system. Check with your PC manufacturer on whether your system delivers Execute Disable Bit functionality.

⊕ Intel® EM64T requires a computer system with a processor, chipset, BIOS, operating system, device drivers and applications enabled for Intel EM64T. Processor will not operate (including 32-bit operation) without an Intel EM64T-enabled BIOS. Performance will vary depending on your hardware and software configurations. See www.intel.com/technology/64bitextensions/ for more information including details on which processors support Intel EM64T or consult with your system vendor for more information.

[back to top]

- Products
  - Processors
  - Desktop
  - A-Z Product Listing
  - Provide Feedback

▶ Products ▶ Processors ▶ Intel® Celeron® D Processor

# Intel® Celeron® D Processor
## Proven Technology, Exceptional Value

**Intel® Newsletters**
Stay current on products, solutions, developing technologies and the latest company news. Learn more.

overview

The Intel® Celeron® D processor delivers a balanced level of proven technology and exceptional value for desktop PCs.

- View Product Brief
- Compare processor specifications for Intel® Celeron® D processor. Build a comparison chart that identifies which Intel® Celeron D processors have the specific technical features you need. Compare all or a selection. Includes compatible motherboard and chipset information.

Receive updates about Intel products via RSS.
RSS
Learn More.

Processor



Intel® Celeron® D Processor

| | | |
|---|---|---|
| Processor Number△ | 351, 346, 341, 336, 331, 326 | 350, 345, 340, 335, 330, 325, 320, 315 |
| Architecture | 90 nm process technology | |
| L2 Cache | 256KB | |
| Clock Speed | 2.53 to 3.20 GHz | 2.26 to 3.20 GHz |
| Front Side Bus | 533 MHz | |
| Chipset | Intel® 915GV Express, 915GL Express, 915G | Intel® 915GV Express, 915G Express, 915P Express, 910GL Express, 865PE, 865P, |

|  | Express, 915PL Express, and 915P Chipsets | 865GV, 865G, 848P, 845PE, 845GV, 845GE, 845G, 845E, and E7221 Chipsets |
|---|---|---|
| **Socket** | LGA775 | LGA775 or mPGA478 |
| **Intel® Desktop Boards** | Intel® Desktop Boards D915GVWB, D915GLVG and D910GLDW | Intel® Desktop Boards D915GVWB, D910GLDW, D865GBF, D865GLC, D865GRH, D865GVHZ, D865PCD, D865PERC, D865PERL, D865PESO, D848PMB, D845GVFN, D845GVSR, and D845PEMY |
| **Related Products** | Intel® Pentium® 4 processor | |
| **Intel® Extended Memory 64 Technology**[Φ] | Yes | NA |
| **Execute Disable Bit**[*] | Yes | NA |
| **Features** | ■ Data Flow Analysis<br>■ Speculative Execution<br>■ Non-Blocking Level 1 Cache<br>■ Streaming SIMD Extensions 3<br>■ Dual Independent Bus (DIB) | |

[Δ] Intel processor numbers are not a measure of performance. Processor numbers differentiate features within each processor family, not across different processor families. See www.intel.com/products/processor_number/ for details.

[Φ] Intel® EM64T requires a computer system with a processor, chipset, BIOS, operating system, device drivers and applications enabled for Intel EM64T. Processor will not operate (including 32-bit operation) without an Intel EM64T-enabled BIOS. Performance will vary depending on your hardware and software configurations. See www.intel.com/technology/64bitextensions/ for more information including details on which processors support Intel EM64T or consult with your system vendor for more information.

[*] Enabling Execute Disable Bit functionality requires a PC with a processor with Execute Disable Bit capability and a supporting operating system. Check with your PC manufacturer on whether your system delivers Execute Disable Bit functionality.

[ back to top ]

Case 2:05-cv-00321-LMPT    Document 24511    Filed 09/12/25/2005    Page 5 of 8

- Products
  Processors
  Servers
  Workstation
  A-Z Product Listing
  Provide Feedback

▶ Products ▶ Processors ▶ Intel® Xeon™ Processor

## Intel® Xeon™ Processor

overview

**Intel® Newsletters**
Stay current on products, solutions, developing technologies and the latest company news. Learn more.

The platform of choice keeps getting better. Designed for dual-processor server and workstation platforms, Intel® Xeon™ processor gives you the freedom to focus more on your business, and helps you gain greater flexibility and lower costs. Put the Intel Xeon processor's latest platform innovations to work to accomplish more than ever before.

- Download 64-bit Intel® Xeon™ Processor MP product brief [PDF 234KB]
- Download 64-bit Intel® Xeon™ Processor MP Multi-Processor Platforms brief [PDF 493KB]
- View Processor Image
- Compare Specifications for Intel® Xeon™ Processor Family
  Build a comparison chart that identifies which Intel® Xeon™ processors have the specific technical features you need. Compare all or a selection. Includes compatible motherboard and chipset information.

**Products in Action**
- Benefits for IT Managers
- Dual-core
- 64-bit Computing
- Performance Benchmarks

Receive updates about Intel products via RSS.
RSS
Learn More.

Processor




| | Intel® Xeon™ Processor MP | | Intel® Xeon™ Processor | |
|---|---|---|---|---|
| Architecture | 90 nm process technology, 64-bit | 130 nm process technology, 32-bit | 90 nm process technology, 64-bit | 130 nm process technology, 32-bit |
| Cache (L1) | | Execution Trace Cache | | |
| Cache (L2) | 1M | 256KB, 512KB | 1 to 2M | 512KB |
| Cache (L3) | 4M, 8M | 512KB, 1M, 2M, 4M | NA | 1M, 2M |

http://www.intel.com/products/processor/xeon/index.htm

9/16/2005

| | | | | | |
|---|---|---|---|---|---|
| Clock Speed | 2.83 to 3.66 GHz | 1.40 to 3.0 GHz | 2.80 to 3.60 GHz | 3.0 to 3.20 GHz | |
| Clock speed supporting Intel® Extended Memory 64 Technology◊ | 2.83 to 3.66 GHz | NA | 2.80 to 3.60 GHz | NA | |
| Server Chipset | Intel® E8500 chipset | ServerWorks GC-HE*, OEM custom chipsets | Intel® E7520 and E7320 chipsets | Intel® E7501 chipset, ServerWorks GC-LE* and GC-HE* | |
| Workstation Chipset | NA | NA | Intel® E7525 chipset | Intel® E7505 and E7500 chipsets | |
| System Bus | 667 MHz | 400 MHz | 800 MHz | 400, 533 MHz | |
| I/O Bandwidth | Up to 14GB/sec, PCI Express* I/O | Up to 4.8GB/sec | Up to 6.4 GB/sec., PCI Express* I/O, PCI Express* x16 Graphics | Up to 4.8GB/sec | |
| RAM | Dual Channel DDR2 | Dual Channel DDR | Dual Channel DDR and DDR2 | Dual Channel DDR | |
| Server Boards | NA | NA | Intel® Server Board SE7525GP2, SE7520AF2, SE7520BD2, SE7520JR2, SE7320SP2, and SE7320VP2 | Intel® Server Board SE7501HG2, SE7501BR2, SE7501CW2, SE7505VB2, and SE7501WV2 | |
| Server Platforms | Intel® Server Platform SR4850HW4 and SR6850HW4 | Intel® Server Platform SRSH4 and SPSH4 | NA | NA | |
| Server Chassis | NA | Intel® Blade Server Chassis SBCE | Intel® Server Chassis SC5300, SC5275-E, SR1400, and SR2400 | Intel® Entry Server Chassis SR1350-E, SC5250-E, SC5200, SR1300, and SR2300 | |
| Server Compute Blades | NA | Intel® Server Compute Blade SBX44 | NA | Intel® Server Compute Blade SBXL52 | |
| Carrier Grade Servers | NA | NA | Intel® Carrier Grade Server TIGPT1U | Intel® Carrier Grade Server TIGPR2U | |

http://www.intel.com/products/processor/xeon/index.htm         9/16/2005

| Ideal Uses | Mid-tier Multi Processor and Dual Processor Servers supporting collaboration, application serving, enterprise resource planning, and business intelligence | Mid-tier Multi Processor and Dual Processor Servers supporting collaboration, application serving, enterprise resource planning, and business intelligence | Dual Processor Server and Workstation applications | Web, Mail, General purpose infrastructure, front-end servers |
|---|---|---|---|---|

Φ Intel® EM64T requires a computer system with a processor, chipset, BIOS, operating system, device drivers and applications enabled for Intel EM64T. Processor will not operate (including 32-bit operation) without an Intel EM64T-enabled BIOS. Performance will vary depending on your hardware and software configurations. See www.intel.com/technology/64bitextensions/ for more information including details on which processors support Intel EM64T or consult with your system vendor for more information.

\* Other names and brands may be claimed as the property of others.

[back to top]