# EXHIBIT E

**From:** "Greenwald, Bradley A" <bradley.a.greenwald@intel.com>

**Date:** May 4, 2005 3:44:49 PM EDT

**To:** "Wade Sheen" <wsheen@amberwave.com>, "Afghan, Reza <reza.afghan@intel.com>

**Subject: Amberwave/Intel May 3 meeting**

Wade:

Thank you for coming to Oregon for the meeting yesterday. I wanted to assure you again that Intel is taking Amberwave's positions and assertions quite seriously and is by no means delaying in responding to them. I would hope that this was clear from the people we had in attendance at the meeting and our high level of preparation. As we discussed, please send a copy of the foils from yesterday's meeting to me (and to Reza Afghan). I have copied him on this email.

Brad Greenwald

Bradley A. Greenwald

Asst. Dir. of Patents

Intel Corp.

503.264.3726

bradley.a.greenwald@intel.com