# EXHIBIT F

MAY-17-2005 TUE 02:56 PM				FAX NO.					P. 02

SIMPSON THACHER & BARTLETT LLP

3330 HILLVIEW AVENUE
PALO ALTO, CA 94304
(650) 251-5000

---

FACSIMILE: (650) 251-5002

DIRECT DIAL NUMBER							E-MAIL ADDRESS
650-251-5030								JOSTROW@STBLAW.COM

Via Facsimile and Federal Express			May 17, 2005

Steven J. Frank
Goodwin Procter
Exchange Place
53 State Street
Boston, MA 02109

			Re:	AmberWave/Intel

Dear Mr. Frank:

      Intel has asked that I respond to your letter to Paul Otellini.

      Today, Intel filed a declaratory judgment action in the United States District Court for the District of Delaware alleging, among other things, non-infringement by Intel of U.S. Patent No. 6,831,292 referred to in your letter to Mr. Otellini. Intel filed this action in light of the fact that AmberWave chose to escalate the matter by placing Intel on "formal notice" and in light of the serious nature of the allegations. I have included a copy of the complaint for your reference.

      Although Intel was compelled to file the complaint today to protect its rights, Intel wishes to continue the dialogue it was pursing with AmberWave prior to your letter. Intel still hopes that the parties can resolve these issues through an appropriate business solution. Please let me know if AmberWave would also like to continue that dialogue so that we can arrange for the next meeting between the parties.

					Very truly yours,

					Jeffrey E. Ostrow

Enclosure

NEW YORK    LOS ANGELES    WASHINGTON, D.C.    HONG KONG    LONDON    TOKYO