# EXHIBIT G



http://www.intel.com/wa-cclamp/cclamp.aspx?site=channel&subsite=reseller&region=asmo-na&lang=eng&alt_url=http://appz... 9/15/2005

