# EXHIBIT H

Collin County Interactive Map　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2



**Municipality**
City:　　　　　Plano

http://gis.collincountytx.gov/collin/default.jsp?address=6340+INTERNATIONAL+PKWY&zone=75093&parcelid=&bldg=--+...　　9/15/2005

Collin County Interactive Map   Page 2 of 2

**Update Map**

- General Map
- Land Records
- Public Safety
- County Precincts
- Polling Locations
- State Districts
- Imagery

**School District**

ISD: PLANO ISD

**Elected Officials by Precinct and District**

| | |
|---|---|
| County Judge: | RON HARRIS |
| County Sheriff: | TERRY BOX |
| Commissioner: | JACK HATCHELL |
| Justice of the Peace: | MIKE YARBROUGH |
| Constable: | JOHNNY TODD |
| State Senator: | FLORENCE SHAPIRO |
| State Representative: | BRIAN MCCALL |
| School Board of Education: | GERALDINE MILLER |
| 109th US Representative: | SAM JOHNSON |

Collin County Government Center, Annex A and B
210 S. McDonald Street, McKinney, TX 75069 · 972.424.1460
Copyright © 2003 Collin County Texas · All Rights Reserved · Privacy Policy

http://gis.collincountytx.gov/collin/default.jsp?address=6340+INTERNATIONAL+PKWY&zone=75093&parcelid=&bldg=--+... 9/15/2005

Collin County Interactive Map                                                          Page 1 of 2



Update Map
- General Map
- Land Records
- Public Safety
- County Precincts
- Polling Locations
- State Districts
- Imagery

**School District**

ISD:                           PLANO ISD

**Elected Officials by Precinct and District**

| | |
|---|---|
| County Judge: | RON HARRIS |
| County Sheriff: | TERRY BOX |
| Commissioner: | JERRY HOAGLAND |
| Justice of the Peace: | JOHNNIE LEWIS and JOHN PAYTON |
| Constable: | BOB BELL |
| State Senator: | FLORENCE SHAPIRO |
| State Representative: | JERRY MADDEN |
| School Board of Education: | GERALDINE MILLER |
| 109th US Representative: | SAM JOHNSON |

Collin County Government Center, Annex A and B
210 S. McDonald Street, McKinney, TX 75069 · 972.424.1460
Copyright © 2003 Collin County Texas · All Rights Reserved · Privacy Policy