# EXHIBIT I




Click on the Courthouses for

Court Addresses, Phone Numbers, Office Hours and Drop Box Locations



Counties served by this
court are displayed in blue.



This court is composed of seven divisions:

| Division Number and Name | Counties |
|---|---|
| 1 - Beaumont | Hardin, Jasper, Jefferson, Liberty, Newton and Orange |
| 2 - Marshall | Camp, Cass, Harrison, Marion, Morris and Upshur |
| 4 - Sherman | Collin, Cooke, Denton, Grayson, Delta, Fannin, Hopkins and Lamar |
| 5 - Texarkana | Bowie, Franklin, Titus and Red River |
| 6 - Tyler | Anderson, Cherokee, Gregg, Henderson, Panola, Rains, Rusk, Smith, Van Zandt and Wood |
| 9 - Lufkin | Angelina, Houston, Nacogdoches, Polk, Sabine, San Augustine, Shelby, Trinity and Tyler |