UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | Civil Action No. 2-05CV-321-LED |
| vs. | § § | Jury |
| INTEL CORPORATION | § § § | |
| Defendant. | § § | |

## [PROPOSED] ORDER DENYING INTEL'S MOTION TO TRANSFER

Before the Court is Defendant Intel Corporation's Motion To Transfer. This Court, having duly considered the parties' arguments, DENIES the Motion To Transfer.

1352469.2