UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> INTEL CORPORATION <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 2-05-CV-321-LED <br><br> Jury |

**PLAINTIFF AMBERWAVE SYSTEMS CORPORATION'S
SUPPLEMENTAL NOTICE PURSUANT TO LR CIV-42**

AmberWave Systems Corporation wishes to draw the attention of the Court to two cases filed on September 20 that involve the same parties as the case at bar ("AmberWave I").

- *AmberWave Systems Corp. v. Intel Corporation*, Civil Action No. 2-05CV-449-TJW (E.D. Tex.) ("AmberWave II").

- *Intel Corporation v. AmberWave Systems Corp.*, Civil Action No. 05-682 (D. Del.) ("Intel II").

AmberWave II is a patent infringement and declaratory judgment action involving U.S. Patent No. 6,946,371 ("'371 patent"), entitled "Methods of fabricating semiconductor structures having epitaxially grown source and drain elements." Subsequent to the filing of this action, Intel filed an action in the District of Delaware seeking a declaratory judgment that it is not infringing the '371 patent. This second-filed action is Intel II.

1385944.1

- 2 -

AmberWave I does not involve the '371 patent. Rather, AmberWave I alleges infringement of a different U.S. patent, U.S. Patent No. 6,881,632, which is part of a different patent family than the '371 patent.

A copy of the AmberWave II and Intel II complaints are attached as Exhibits A and B to this notice. A copy of the '371 patent is attached as Exhibit C.

Dated: September 22, 2005

                Respectfully submitted,

                By: /s/ Morgan Chu (by permission D. Gindler)
                Morgan Chu (CA #70446)
                Attorney-in-Charge
                David I. Gindler (CA #117824)
                IRELL & MANELLA LLP
                1800 Avenue of the Stars, Suite 900
                Los Angeles, California 90067-4276
                Phone: (310) 277-1010
                Facsimile: (310) 203-7199
                E-mail: mchu@irell.com

                S. Calvin Capshaw III (TX #03783900)
                BROWN MCCARROLL LLP
                1127 Judson Road, Suite 220
                P.O. Box 3999
                Longview, Texas 75601-5157
                Phone: (903) 236-9800
                Facsimile: (903) 236-8787
                E-mail: CCapshaw@mailbmc.com

                Otis W. Carroll (TX #03895700)
                IRELAND, CARROLL & KELLY, PC
                6101 South Broadway Avenue, Suite 500
                P.O. Box 7879
                Tyler, Texas 75711
                Phone: (903) 561-1600
                Facsimile: (903) 581-1070

Franklin Jones, Jr. (TX #00000055)
JONES & JONES, INC., PC
201 W. Houston Street
P.O. Drawer 1249
Marshall, Texas 75671-1249
Phone: (903) 938-4395
Facsimile: (903) 938-3360

Samuel F. Baxter (TX #01938000)
MCKOOL SMITH, PC
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Facsimile: (214) 978-4044

T. John Ward, Jr. (TX #00794818)
LAW OFFICE OF T. JOHN WARD, JR., PC
P.O. Box 1231
Longview, Texas 75606-1231
Phone: (903) 757-6400
Facsimile: (903) 757-2323

## CERTIFICATE OF SERVICE

    I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 22th day of September, 2005, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                            __/s/ David I. Gindler___

1385944.1