# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2-05CV-321 |
| ) | |
| v. ) | JUDGE DAVIS |
| ) | JURY |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT INTEL CORPORATION'S UNOPPOSED MOTION
## FOR LEAVE TO EXCEED PAGE LIMITS FOR ITS REPLY BRIEF

Defendant INTEL CORPORATION ("Intel" or "Defendant"), with the agreement of Plaintiff, respectfully submits this Unopposed Motion for Leave to Exceed Page Limits for Its Reply Brief, to be filed in response to AmberWave Systems Corporation's ("AmberWave" or "Plaintiff") Opposition to Defendant's Motion to Transfer, and would show in support:

1. Local Rule CV-7(a)(2) sets a limit of "five pages, including attachments" for a reply brief of this kind.

2. In order to fully address the issues discussed in Plaintiff's Opposition to Defendant's Motion, Defendant seeks an expanded page limit of fifteen (15) pages – ten (10) pages more than this District's five (5) page limit.

3. Therefore Defendant, with the agreement of Plaintiff, respectfully requests that this Court grant it leave to exceed the page limit, and to file its Reply Brief to AmberWave's Opposition to Intel's Motion to Transfer to the United States District Court for the District of Delaware. One copy of the proposed Reply Brief is attached hereto as Exhibit "A."

4. The parties make such agreement not for purposes of delay, but so that justice may be done. The parties seek such other and further relief to which they may be justly entitled.

WHEREFORE, Defendant Intel, with the agreement of Plaintiff, respectfully requests that this Court grant it leave to file its Reply Brief to AmberWave's Opposition to Intel's Motion for Transfer.

    Respectfully Submitted,

    POTTER MINTON,
    A Professional Corporation


    By:    /s/ Michael E. Jones
        Michael E. Jones
        Attorney-In-Charge
        Texas Bar No. 10929400
        mikejones@potterminton.com

        John F. Bufe
        Texas Bar No. 03316930
        johnbufe@potterminton.com

        110 North College
        500 Plaza Tower
        Tyler, Texas 75702
        Telephone: (903) 597-8311
        Facsimile: (903) 593-0846

        OF COUNSEL:

        George M. Newcombe
        (CA Bar No. 202898)
        gnewcombe@stblaw.com
        SIMPSON THACHER & BARTLETT LLP
        3330 Hillview Avenue
        Palo Alto, California 94304
        Telephone: (650) 251-5000
        Facsimile: (650) 251-5002

        Attorneys for Defendant Intel Corporation

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Intel's Unopposed Motion To Exceed Page Limit was served on September 26, 2005 on the following counsel of record via the following means:

| Morgan Chu | ☐ | Personal Service |
|---|---|---|
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |
| | | |
| David I. Gindler | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |
| | | |
| Sydney Calvin Capshaw, III | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |
| | | |
| Otis W. Carroll | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |
| | | |
| Franklin Jones, Jr. | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |
| | | |
| Samuel F. Baxter | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |
| | | |
| Thomas John Ward, Jr. | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |

/s/ Michael E. Jones
Attorney In Charge for Defendant
Intel Corporation

## CERTIFICATE OF CONFERENCE

  I hereby certify that counsel for Defendant Intel Corporation has met and conferred with counsel for Plaintiff AmberWave Systems Corporation in good faith concerning the relief sought in the Motion, and that Plaintiff does not oppose the Motion.

                 /s/ Michael E. Jones
                 Attorney In Charge for Defendant
                 Intel Corporation