IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **AMBERWAVE SYSTEMS CORPORATION,** | ) | |
| | ) | |
| *Plaintiff*, | ) | CIVIL ACTION NO. 2-05CV-321 |
| | ) | |
| v. | ) | **JUDGE DAVIS** |
| | ) | **JURY** |
| **INTEL CORPORATION,** | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED REPLY BRIEF PAGE LIMIT

CAME ON TO BE CONSIDERED the Defendant's Unopposed Motion To Exceed Page Limit for its Reply Brief to AmberWave's Opposition to Intel's Motion To Transfer to the United States District Court for the District of Delaware. The Court concludes that the Motion should be GRANTED, and it is therefore

ORDERED that the page limit for Defendant Intel's Reply Brief to AmberWave's Opposition to Intel's Motion To Transfer to the United States District Court for the District of Delaware should be expanded by ten (10) pages to allow fifteen (15) pages; and it is

FURTHER ORDERED that Defendant Intel Corporation is granted leave to file its Reply Brief.