# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **AMBERWAVE SYSTEMS CORPORATION,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **CIVIL ACTION NO. 2-05CV-321** |
| | ) | |
| v. | ) | **JUDGE DAVIS** |
| | ) | **JURY** |
| **INTEL CORPORATION,** | ) | |
| | ) | |
| *Defendant*. | ) | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
## FOR INTEL CORPORATION

Defendant, INTEL CORPORATION, files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that John F. Bufe of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as additional counsel for INTEL CORPORATION in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above and/or the Court's CM/ECF system per Local Rule CV-5(a)(3) at johnbufe@potterminton.com.

Dated September 26, 2005.

        Respectfully Submitted,

        **POTTER MINTON,**
        **A Professional Corporation**

        By    /s/ John F. Bufe
            John F. Bufe
            State Bar No. 03316930
            johnbufe@potterminton.com
            110 N. College, 500 Plaza Tower
            Tyler, Texas 75702
            Telephone: 903-597-8311
            Facsimile: 903-593-0846

        ATTORNEYS FOR INTEL CORPORATION

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Notice of Appearance of Additional Counsel for Intel Corporation was served on September 26, 2005 on the following counsel of record via the following means:

| Counsel | | Means |
|---|---|---|
| Morgan Chu | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |
| David I. Gindler | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |
| Sydney Calvin Capshaw, III | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |
| Otis W. Carroll | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |
| Franklin Jones, Jr. | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |
| Samuel F. Baxter | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |
| Thomas John Ward, Jr. | ☐ | Personal Service |
| | ☐ | Facsimile |
| | ☐ | Overnight Mail |
| | ☒ | E-mail (via Court's electronic docket) |

/s/ John F. Bufe
John F. Bufe