UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>    Defendant. | §<br>§<br>§<br>§ Civil Action No. 2-05CV-321-LED<br>§<br>§ Jury<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF AMBERWAVE SYSTEMS CORPORATION'S UNOPPOSED MOTION
TO EXTEND PAGE LIMIT ON ITS SUR-REPLY
TO DEFENDANT INTEL CORPORATION'S MOTION TO TRANSFER**

Plaintiff AmberWave Systems Corporation ("AmberWave"), with the assent of Defendant Intel Corporation ("Intel"), respectfully submits this unopposed Motion for Leave to Extend the Page Limit on its Sur-Reply To Intel's Motion to Transfer.

Local Rule CV-7(a)(2) sets a limit of five pages, including attachments, for a sur-reply. On September 26, 2005, Intel sought leave from the Court to submit a fifteen-page reply in support of its motion to transfer. The Court granted this motion.

In order to respond to the new arguments in Intel's reply, AmberWave respectfully requests that this Court extend the allowed length of its sur-reply by five pages, for a total of ten pages, including attachments.

A copy of AmberWave's Sur-Reply To Defendant Intel Corporation's Motion to Transfer is attached as Exhibit A.

Respectfully submitted,

By: /s/ Morgan Chu (by permission D. Gindler)
Morgan Chu (CA #70446)
Attorney-in-Charge
David I. Gindler (CA #117824)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Phone: (310) 277-1010
Facsimile: (310) 203-7199
E-mail: mchu@irell.com

S. Calvin Capshaw III (TX #03783900)
BROWN MCCARROLL LLP
1127 Judson Road, Suite 220, P.O. Box 3999
Longview, Texas 75601-5157
Phone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: CCapshaw@mailbmc.com

Otis W. Carroll (TX #03895700)
IRELAND, CARROLL & KELLY, PC
6101 South Broadway Avenue
Suite 500
P.O. Box 7879
Tyler, Texas 75711
Phone: (903) 561-1600
Facsimile: (903) 581-1070

Franklin Jones, Jr. (TX #00000055)
JONES & JONES, INC., PC
201 W. Houston Street
P.O. Drawer 1249
Marshall, Texas 75671-1249
Phone: (903) 938-4395
Facsimile: (903) 938-3360

Case 2:05-cv-00321-LED Document 35 Filed 10/25/2005 Page 2 of 5
Case 1:05-cv-00873-MPT Document 34 Filed 10/25/2005 Page 2 of 5

1392904

- 2 -

Samuel F. Baxter (TX #01938000)
McKool Smith, PC
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Facsimile: (214) 978-4044

T. John Ward, Jr. (TX #00794818)
Law Office of T. John Ward, Jr., PC
P.O. Box 1231
Longview, Texas 75606-1231
Phone: (903) 757-6400
Facsimile: (903) 757-2323

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of October, 2005, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ David I. Gindler_____

1392904

## CERTIFICATE OF CONFERENCE

Pursuant to LR CV-7(h), I certify that counsel for Plaintiff AmberWave Systems Corporation has meet and conferred with counsel for Defendant Intel Corporation, and that Defendant Intel Corporation does not oppose this motion.

/s/ David I. Gindler

1392904