# EXHIBIT 1

Case 2:05-cv-08087-LMP Document 34 Filed 10/25/2005 Page 1 of 2

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching 1976 to present...*

**Results of Search in 1976 to present db for:**
→ **(ABST/semiconductor AND SPEC/("strained layer" AND substrate)): 373 patents.**
*Hits 1 through 50 out of 373*

[Next 50 Hits]

[Jump To] [        ]

[Refine Search] [abst/semiconductor and spec/("strained layer" and su]

| PAT. NO. | Title |
|---|---|
| 1 6,949,761 | Structure for and method of fabricating a high-mobility field-effect transistor |
| 2 6,949,451 | SOI chip with recess-resistant buried insulator and method of manufacturing the same |
| 3 6,946,371 | Methods of fabricating semiconductor structures having epitaxially grown source and drain elements |
| 4 6,940,705 | Capacitor with enhanced performance and method of manufacture |
| 5 6,933,539 | Tunnel junctions for long-wavelength VCSELs |
| 6 6,921,914 | Process for producing semiconductor article using graded epitaxial growth |
| 7 6,921,678 | Method for fabricating nitride semiconductor, method for fabricating nitride semiconductor device, and nitride semiconductor device |
| 8 6,919,258 | Semiconductor device incorporating a defect controlled strained channel structure and method of making the same |
| 9 6,914,268 | LED device, flip-chip LED package and light reflecting structure |
| 10 6,912,236 | Semiconductor laser device having lower threshold current |
| 11 6,908,804 | Bipolar transistor, semiconductor device and method of manufacturing same |
| 12 6,905,923 | Offset spacer process for forming N-type transistors |
| 13 6,903,392 | Semiconductor device and its manufacturing method |
| 14 6,897,527 | Strained channel FinFET |
| 15 6,893,936 | Method of Forming strained SI/SIGE on insulator with silicon germanium buffer |
| 16 6,891,229 | Inverted isolation formed with spacers |
| 17 6,891,209 | Dynamic random access memory trench capacitors |
| 18 6,878,610 | Relaxed silicon germanium substrate with low defect density |