UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> INTEL CORPORATION, <br><br> Defendant. | § § § § § § § § § § § § § Civil Action No. 2-05CV-321-LED <br><br> Jury |

**[PROPOSED] ORDER GRANTING
AMBERWAVE SYSTEM'S CORPORATION'S UNOPPOSED MOTION TO EXTEND
PAGE LIMIT ON ITS SUR-REPLY TO DEFENDANT INTEL CORPORATION'S
MOTION TO TRANSFER**

Before the Court is Plaintiff AmberWave Systems Corporation's Unopposed Motion to Extend Page Limit on Its Sur-Reply to Defendant Intel Corporation's Motion to Transfer. This Court, having duly considered AmberWave's request, GRANTS the motion.

It is ORDERED that the page limit for AmberWave's Sur-Reply to Intel Corporation's Motion to Transfer be extended by five pages to allow for a total of ten pages, including attachments.

It is further ORDERED that AmberWave be allowed to file its Sur-Reply.

1392907