UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | Civil Action No. 2-05CV-321-LED |
| vs. | § § | Jury |
| INTEL CORPORATION, | § § § | |
| Defendant. | § § § | |

# ORDER GRANTING
## AMBERWAVE SYSTEM'S CORPORATION'S UNOPPOSED MOTION TO EXTEND PAGE LIMIT ON ITS SUR-REPLY TO DEFENDANT INTEL CORPORATION'S MOTION TO TRANSFER

Before the Court is Plaintiff AmberWave Systems Corporation's Unopposed Motion to Extend Page Limit on Its Sur-Reply to Defendant Intel Corporation's Motion to Transfer. This Court, having duly considered AmberWave's request, GRANTS the motion.

It is ORDERED that the page limit for AmberWave's Sur-Reply to Intel Corporation's Motion to Transfer be extended by five pages to allow for a total of ten pages, including attachments.

It is further ORDERED that AmberWave be allowed to file its Sur-Reply.

**So ORDERED and SIGNED this 4th day of October, 2005.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

1392907