UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | §<br>§<br>§<br>§   Civil Action No. 2-05CV-321-LED<br>§<br>§   Jury<br>§<br>§<br>§<br>§<br>§<br>§ |

**SUPPLEMENTAL DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF AMBERWAVE SYSTEM CORPORATION'S SUR-REPLY TO DEFENDANT INTEL CORPORATION'S MOTION TO TRANSFER**

I, Jason G. Sheasby, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an associate in the law firm of Irell & Manella LLP in Los Angeles, California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit 1 is a true and correct copy of a page from a search performed at http://www.uspto.gov.

Executed on October 3, 2005, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jason G. Sheasby

1392950.1