United States District Court
Office of the Clerk
Eastern District of Texas

David J. Maland
Clerk
November 29, 2005



100 E Houston Street
Marshall, TX 75670
903 935 2912

District of Delaware
J. Caleb Boggs Federal Building
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

05    837

Case Number # 2:05cv321
Style: Amberwave Systems Corporation vs Intel Corporation

Dear Clerk:

Pursuant to an order from our court, we are transferring to your District the above entitled cause of action. We are forwarding certified copies of the order of transfer, docket sheet, complaint or notice of removal, and sealed documents if any.

In February 2004, the Eastern District of Texas implemented CM/ECF. You may access our electronic case file at the following web address: **http://ecf.txed.circ5.den.** We have assigned a login and password for the district courts to use in accessing this information. The login is _____ and the password is _____ .

The login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat reader loaded on your computer in order to view the documents.

If you need help accessing our electronic file call our help desk at 1-866-251-7534 or the number listed at the top of this letter.

Please acknowledge receipt of these documents on the copy of this letter and return it to this office in the enclosed envelope.

Sincerely,
David J. Maland, Clerk
By_____
Deputy Clerk

Enclosures

Received items described above on this date_____
and assigned Case Number_____.

Clerk, U.S. District Court
By_____