# EXHIBIT A

US006881632B2

## (12) United States Patent
### Fitzgerald et al.

(10) Patent No.: **US 6,881,632 B2**
(45) Date of Patent: **Apr. 19, 2005**

(54) **METHOD OF FABRICATING CMOS INVERTER AND INTEGRATED CIRCUITS UTILIZING STRAINED SURFACE CHANNEL MOSFETS**

(75) Inventors: **Eugene A. Fitzgerald**, Windham, NH (US); **Nicole Gerrish**, Cambridge, MA (US)

(73) Assignee: **AmberWave Systems Corporation**, Salem, NH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/611,739**

(22) Filed: **Jul. 1, 2003**

(65) **Prior Publication Data**

US 2004/0097025 A1 May 20, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/884,172, filed on Jun. 19, 2001, now Pat. No. 6,649,480.
(60) Provisional application No. 60/250,985, filed on Dec. 4, 2000.

(51) Int. Cl.$^7$ .................................. **H01L 21/336**
(52) U.S. Cl. ................. **438/285**; 438/199; 438/455
(58) Field of Search ............... 438/285–283, 438/199; 257/368–369

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,010,045 A | 3/1977 | Ruehrwein |
| 4,710,788 A | 12/1987 | Dämbkes et al. |
| 4,987,462 A | 1/1991 | Kim et al. ............ 357/22 |
| 4,990,979 A | 2/1991 | Otto |
| 4,994,866 A | 2/1991 | Awano |
| 4,997,776 A | 3/1991 | Harame et al. |
| 5,013,681 A | 5/1991 | Godbey et al. |
| 5,089,872 A | 2/1992 | Ozturk et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | 41 01 167 | 7/1992 |
| EP | 0 514 018 | 11/1992 |

(Continued)

OTHER PUBLICATIONS

Armstrong et al., "Design of Si/SiGe Heterojunction Complementary Metal–Oxide–Semiconductor Transistors," *IEDM Technical Digest (1995 International Electron Devices Meeting)*, pp. 761–764.

Armstrong, "Technology for SiGe Heterostructure–Based CMOS Devices," PhD Thesis, Massachusetts Institute of Technology, 1999, pp. 1–154.

Augusto et al., "Proposal for a New Process Flow for the Fabrication of Silicon–Based Complementary MOD–MOSFETs without Ion Implantation," *Thin Solid Films*, vol. 294, No. 1–2 (Feb. 15, 1997), pp 254–258.

(Continued)

*Primary Examiner*—Dung A. Le
(74) *Attorney, Agent, or Firm*—Testa, Hurwitz & Thibeault, LLP

(57) **ABSTRACT**

A method of fabricating a CMOS inverter including providing a heterostructure having a Si substrate, a relaxed $Si_{1-x}Ge_x$ layer on the Si substrate, and a strained surface layer on said relaxed $Si_{1-x}Ge_x$ layer; and integrating a pMOSFET and an nMOSFET in said heterostructure, wherein the channel of said pMOSFET and the channel of the nMOSFET are formed in the strained surface layer. Another embodiment provides a method of fabricating an integrated circuit including providing a heterostructure having a Si substrate, a relaxed $Si_{1-x}Ge_x$ layer on the Si substrate, and a strained layer on the relaxed $Si_{1-x}Ge_x$ layer; and forming a p transistor and an n transistor in the heterostructure, wherein the strained layer comprises the channel of the n transistor and the p transistor, and the n transistor and the p transistor are interconnected in a CMOS circuit.

**16 Claims, 13 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor(s) | Class |
|---|---|---|---|---|
| 5,155,571 | A | 10/1992 | Wang et al. | |
| 5,166,084 | A | 11/1992 | Pfiester | |
| 5,177,583 | A | 1/1993 | Endo et al. | |
| 5,202,284 | A | 4/1993 | Kamins et al. | |
| 5,207,864 | A | 5/1993 | Bhat et al. | |
| 5,208,182 | A | 5/1993 | Narayan et al. | |
| 5,212,110 | A | 5/1993 | Pfiester et al. | |
| 5,221,413 | A | 6/1993 | Brasen et al. | |
| 5,240,876 | A | 8/1993 | Gaul et al. | 437/131 |
| 5,241,197 | A | 8/1993 | Murakami et al. | |
| 5,242,847 | A | 9/1993 | Ozturk et al. | |
| 5,250,445 | A | 10/1993 | Bean et al. | |
| 5,285,086 | A | 2/1994 | Fitzgerald | |
| 5,291,439 | A | 3/1994 | Kauffmann et al. | |
| 5,298,452 | A | 3/1994 | Meyerson | |
| 5,310,451 | A | 5/1994 | Tejwani et al. | |
| 5,316,958 | A | 5/1994 | Meyerson | |
| 5,346,848 | A | 9/1994 | Grupen-Shemansky et al. | |
| 5,374,564 | A | 12/1994 | Bruel | |
| 5,399,522 | A | 3/1995 | Ohori | |
| 5,413,679 | A | 5/1995 | Godbey | |
| 5,424,243 | A | 6/1995 | Takasaki | 437/132 |
| 5,426,069 | A | 6/1995 | Selvakumar et al. | |
| 5,426,316 | A | 6/1995 | Mohammad | |
| 5,442,205 | A | 8/1995 | Brasen et al. | |
| 5,461,243 | A | 10/1995 | Ek et al. | |
| 5,461,250 | A | 10/1995 | Burghartz et al. | |
| 5,462,883 | A | 10/1995 | Dennard et al. | |
| 5,476,813 | A | 12/1995 | Naruse | |
| 5,479,033 | A | 12/1995 | Baca et al. | |
| 5,484,664 | A | 1/1996 | Kitahara et al. | |
| 5,523,243 | A | 6/1996 | Mohammad | |
| 5,523,592 | A | 6/1996 | Nakagawa et al. | |
| 5,534,713 | A | 7/1996 | Ismail et al. | |
| 5,536,361 | A | 7/1996 | Kondo et al. | |
| 5,540,785 | A | 7/1996 | Dennard et al. | |
| 5,572,043 | A | 11/1996 | Shimizu et al. | 257/18 |
| 5,596,527 | A | 1/1997 | Tomioka et al. | |
| 5,617,351 | A | 4/1997 | Bertin et al. | |
| 5,630,905 | A | 5/1997 | Lynch et al. | |
| 5,659,187 | A | 8/1997 | Legoues et al. | |
| 5,683,934 | A | 11/1997 | Candelaria | |
| 5,698,869 | A | 12/1997 | Yoshimi et al. | |
| 5,714,777 | A | 2/1998 | Ismail et al. | |
| 5,728,623 | A | 3/1998 | Mori | |
| 5,739,567 | A | 4/1998 | Wong | |
| 5,759,898 | A | 6/1998 | Ek et al. | |
| 5,777,347 | A | 7/1998 | Bartelink | |
| 5,786,612 | A | 7/1998 | Otani et al. | |
| 5,786,614 | A | 7/1998 | Chuang et al. | 257/318 |
| 5,792,679 | A | 8/1998 | Nakato | |
| 5,808,344 | A | 9/1998 | Ismail et al. | |
| 5,847,419 | A | 12/1998 | Imai et al. | |
| 5,877,070 | A | 3/1999 | Goesele et al. | |
| 5,891,769 | A | 4/1999 | Liaw et al. | |
| 5,906,708 | A | 5/1999 | Robinson et al. | |
| 5,906,951 | A | 5/1999 | Chu et al. | |
| 5,912,479 | A | 6/1999 | Mori et al. | |
| 5,943,560 | A | 8/1999 | Chang et al. | |
| 5,963,817 | A | 10/1999 | Chu et al. | |
| 5,966,622 | A | 10/1999 | Levine et al. | |
| 5,998,807 | A | 12/1999 | Lustig et al. | |
| 6,013,134 | A | 1/2000 | Chu et al. | |
| 6,033,974 | A | 3/2000 | Henley et al. | |
| 6,033,995 | A | 3/2000 | Muller | |
| 6,058,044 | A | 5/2000 | Sugiura et al. | |
| 6,059,895 | A | 5/2000 | Chu et al. | |
| 6,074,919 | A | 6/2000 | Gardner et al. | |
| 6,096,590 | A | 8/2000 | Chan et al. | |
| 6,103,559 | A | 8/2000 | Gardner et al. | |
| 6,107,653 | A | 8/2000 | Fitzgerald | |
| 6,111,267 | A | 8/2000 | Fischer et al. | |
| 6,117,750 | A | 9/2000 | Bensahel et al. | |
| 6,130,453 | A | 10/2000 | Mei et al. | |
| 6,133,799 | A | 10/2000 | Favors et al. | |
| 6,140,687 | A | 10/2000 | Shimomura et al. | |
| 6,143,636 | A | 11/2000 | Forbes et al. | |
| 6,153,495 | A | 11/2000 | Kub et al. | |
| 6,154,475 | A | 11/2000 | Soref et al. | |
| 6,160,303 | A | 12/2000 | Fattaruso | |
| 6,162,688 | A | 12/2000 | Gardner et al. | |
| 6,184,111 | B1 | 2/2001 | Henley et al. | |
| 6,191,007 | B1 | 2/2001 | Matsui et al. | |
| 6,191,432 | B1 | 2/2001 | Sugiyama et al. | |
| 6,194,722 | B1 | 2/2001 | Fiorini et al. | |
| 6,204,529 | B1 | 3/2001 | Lung et al. | |
| 6,207,977 | B1 | 3/2001 | Augusto | |
| 6,210,988 | B1 | 4/2001 | Howe et al. | |
| 6,218,677 | B1 | 4/2001 | Broekaert | |
| 6,228,694 | B1 | 5/2001 | Doyle et al. | |
| 6,232,138 | B1 | 5/2001 | Fitzgerald et al. | |
| 6,235,567 | B1 | 5/2001 | Huang | |
| 6,235,568 | B1 | 5/2001 | Murthy et al. | |
| 6,242,324 | B1 * | 6/2001 | Kub et al. | 438/455 |
| 6,249,022 | B1 | 6/2001 | Lin et al. | |
| 6,251,755 | B1 | 6/2001 | Furukawa et al. | |
| 6,261,929 | B1 | 7/2001 | Gehrke et al. | |
| 6,266,278 | B1 | 7/2001 | Harari et al. | |
| 6,271,551 | B1 | 8/2001 | Schmitz et al. | |
| 6,271,726 | B1 | 8/2001 | Fransis et al. | |
| 6,281,532 | B1 | 8/2001 | Doyle et al. | |
| 6,291,321 | B1 | 9/2001 | Fitzgerald | |
| 6,313,016 | B1 | 11/2001 | Kibbel et al. | |
| 6,316,301 | B1 | 11/2001 | Kant | |
| 6,323,108 | B1 | 11/2001 | Kub et al. | |
| 6,326,664 | B1 | 12/2001 | Chau et al. | |
| 6,329,063 | B1 | 12/2001 | Lo et al. | |
| 6,335,546 | B1 | 1/2002 | Tsuda et al. | |
| 6,339,232 | B1 | 1/2002 | Takagi | |
| 6,350,993 | B1 | 2/2002 | Chu et al. | |
| 6,352,909 | B1 | 3/2002 | Usenko | 438/458 |
| 6,368,733 | B1 | 4/2002 | Nishinaga | |
| 6,372,356 | B1 | 4/2002 | Thornton et al. | |
| 6,399,970 | B1 | 6/2002 | Kubo et al. | |
| 6,403,975 | B1 | 6/2002 | Brunner et al. | |
| 6,407,406 | B1 | 6/2002 | Tezuka | |
| 6,420,937 | B1 | 7/2002 | Akatsuka et al. | |
| 6,425,951 | B1 | 7/2002 | Chu et al. | |
| 6,429,061 | B1 | 8/2002 | Rim | |
| 6,521,041 | B1 | 2/2003 | Wu et al. | |
| 6,524,935 | B1 | 2/2003 | Canaperi et al. | |
| 6,555,839 | B1 | 4/2003 | Fitzgerald | |
| 6,563,152 | B1 | 5/2003 | Roberds et al. | |
| 6,573,126 | B1 | 6/2003 | Cheng et al. | |
| 6,583,015 | B1 | 6/2003 | Fitzgerald et al. | |
| 6,593,191 | B1 | 7/2003 | Fitzgerald | |
| 6,602,613 | B1 | 8/2003 | Fitzgerald | |
| 6,605,498 | B1 | 8/2003 | Murthy et al. | |
| 6,621,131 | B1 | 9/2003 | Murthy et al. | |
| 6,646,322 | B1 | 11/2003 | Fitzgerald | 257/531 |
| 6,649,480 | B1 | 11/2003 | Fitzgerald et al. | |
| 6,657,223 | B1 | 12/2003 | Wang et al. | |
| 6,677,192 | B1 | 1/2004 | Fitzgerald | 438/172 |
| 6,682,965 | B1 | 1/2004 | Noguchi et al. | |
| 6,703,144 | B1 | 3/2004 | Fitzgerald | 428/641 |
| 6,703,648 | B1 | 3/2004 | Xiang et al. | |
| 6,703,688 | B1 | 3/2004 | Fitzgerald | 257/616 |
| 6,709,903 | B1 | 3/2004 | Christiansen | 438/149 |
| 6,713,326 | B1 | 3/2004 | Cheng et al. | 438/149 |
| 6,723,661 | B1 | 4/2004 | Fitzgerald | 438/763 |
| 6,737,670 | B1 | 5/2004 | Cheng et al. | 257/19 |

| | | | |
|---|---|---|---|
| 6,743,684 B1 | 6/2004 | Liu | |
| 6,750,130 B1 | 6/2004 | Fitzgerald | 438/607 |
| 2001/0003364 A1 | 6/2001 | Sugawara et al. | |
| 2002/0043660 A1 | 4/2002 | Yamazaki et al. | |
| 2002/0063292 A1 | 5/2002 | Armstrong et al. | |
| 2002/0084000 A1 | 7/2002 | Fitzgerald | 148/33.2 |
| 2002/0096717 A1 | 7/2002 | Chu et al. | |
| 2002/0100942 A1 | 8/2002 | Fitzgerald et al. | |
| 2002/0123167 A1 | 9/2002 | Fitzgerald | |
| 2002/0123183 A1 | 9/2002 | Fitzgerald | |
| 2002/0123197 A1 | 9/2002 | Fitzgerald et al. | |
| 2002/0125471 A1 | 9/2002 | Fitzgerald et al. | |
| 2002/0125497 A1 | 9/2002 | Fitzgerald | |
| 2002/0140031 A1 | 10/2002 | Rim | |
| 2002/0168864 A1 | 11/2002 | Cheng et al. | |
| 2002/0190284 A1 | 12/2002 | Murthy et al. | |
| 2003/0003679 A1 | 1/2003 | Doyle et al. | |
| 2003/0013323 A1 | 1/2003 | Hammond et al. | |
| 2003/0025131 A1 | 2/2003 | Lee et al. | |
| 2003/0034529 A1 | 2/2003 | Fitzgerald et al. | 257/369 |
| 2003/0057439 A1 | 3/2003 | Fitzgerald | |
| 2003/0102498 A1 | 6/2003 | Braithwaite et al. | 257/288 |
| 2003/0199126 A1 | 10/2003 | Chu et al. | 438/149 |
| 2003/0203600 A1 | 10/2003 | Chu et al. | 438/479 |
| 2003/0215990 A1 | 11/2003 | Fitzgerald et al. | 438/172 |
| 2003/0218189 A1 | 11/2003 | Christiansen | 257/200 |
| 2003/0227057 A1 | 12/2003 | Lochtefeld et al. | 257/347 |
| 2004/0005740 A1 | 1/2004 | Lochtefeld et al. | 438/149 |
| 2004/0007724 A1 | 1/2004 | Murthy et al. | |
| 2004/0014276 A1 | 1/2004 | Murthy et al. | |
| 2004/0014304 A1 | 1/2004 | Bhattacharyya | 438/570 |
| 2004/0031979 A1 | 2/2004 | Lochtefeld | 257/233 |
| 2004/0041210 A1 | 3/2004 | Mouli | 257/347 |
| 2004/0070035 A1 | 4/2004 | Murthy et al. | |
| 2004/0075149 A1 | 4/2004 | Fitzgerald et al. | 257/369 |
| 2004/0084735 A1 | 5/2004 | Murthy et al. | |
| 2004/0119101 A1 | 6/2004 | Schrom et al. | |
| 2004/0142545 A1 | 7/2004 | Ngo et al. | |
| 2004/0173815 A1 | 9/2004 | Yeo et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 587 520 | 3/1994 |
| EP | 0 683 522 | 11/1995 |
| EP | 0 828 296 | 3/1998 |
| EP | 0 829 908 | 3/1998 |
| EP | 0 838 858 | 4/1998 |
| EP | 1 020 900 | 7/2000 |
| EP | 1 174 928 | 1/2002 |
| FR | 2 701 599 | 3/1995 |
| GB | 2 342 777 | 4/2000 |
| JP | 61-141116 | 6/1986 |
| JP | 2-210816 | 8/1990 |
| JP | 3-036717 | 2/1991 |
| JP | 4-307974 | 10/1992 |
| JP | 5-166724 | 7/1993 |
| JP | 6-177046 | 6/1994 |
| JP | 6-244112 | 9/1994 |
| JP | 6-252046 | 9/1994 |
| JP | 7-94420 | 4/1995 |
| JP | 7-106446 | 4/1995 |
| JP | 7-240372 | 9/1995 |
| JP | 10-270685 | 10/1998 |
| JP | 11-233744 | 8/1999 |
| JP | 2000-021783 | 1/2000 |
| JP | 2000-031491 | 1/2000 |
| JP | 2001-319935 | 11/2001 |
| JP | 2002-076334 | 3/2002 |
| JP | 2002-164520 | 6/2002 |
| JP | 2002-289533 | 10/2002 |
| WO | 98/59365 | 12/1998 |
| WO | 99/53539 | 10/1999 |
| WO | 00/48239 | 8/2000 |
| WO | 00/54338 | 9/2000 |
| WO | 01/022482 | 3/2001 |
| WO | 01/54202 | 7/2001 |
| WO | 01/93338 | 12/2001 |
| WO | 01/99169 | 12/2001 |
| WO | 02/13262 | 2/2002 |
| WO | 02/15244 | 2/2002 |
| WO | 02/27783 | 4/2002 |
| WO | 02/47168 | 6/2002 |
| WO | 02/071488 | 9/2002 |
| WO | 02/071491 | 9/2002 |
| WO | 02/071495 | 9/2002 |
| WO | 02/082514 | 10/2002 |
| WO | 2004/006327 | 1/2004 |
| WO | 2004/006311 | 1/2004 |

OTHER PUBLICATIONS

Barradas et al., "RBS analysis of MBE–grown SiGe/(001) Si heterostructures with thin, high Ge content SiGe channels for HMOS transistors," *Modern Physics Letters B*, vol. 15 (2001), abstract.

Borenstein et al., "A New Ultra–Hard Etch–Stop Layer for High Precision Micromachining," Proceedings of the 1999 12th IEEE International Conference on Micro Electro Mechanical Systems (MEMs) (Jan. 17–21, 1999), pp. 205–210.

Bouillon et al., "Search for the optimal channel architecture for 0.18/0.12 $\mu$m bulk CMOS experimental study," *IEEE* (1996), pp. 21.2.1–21.2.4.

Bruel et al., "®Smart Cut: A Promising New SOI Material Technology," Proceedings of the 1995 IEEE International SOI Conference (Oct. 1995), pp. 178–179.

Bruel, "Silicon on Insulator Material Technology," *Electronic Letters*, vol. 13, No. 14 (Jul. 6, 1995), pp. 1201–1202.

Bufler et al., "Hole transport in strained Si1–xGex alloys on Si1–yGey substrates," *Journal of Applied Physics*, vol. 84, No. 10 (Nov. 15, 1998), pp. 5597–5602.

Burghartz et al., "Microwave Inductors and Capacitors in Standard Multilevel Interconnect Silicon Technology," *IEEE Transactions on Microwave Theory and Techniques*, vol. 44, No. 1 (Jan. 1996), pp. 100–104.

Canaperi et al., "Preparation of a relaxed Si–Ge layer on an insulator in fabricating high–speed semiconductor devices with strained epitaxial films," International Business Machines Corporation, USA (2002), abstract.

Carlin et al., "High Efficiency GaAs–on–Si Solar Cells with High Voc using Graded GeSi Buffers," *IEEE—2000* (2000), pp. 1006–1011.

Chang et al., "Selective Etching of SiGe/Si Heterostructures," *Journal of the Electrochemical Society*, No. 1 (Jan. 1991), pp. 202–204.

Cheng et al., "Electron Mobility Enhancement in Strained–Si n–MOSFETs Fabricated on SiGe–on–Insulator (SGOI) Substrates," *IEEE Electron Device Letters*, vol. 22, No. 7 (Jul. 2001), pp. 321–323.

Cheng et al., "Relaxed Silicon–Germanium on Insulator Substrate by Layer Transfer," *Journal of Electronic Materials*, vol. 30, No. 12 (2001), pp. L37–L39.

Cuilis et al., "Growth ripples upon strained SiGe epitaxial layers on Si and misfit dislocation interactions," *Journal of Vacuum Science and Technology A*, vol. 12, No. 4 (Jul./Aug. 1994), pp. 1924–1931.

Currie et al., "Carrier mobilities and process stability of strained Si n- and p-MOSFETs on SiGe virtual substrates," *Journal of Vacuum Science and Technology B*, vol. 19, No 6 (Nov./Dec 2001), pp 2268–2279

Currie et al., "Controlling Threading Dislocation Densities in Ge on Si Using Graded SiGe Layers and Chemical-Mechanical Polishing," *Applied Physics Letters*, vol 72, Issue 14 (Apr 6, 1998), pp 1718–1720

Eaglesham et al., "Dislocation-Free Stranski-Krastanow Growth of Ge on Si(100)," *Physical Review Letters*, vol. 64, No. 16 (Apr 16, 1990), pp 1943–1946.

Feijoo et al., "Epitaxial Si-Ge Etch Stop Layers with Ethylene Diamine Pyrocatechol for Bonded and Etchback Silicon-on-Insulator," *Journal of Electronic Materials*, vol 23, No 6 (Jun 1994), pp 493–496.

Fischetti et al., "Band structure, deformation potentials, and carrier mobility in strained Si, Ge, and SiGe alloys," *Journal of Applied Physics*, vol 80, No 4 (Aug 15, 1996), pp 2234–2252

Fischetti, "Long-range Coulomb interactions in small Si devices Part II Effective electronmobility in thin-oxide structures," *Journal of Applied Physics*, vol 89, No 2 (Jan 15, 2001), pp. 1232–1250

Fitzgerald et al., "Dislocation dynamics in relaxed graded composition semiconductors," *Materials Science and Engineering*, B67 (1999), pp 53–61

Fitzgerald et al., "Relaxed $Ge_xSi_{1-x}$ structures for III-V integration with Si and high mobility two-dimensional electron gases in Si," *Journal of Vacuum Science Technology*, B 10(4) (Jul./Aug. 1992), pp 1807–1819.

Fitzgerald et al., "Totally Relaxed $Ge_xSi_{1-x}$ Layers with Low Threading Dislocation Densities Grown on Si Substrates," *Applied Physics Letters*, vol 59, No 7 (Aug. 12, 1991), pp 811–813.

Garone et al., "Silicon vapor phase epitaxial growth catalysis by the presence of germane," *Applied Physics Letters*, vol 56, No 13 (Mar 26, 1990), pp 1275–1277.

Gray et al., "Analysis and Design of Analog Integrated Circuits," John Wiley & Sons, 1984, pp. 605–632

Grützmacher et al., "Ge segregation in SiGe/Si heterostructures and its dependence on deposition technique and growth atmosphere," *Applied Physics Letters*, vol 63, No 18 (Nov 1, 1993), pp 2531–2533

Hackbarth et al., "Alternatives to thick MBE-grown relaxed SiGe buffers," *Thin Solid Films*, vol 369, No. 1–2 (Jul 2000), pp 148–151.

Hackbarth et al., "Strain relieved SiGe buffers for Si-based heterostructure field-effect transistors," *Journal of Crystal Growth*, vol 201/202 (1999), pp 734–738

Herzog et al., "SiGe-based FETs: buffer issues and device results," *Thin Solid Films*, vol. 380 (2000), pp 36–41

Höck et al., "Carrier mobilities in modulation doped $Si_{1-x}Ge_x$ heterostructures with respect to FET applications," *Thin Solid Films*, vol 336 (1998), pp 141–144.

Höck et al., "High hole mobility in $Si_{0.17}Ge_{0.83}$ channel metal-oxide-semiconductor field-effect transistors grown by plasma-enhanced chemical vapor deposition," *Applied Physics Letters*, vol. 76, No 26 (Jun 26, 2000), pp 3920–3922

Höck et al., "High performance 0 25 μm p-type Ge/SiGe MODFETs," *Electronics Letters*, vol. 34, No 19 (Sep. 17, 1998), pp 1888–1889

Huang et al., "High-quality strain-relaxed SiGe alloy grown on implanted silicon-on-insulator substrate," *Applied Physics Letters*, vol. 76, No 19 (May 8, 2000), pp 2680–2682

Huang et al., "The Impact of Scaling Down to Deep Submicron on CMOS RF Circuits," *IEEE Journal of Solid-State Circuits*, vol 33, No. 7 (Jul 1998), pp 1023–1036.

Ishikawa et al., "Creation of Si-Ge-based SIMOX structures by low energy oxygen implantation," Proceedings of the 1997 IEEE International SOI Conference (Oct 1997), pp 16–17

Ishikawa et al., "SiGe-on-insulator substrate using SiGe alloy grown Si(001)," *Applied Physics Letters*, vol 75, No 7 (Aug. 16, 1999), pp 983–985.

Ismail et al., "Modulation-doped n-type Si/SiGe with inverted interface," *Applied Physics Letters*, vol 65, No 10 (Sep. 5, 1994), pp 1248–1250

Ismail, "Si/SiGe High-Speed Field-Effect Transistors," Electron Devices Meeting, Washington, D.C., (Dec. 10, 1995), pp 20.1.1–20.1.4

Kearney et al., "The effect of alloy scattering on the mobility of holes in a $Si_{1-x}Ge_x$ quantum well," *Semiconductor Science and Technology*, vol 13 (1998), pp 174–180

Kim et al., "A Fully Integrated 1.9-GHz CMOS Low-Noise Amplifier," *IEEE Microwave and Guided Wave Letters*, vol. 8, No 8 (Aug 1998), pp. 293–295.

Koester et al., "Extremely High Transconductance $Ge/Si_{0.4}Ge_{0.6}$ p-MODFET's Grown by UHV-CVD," *IEEE Electron Device Letters*, vol 21, No 3 (Mar 2000), pp 110–112

König et al., "Design Rules for n-Type SiGe Hetero FETs," *Solid State Electronics*, vol 41, No 10 (1997), pp 1541–1547.

König et al., "p-Type Ge-Channel MODFET's with High Transconductance Grown on Si Substrates," *IEEE Electron Device Letters*, vol 14, No 4 (Apr 1993), pp. 205–207

König et al., "SiGe HBTs and HFETs," *Solid-State Electronics*, vol 38, No. 9 (1995), pp. 1595–1602.

Kummer et al., "Low energy plasma enhanced chemical vapor deposition," *Materials Science and Engineering*, B89 (2002), pp 288–295.

Kuznetsov et al., "Technology for high-performance n-channel SiGe modulation-doped field-effect transistors," *Journal of Vacuum Science and Technology*, B 13(6) (Nov./Dec 1995), pp 2892–2896.

Larson, "Integrated Circuit Technology Options for RFIC's Present Status and Future Directions," *IEEE Journal of Solid-State Circuits*, vol 33, No 3 (Mar 1998), pp 387–399.

Lee et al., "CMOS RF Integrated Circuits at 5 GHz and Beyond," *Proceedings of the IEEE*, vol 88, No 10 (Oct 2000), pp 1560–1571.

Lee et al., "Strained Ge channel p-type metal-oxide-semiconductor field-effect transistors grown on $Si_{1-x}Ge_x$/Si virtual substrates," *Applied Physics Letters*, vol 79, No 20 (Nov 12, 2001), pp. 3344–3346.

Lee et al., "Strained Ge channel p-type MOSFETs fabricated on $Si_{1-x}Ge_x$/Si virtual substrates," *Materials Research Society Symposium Proceedings*, vol 686 (2002), pp. A1.9.1–A1.9.5.

Leitz et al., "Channel Engineering of SiGe-Based Heterostructures for High Mobility MOSFETs," *Materials Research Society Symposium Proceedings*, vol 686 (2002), pp. A3.10.1–A3.10.6

Leitz et al., "Dislocation glide and blocking kinetics in compositionally graded SiGe/Si," *Journal of Applied Physics*, vol 90, No 6 (Sep 15, 2001), pp. 2730–2736

Leitz et al., "Hole mobility enhancements in strained Si/Si1-yGey p–type metal–oxide–semiconductor field–effect transistors grown on relaxed Si1-xGex (x<y) virtual substrates," *Applied Physics Letters*, vol. 79, No 25 (Dec. 17, 2001), pp 4246–4248

Li et al., "Design of high speed Si/SiGe heterojunction complementary metal–oxide–semiconductor field effect transistors with reduced short–channel effects," *Journal of Vacuum Science and Technology A*, vol. 20, No. 3 (May/Jun 2002), pp 1030–1033

Lu et al., "High Performance 0.1 $\mu$m Gate–Length P–Type SiGe MODFET's and MOS–MODFET's," *IEEE Transactions on Electron Devices*, vol 47, No. 8 (Aug. 2000), pp 1645–1652

Maiti et al., "Strained–Si heterostructure field effect transistors," *Semiconductor Science and Technology*, vol. 13 (1998), pp 1225–1246

Maszara, "Silicon–On–Insulator by Wafer Bonding: A Review," *Journal of the Electrochemical Society*, No 1 (Jan. 1991), pp 341–347.

Meyerson et al., "Cooperative Growth Phenomena in Silicon/Germanium Low–Temperature Epitaxy," *Applied Physics Letters*, vol. 53, No 25 (Dec 19, 1988), pp 2555–2557

Mizuno et al., "Advanced SOI–MOSFETs with Strained–Si Channel for High Speed CMOS–Electron/Hole Mobility Enhancement," 2002 Symposium on VLSI Technology, Honolulu (Jun 13–15), IEEE New York, pp. 210–211

Mizuno et al., "Electron and Hole Mobility Enhancement in Strained–Si MOSFET's on SiGe–on–Insulator Substrates Fabricated by SIMOX Technology," *IEEE Electron Device Letters*, vol 21, No 5 (May 2000), pp 230–232.

Mizuno et al., "High Performance Strained–Si p–MOSFETs on SiGe–on–Insulator Substrates Fabricated by SIMOX Technology," *IEEE IDEM Technical Digest* (1999 International Electron Device Meeting), pp. 934–936

Nayak et al., "High–Mobility Strained–Si PMOSFET's," *IEEE Transactions on Electron Devices*, vol 43, No. 10 (Oct. 1996), pp 1709–1716

O'Neill et al., "SiGe virtual substrate N–channel heterojunction MOSFETS," *Semiconductor Science and Technology*, vol 14 (1999), pp 784–789

"Optimal Growth Technique and Structure for Strain Relaxation of Si–Ge Layers on Si Substrates," *IBM Technical Disclosure Bulletin*, vol 32, No 8A (Jan 1990), pp 330–331

Papananos, "Radio–Frequency Microelectronic Circuits for Telecommunication Applications," Kluwer Academic Publishers, 1999, pp. 115–117, 188–193.

Parker et al., "SiGe heterostructure CMOS circuits and applications," *Solid State Electronics*, vol 43 (1999), pp. 1497–1506

Ransom et al., "Gate–Self–Aligned n–channel and p–channel Germanium MOSFET's," *IEEE Transactions on Electron Devices*, vol. 38, No. 12 (Dec. 1991), pp. 2695.

Reinking et al., "Fabrication of high–mobility Ge p–channel MOSFETs on Si substrates," *Electronics Letters*, vol. 35, No. 6 (Mar. 18, 1999), pp 503–504

Rim et al., "Enhanced Hole Mobilities in Surface–Channel Strained–Si p–MOSFETs," *IEDM* (1995), pp 517–520

Rim et al., "Fabrication and Analysis of Deep Submicron Strained–Si N–MOSFET's," *IEEE Transactions on Electron Devices*, vol. 47, No. 7 (Jul. 2000), pp. 1406–1415

Rim, "Application of Silicon–Based Heterostructures to Enhanced Mobility Metal–Oxide–Semiconductor Field–Effect Transistors," PhD Thesis, Stanford University, 1999, pp. 1–184

Robbins et al., "A model for heterogeneous growth of Si1-xGex films for hydrides," *Journal of Applied Physics*, vol. 69, No 6 (Mar 15, 1991), pp. 3729–3732.

Sadek et al., "Design of Si/SiGe Heterojunction Complementary Metal–Oxide–Semiconductor Transistors," *IEEE Transactions on Electron Devices* (Aug. 1996), pp. 1224–1232.

Schäffler, "High–Mobility Si and Ge Structures," *Semiconductor Science and Technology*, vol. 12 (1997), pp 1515–1549.

Sugimoto et al., "A 2V, 500 MHz and 3V, 920 MHz Low–Power Current–Mode 0.6 $\mu$m CMOS VCO Circuit," *IEICE Trans Electron*, vol. E82–C, No 7 (Jul. 1999), pp. 1327–1329

Ternent et al., "Metal Gate Strained Silicon MOSFETs for Microwave Integrated Circuits," *IEEE* (Oct. 2000), pp 38–43

Tweet et al., "Factors determining the composition of strained GeSi layers grown with disilane and germane," *Applied Physics Letters*, vol 65, No. 20 (Nov. 14, 1994), pp. 2579–2581.

Usami et al., "Spectroscopic study of Si–based quantum wells with neighboring confinement structure," *Semiconductor Science and Technology*, (1997), abstract.

Welser et al., "Electron Mobility Enhancement in Strained–Si N–Type Metal–Oxide–Semiconductor Field–Effect Transistors," *IEEE Electron Device Letters*, vol. 15, No. 3 (Mar 1994), pp 100–102.

Welser et al., "Evidence of Real–Space Hot–Electron Transfer in High Mobility, Strained–Si Multilayer MOSFETs," *IEEE IDEM Technical Digest* (1993 International Electron Devices Meeting), pp. 545–548.

Welser et al., "NMOS and PMOS Transistors Fabricated in Strained Silicon/Relaxed Silicon–Germanium Structures," *IEEE IDEM Technical Digest* (1992 International Electron Devices Meeting), pp. 1000–1002.

Welser, "The Application of Strained Silicon/Relaxed Silicon Germanium Heterostructures to Metal–Oxide–Semiconductor Field–Effect Transistors," PhD Thesis, Stanford University, 1994, pp 1–205.

Wolf, et al., "Silicon Processing for the VLSI Era, vol. 1: Process Technology," Lattice Press, Sunset Beach, CA, 1986, pp. 384–386.

Xie et al., "Semiconductor Surface Roughness: Dependence on Sign and Magnitude of Bulk Strain," *The Physical Review Letters*, vol. 73, No. 22 (Nov. 28, 1994), pp. 3006–3009.

Xie et al., "Very High Mobility Two–Dimensional Hole Gas in Si/GexSi1-x/Ge Structures Grown by Molecular Beam Epitaxy," *Applied Physics Letters*, vol. 63, Issue 16 (Oct. 18, 1993), pp 2263–2264.

Xie, "SiGe Field Effect Transistors," *Materials Science and Engineering*, vol. 25 (1999), pp 89–121.

Yeo et al., "Nanoscale Ultra–Thin–Body Silicon–on–Insulator P–MOSFET with a SiGe/Si Heterostructure Channel," *IEEE Electron Device Letters*, vol 21, No. 4 (Apr 2000), pp. 161–163.

Zhang et al., "Demonstration of a GaAs–Based Compliant Substrate Using Wafer Bonding and Substrate Removal Techniques," Electronic Materials and Processing Research Laboratory, Department of Electrical Engineering, University Park, PA 16802, 1998, pp. 25–28

"2 Bit/Cell EEPROM Cell Using Band to Band Tunneling for Data Read–Out," *IBM Technical Disclosure Bulletin*, vol. 35, No 4B (Sep 1992), pp 136–140.

Grillot et al., "Acceptor diffusion and segregation in $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ heterostructures," *Journal of Applied Physics*, vol 91, No 8 (2002), pp 4891–4899.

Halsall et al., "Electron diffraction and Raman studies of the effect of substrate misorientation on ordering in the AlGaInP system," *Journal of Applied Physics*, vol 85, No 1 (1999), pp 199–202.

Hsu et al., "Surface morphology of related $Ge_xSi_{1-x}$ films," *Appl. Phys Lett.*, vol 61, No. 11 (1992), pp 1293–1295

*IBM Technical Disclosure Bulletin*, vol. 32, No 8A, Jan 1990, "Optimal Growth Technique and Structure for Strain Relaxation of Si–Ge Layers on Si Substrates", pp. 330–331.

Ota, Y. et al., "Application of heterojunction FET to power amplifier for cellular telephone," *Electronics Letters*, vol 30 No 11 (May 26, 1994) pp. 906–907.

Sakaguchi et al., "ELTRAN® by Splitting Porous Si Layers," Proc. 195th Int. SOI Symposium, vol 99–3, *Electrochemical Society* (1999) pp 117–121

Gannavaram, et al., "Low Temperature ($\leq 800°$ C) Recessed Junction Selective Silicon–Germanium Source/Drain Technology for Sub–70 nm CMOS," *IEEE International Electron Device Meeting Technical Digest*, (2000), pp. 437–440

Ge et al., "Process–Strained Si (PSS) CMOS Technology Featuring 3D Strain Engineering," *IEEE International Electron Devices Meeting Technical Digest*, (2003) pp 73–76

Ghani et al., "A 90nm High Volume Manufacturing Logic Technology Featuring Novel 45nm Gate Length Strained Silicon CMOS Transistors," *IEEE International Electron Devices Meeting Technical Digest*, (2003), 978–980.

Hamada et al., "A New Aspect of Mechanical Stress Effects in Scaled MOS Devices," *IEEE Transactions on Electron Devices*, vol 38, No 4 (Apr 1991), pp. 895–900.

Huang et al., "Isolation Process Dependence of Channel Mobility in Thin–Film SOI Devices," *IEEE Electron Device Letters*, vol 17, No. 6 (Jun 1996), pp. 291–293.

Huang et al., "LOCOS–Induced Stress Effects on Thin–Film SOI Devices," *IEEE Transactions on Electron Devices*, vol 44, No 4 (Apr. 1997), pp 646–650.

Huang, et al., "Reduction of Source/Drain Series Resistance and Its Impact on Device Performance for PMOS Transistors with Raised $Si_{1-x}Ge_x$ Source/Drain", *IEEE Electron Device Letters*, vol 21, No 9, (Sep. 2000) pp 448–450.

Iida et al., "Thermal behavior of residual strain in silicon–on–insulator bonded wafer and effects on electron mobility," *Solid–State Electronics*, vol 43 (1999), pp 1117–1120.

Ito et al., "Mechanical Stress Effect on Etch–Stop Nitride and its Impact on Deep Submicron Transistor Design," *IEEE International Electron Devices Meeting Technical Digest* (2000), pp. 247–250.

Lochtefeld et al., "Investigating the Relationship Between Electron Mobility and Velocity in Deeply Scaled NMOS via Mechanical Stress," *IEEE Electron Device Letters*, vol 22, No 12 (2001), pp 591–593.

Ootsuka et al., "A Highly Dense, High–Performance 130nm node CMOS Technology for Large Scale System–on–a–Chip Applications," *IEEE International Electron Devices Meeting Technical Digest*, (2000), pp 575–578.

Ota et al., "Novel Locally Strained Channel Technique for High Performance 55nm CMOS," *IEEE International Electron Devices Meeting Technical Digest*, (2002), pp 27–30.

Öztürk, et al., "Advanced $Si_{1-x}Ge_x$ Source/Drain and Contact Technologies for Sub–70 nm CMOS," *IEEE International Electron Device Meeting Technical Digest*, (2002), pp 375–378

Öztürk, et al., "Ultra–Shallow Source/Drain Junctions for Nanoscale CMOS Using Selective Silicon–Germanium Technology," *Extended Abstracts of International Workshop on Junction Technology*, (2001), pp 77–82

Öztürk, et al., "Selective Silicon–Gremanium Source/Drain Technology for Nanoscale CMOS," *Mat. Res. Soc. Symp. Proc.*, vol 717, (2002), pp. C4.1.1–C4.1.12.

Öztürk, et al., "Low Resistivity Nickel Germanosilicide Contacts to Ultra–Shallow $Si_{1-x}Ge_x$ Source/Drain Junctions for Nanoscale CMOS," *IEEE International Electron Device Meeting Technical Digest* (2003), pp 497–500.

Shimizu et al., "Local Mechanical–Stress Control (LMC): A New Technique for CMOS–Performance Enhancement," *IEEE International Electron Devices Meeting Technical Digest*, (2001), pp 433–436

Thompson et al., "A Logic Nanotechnology Featuring Strained–Silicon," *IEEE Electron Device Letters*, vol 25, No 4 (Apr 2004), pp 191–193.

Thompson et al., "A 90 nm Logic Technology Featuring 50nm Strained–Silicon Channel Transistors, 7 layers of Cu Interconnects, Low k ILD, and 1 um$^2$ SRAM Cell," *IEEE International Electron Devices Meeting Technical Digest*, (2002), pp 61–64.

Tiwari et al., "Hole Mobility Improvement in Silicon–on–Insulator and Bulk Silicon Transistors Using Local Strain," *IEEE International Electron Devices Meeting Technical Digest*, (1997), pp 939–941.

Uchino, et al., "A Raised Source/Drain Technology Using In–situ P–doped SiGe and B–doped Si for 0.1–$\mu$m CMOS ULSIs," *IEEE International Electron Device Meeting Technical Digest*, (1997), pp 479–482

* cited by examiner

U.S. Patent  Apr. 19, 2005  Sheet 1 of 13  US 6,881,632 B2



FIG. 1

Case 2:05-cv-00887-LMPT Document 33-2 Filed 07/25/2005 Page 9 of 12



FIG. 2A



FIG. 2B

| TYPE OF SURFACE | AVERAGE ROUGHNESS (nm) |
| --- | --- |
| AS-GROWN GRADED COMPOSITION RELAXED SiGe | 7.9 |
| PLANARIZED SiGe | 0.57 |
| REGROWTH SiGe | ~0.6 |

FIG. 3



FIG. 4

Case 5:05-cv-00334-NPT   Document 33-2   Filed 07/25/2005   Page 2 of 12
U.S. Patent    Apr. 19, 2005    Sheet 5 of 13    US 6,881,632 B2



FIG. 5A



FIG. 5B