U.S. Patent        Apr. 19, 2005        Sheet 6 of 13        US 6,881,632 B2

|  | n ENHANCEMENT | p ENHANCEMENT |
|---|---|---|
| $Si_{0.8}Ge_{0.2}$ | 1.75 | 1 |
| $Si_{0.7}Ge_{0.3}$ | 1.8 | 1.4 |

FIG. 6

|  | BULK SILICON | STRAINED-Si ON 20% SiGe: HIGH SPEED | STRAINED-Si ON 30% SiGe: HIGH SPEED | STRAINED-Si ON 20% SiGe: LOW POWER | STRAINED-Si ON 30% SiGe: LOW POWER |
|---|---|---|---|---|---|
| n ENHANCEMENT | 1 | 1.75 | 1.8 | 1.75 | 1.8 |
| p ENHANCEMENT | 1 | 1 | 1.4 | 1 | 1.4 |
| $W_p$ (µm) | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 |
| $W_n$ (µm) | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 |
| $L_n, L_p$ (µm) | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 |
| $C_L$ (fF) | 32 | 32 | 32 | 32 | 32 |
| $V_{DD}$ (V) | 5 | 4.7 | 4.4 | 4.3 | 3.8 |
| $NM_H$ (V) | 2.053 | 2.218 | 1.949 | 2.037 | 1.682 |
| $NM_L$ (V) | 2.067 | 1.654 | 1.721 | 1.542 | 1.504 |
| $t_{pHL}$ (psec) | 211.3 | 133.7 | 141.6 | 152.2 | 180.1 |
| $t_{pLH}$ (psec) | 195.8 | 220.0 | 173.3 | 254.8 | 226.9 |
| $t_p$ (psec) | 203.5 | 176.9 | 157.4 | 203.5 | 203.5 |
| POWER (mW) | 3.93 | 3.93 | 3.93 | 2.87 | 2.21 |
| % SPEED INCREASE | - | 15.1% | 29.3% | - | - |
| % POWER REDUCTION | - | - | - | 27.0% | 43.7% |

FIG. 7

| | BULK SILICON | STRAINED-Si ON 20% SiGe: CONSTANT $V_{DD}$ | STRAINED-Si ON 30% SiGe: CONSTANT $V_{DD}$ | STRAINED-Si ON 20% SiGe: HIGH SPEED SYMMETRICAL INVERTER | STRAINED-Si ON 30% SiGe: HIGH SPEED SYMMETRICAL INVERTER | STRAINED-Si ON 20% SiGe: LOW POWER SYMMETRICAL INVERTER | STRAINED-Si ON 30% SiGe: LOW POWER SYMMETRICAL INVERTER |
|---|---|---|---|---|---|---|---|
| n ENHANCEMENT | 1 | 1.75 | 1.8 | 1.75 | 1.8 | 1.75 | 1.8 |
| p ENHANCEMENT | 1 | 1 | 1.4 | 1 | 1.4 | 1 | 1.4 |
| $W_p$ (μm) | 5.4 | 5.4 | 5.4 | 9.45 | 6.94 | 9.45 | 6.94 |
| $W_n$ (μm) | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 |
| $L_n, L_p$ (μm) | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 |
| $C_L$ (fF) | 32 | 32 | 32 | 32 | 32 | 32 | 32 |
| $V_{DD}$ (V) | 5 | 5 | 5 | 4.3 | 4.2 | 3.5 | 3.5 |
| $NM_H$ (V) | 2.053 | 2.376 | 2.198 | 1.782 | 1.770 | 1.5018 | 1.4796 |
| $NM_L$ (V) | 2.067 | 1.751 | 1.923 | 1.794 | 1.781 | 1.5101 | 1.4876 |
| $t_{pHL}$ (psec) | 211.3 | 120.7 | 117.4 | 152.0 | 149.5 | 204.4 | 204.1 |
| $t_{pLH}$ (psec) | 195.8 | 195.8 | 139.9 | 145.4 | 143.3 | 202.6 | 202.9 |
| $t_p$ (psec) | 203.5 | 158.3 | 128.6 | 148.7 | 146.4 | 203.5 | 203.5 |
| POWER (mW) | 3.93 | 5.06 | 6.22 | 3.93 | 3.93 | 1.95 | 1.89 |
| % SPEED INCREASE | - | 28.6% | 58.3% | 36.9% | 39.0% | - | - |
| % POWER REDUCTION | - | - | - | - | - | 50.4% | 52.0% |

FIG. 8

|  | BULK SILICON | STRAINED-Si ON 20% SiGe: HIGH SPEED | STRAINED-Si ON 30% SiGe: HIGH SPEED | STRAINED-Si ON 20% SiGe: LOW POWER | STRAINED-Si ON 30% SiGe: LOW POWER |
|---|---|---|---|---|---|
| n ENHANCEMENT | 1 | 1.75 | 1.8 | 1.75 | 1.8 |
| p ENHANCEMENT | 1 | 1 | 1.4 | 1 | 1.4 |
| $W_p$ (μm) | 3.11 | 4.12 | 3.53 | 4.12 | 3.53 |
| $W_n$ (μm) | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 |
| $L_n, L_p$ (μm) | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 |
| $C_L$ (fF) | 22.5 | 26.7 | 24.2 | 26.7 | 24.2 |
| $V_{DD}$ (V) | 5 | 4.5 | 4.3 | 4.4 | 3.8 |
| $NM_H$ (V) | 2.370 | 2.275 | 2.123 | 2.220 | 1.872 |
| $NM_L$ (V) | 1.756 | 1.485 | 1.511 | 1.458 | 1.371 |
| $t_{pHL}$ (psec) | 148.4 | 117.3 | 109.3 | 121.5 | 132.4 |
| $t_{pLH}$ (psec) | 238.5 | 254.8 | 204.9 | 265.3 | 254.4 |
| $t_p$ (psec) | 193.4 | 186.0 | 157.1 | 193.4 | 193.4 |
| POWER (mW) | 2.90 | 2.90 | 2.90 | 2.66 | 1.83 |
| % SPEED INCREASE | - | 4.0% | 23.1% | - | - |
| % POWER REDUCTION | - | - | - | 8.4% | 37.1% |

FIG. 9

Case 2:05-cv-00837-LED Document 35-3 Filed 12/20/2005 Page 5 of 7



FIG. 10



FIG. 11



FIG. 12A
FIG. 12B
FIG. 12C
FIG. 12D
FIG. 12E