UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
US DISTRICT COURT
05 JUL 15 AM 9:54
TX EASTERN-MARSHALL
BY_____

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, § § Plaintiff, § § vs. § INTEL CORPORATION, § § Defendant. § § | Civil Action No 2-05CV-321 Jury |

## AMBERWAVE'S CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, AmberWave Systems Corporation, and files this its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and shows the Court the following:

1. Plaintiff, AmberWave Systems Corporation, has no parent corporation.

2. No publicly held corporations own 10% or more of the stock of AmberWave Systems Corporation

1325114

Dated: July 15, 2005                Respectfully submitted,

                                        Morgan Chu (CA #70446)
                                        David I. Gindler (CA #117824)
                                        IRELL & MANELLA LLP
                                        1800 Avenue of the Stars, Suite 900
                                        Los Angeles, California 90067-4276
                                        Phone: (310) 277-1010
                                        Facsimile: (310) 203-7199
                                        E-mail: dgindler@irell.com

                                        By: _/s/ S. Calvin Capshaw/_
                                        S. Calvin Capshaw III (TX #03783900)
                                        BROWN MCCARROLL LLP
                                        Attorney-in-Charge
                                        1127 Judson Road, Suite 220
                                        P.O. Box 3999
                                        Longview, Texas 75601-5157
                                        Phone: (903) 236-9800
                                        Facsimile: (903) 236-8787
                                        E-mail: CCapshaw@mailbmc.com

                                        Otis W. Carroll (TX #03895700)
                                        IRELAND, CARROLL & KELLY, PC
                                        6101 South Broadway Avenue, Suite 500
                                        P.O. Box 7879
                                        Tyler, Texas 75711
                                        Phone: (903) 561-1600
                                        Facsimile: (903) 581-1070

                                        Franklin Jones, Jr. (TX #00000055)
                                        JONES & JONES, INC., PC
                                        201 W. Houston Street
                                        P.O. Drawer 1249
                                        Marshall, Texas 75671-1249
                                        Phone: (903) 938-4395
                                        Facsimile: (903) 938-3360

                                        Samuel F. Baxter (TX #01938000)
                                        MCKOOL SMITH, PC
                                        300 Crescent Court
                                        Suite 1500
                                        Dallas, TX 75201
                                        Phone: (214) 978-4000
                                        Facsimile: (214) 978-4044

                                        **ATTORNEYS FOR PLAINTIFF**
                                        **AMBERWAVE SYSTEMS CORPORATION**