IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-837 |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter my appearance for plaintiff AmberWave Systems Corporation.

                                              MORRIS, NICHOLS, ARSHT & TUNNELL

                                              /s/ Jack B. Blumenfeld

                                              _____
                                              Jack B. Blumenfeld (#1014)
                                              1201 N. Market Street
                                              P.O. Box 1347
                                              Wilmington, DE  19899-1347
                                              (302) 658-9200
                                                Attorneys for Plaintiff
                                                AmberWave Systems Corporation

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067
(310) 277-1010


December 8, 2005

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on December 8, 2005 I electronically filed the Notice of Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Josy W. Ingersoll (#1088)
> Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on December 8, 2005 upon the following in the manner indicated:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> Wilmington, DE 19899

> */s/ Jack B. Blumenfeld (#1014)*
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> jblumenfeld@mnat.com