IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-837-KAJ |
| | ) | |
| AMBERWAVE SYSTEMS CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of AmberWave's First Set of Interrogatories and AmberWave's First Set of Requests for Production were caused to be served on December 16, 2005 upon the following in the manner indicated:

**BY HAND & EMAIL**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**BY FACSIMILE & EMAIL**

Patrick E. King
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304

Jefferey E. Ostrow
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304

George M. Newcombe
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304

        MORRIS, NICHOLS, ARSHT & TUNNELL

        /s/ *Leslie A. Polizoti (#4299)*
        Jack B. Blumenfeld (#1014)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        jblumenfeld@mnat.com
        Attorneys for Defendant
        AmberWave Systems Corporation

OF COUNSEL:
Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

December 16, 2005

CERTIFICATE OF SERVICE

I, Leslie A. Polizoti, hereby certify that on December 16, 2005 I electronically filed a Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll (#1088)
>Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on December 16, 2005 upon the following in the manner indicated:

**BY HAND & EMAIL**

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

**BY FACSIMILE & EMAIL**

>George M. Newcombe
>Jeffrey E. Ostrow
>Patrick E. King
>Simpson Thacher & Bartlett LLP
>300 Hillview Avenue
>Palo Alto, CA  94304

>*/s/ Leslie A. Polizoti (#4299))*
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>lpolizoti@mnat.com

454672