IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Case No. 05-837 KAJ |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Intel's First Set of Requests for Production, and Intel's First Set of Interrogatories were served on December 16, 2005, upon the following counsel of record in the manner indicated:

### BY FEDERAL EXPRESS

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Amir A. Naini, Esquire
Morgan Chu, Esquire
David I. Gindler, Esquire
Christopher A. Vanderlaan, Esquire
Jason G. Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

PLEASE TAKE FURTHER NOTICE that copies of this Notice of Service were served on December 20, 2005, upon the following in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY FEDERAL EXPRESS**

Amir A. Naini, Esquire
Morgan Chu, Esquire
David I. Gindler, Esquire
Christopher A. Vanderlaan, Esquire
Jason G. Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
kkeller@ycst.com

*Attorneys for Intel Corporation*

OF COUNSEL

George M. Newcombe
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, California
(650) 251-5000

Dated: December 20, 2005