IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 05-837-KAJ |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (1) AmberWave Systems Corporation's Responses to Intel's First Set of Interrogatories and (2) AmberWave Systems Corporation's Responses to Intel's First Set of Requests for Production were caused to be served on February 3, 2006 upon the following in the manner indicated:

**BY FEDERAL EXPRESS & E-MAIL**

George M. Newcombe, Esq.
Patrick E. King, Esq.
Simpson Thacher and Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304
gnewcome@stblaw.com
pking@stblaw.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19899
jingersoll@ycst.com
jshaw@ycst.com

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    /s/ *Jack B. Blumenfeld (#1014)*
                                    Jack B. Blumenfeld (#1014)
                                    Leslie A. Polizoti (#4299)
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899
                                    (302) 658-9200
                                    jblumenfeld@mnat.com
                                      Attorneys for Plaintiff
                                      AmberWave Systems Corporation

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

February 6, 2006

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on February 6, 2006 I electronically filed a Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll (#1088)
>Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on February 6, 2006 upon the following in the manner indicated:

**BY HAND & EMAIL**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**BY FACSIMILE & EMAIL**

George M. Newcombe
Jeffrey E. Ostrow
Patrick E. King
Simpson Thacher & Bartlett LLP
3300 Hillview Avenue
Palo Alto, CA  94304

>*/s/ Jack B. Blumenfeld (#1014)*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com

454672